IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. DOWS, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No. 2004-341 Erie |
| KATHERINE E. HOLTZINGER | ) | |
| CONNER, ESQ, Chairman | ) | |
| PENNSYLVANIA CIVIL SERVICE | ) | |
| COMMISSION | ) | Judge Sean J. Mclaughlin |
| AND JOHN DOE, | ) | |
|     Defendant | ) | |
| | ) | JURY TRIAL DEMANDED |

### DEFENDANT'S STIPULATION

The Defendant by and through its counsel, Linda Lloyd, Senior Deputy Attorney General, hereby stipulates to the Plaintiff's Motion for Amendment of the Case Management Order and the relief requested therein.

January 4, 2006

                                        /s/ Linda Lloyd
                                        Linda Lloyd, Esquire
                                        Senior Deputy Attorney General
                                        Office of the Attorney General
                                        15th floor, Strawberry Square
                                        Harrisburg, Pennsylvania 17120