IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID A. DOWS,** | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION No. 2004-341 Erie |
| **KATHERINE E. HOLTZINGER** | ) | |
| **CONNER, ESQ, Chairman** | ) | |
| **PENNSYLVANIA CIVIL SERVICE** | ) | |
| **COMMISSION** | ) | Judge Sean J. Mclaughlin |
| **AND JOHN DOE,** | ) | |
|     Defendant | ) | |
| | ) | **JURY TRIAL DEMANDED** |

## ORDER

_____**AND NOW,** to-wit, this _____day of January, 2006, upon consideration of the

Plaintiff's Motion for Amendment of the Case Management Order herein and the consent thereto

**IT IS ORDERED** that the date on which discovery shall closes is Monday, March 6, 2006 with

all other dates in The Case Management Order to move sixty days later than originally scheduled

or to the next business day if the extended date falls on a weekend or holiday. An appropriate

Case Management Order shall issue

_____
United States District Judge Sean McLaughlin

cc: counsel of record
A:\ORDERA.wpd