# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID A. DOWS, | : |
|         Plaintiff | : |
| | : No. 04-341 Erie |
| v. | : Judge McLaughlin |
| | : |
| KATHERINE E. HOLTZINGER CONNER, ESQ., Chairman PENNSYLVANIA CIVIL SERVICE COMMISSION and JOHN DOE, | : Electronically Filed Document |
|         Defendants | : |

## ORDER

AND NOW, this _____ day of _____ 2006, upon consideration of the Motion to Extend Time to File Summary Judgment Motions and Pre-Trial Statements, it is hereby ORDERED that the Motion is GRANTED. Plaintiff's Pre-trial Statement and any Motions of Summary Judgment will be filed on or before April 3, 2006. Defendant's Pre-Trial Statement and any Responses to Summary Judgment Motions shall be filed on or before April 24, 2006.

                                                **Sean J. McLaughlin**
                                                **United States District Judge**