# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID A. DOWS,           : | |
|            Plaintiff  : | |
| : | No. 04-341  Erie |
| v.                                      : | Judge McLaughlin |
| : | |
| KATHERINE E. HOLTZINGER  : | Electronically Filed Document |
| CONNER, ESQ., Chairman   : | |
| PENNSYLVANIA CIVIL              : | |
| SERVICE COMMISSION and  : | |
| JOHN DOE,                           : | |
|            Defendants  : | |

## **ORDER**

AND NOW, this _____ day of _____ 2006, upon consideration of the Motion to Extend Time to File Summary Judgment Motions and Pre-Trial Statements, it is hereby ORDERED that the Motion is GRANTED. Plaintiff's Pre-trial Statement and any Motions of Summary Judgment will be filed on or before April 3, 2006.  Defendant's Pre-Trial Statement and any Responses to Summary Judgment Motions shall be filed on or before April 24, 2006.

_____
**Sean J. McLaughlin**
**United States District Judge**