IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID A. DOWS,          : | |
| Plaintiff  : | |
| : | No. 04-341 Erie |
| v.                                      : | Judge McLaughlin |
| : | |
| KATHERINE E. HOLTZINGER   : | |
| CONNER, ESQ., Chairman          : | |
| PENNSYLVANIA CIVIL SERVICE  : | |
| COMMISSION and JOHN DOE,   : | |
| : | |
| Defendants  : | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant the Civil Service Commission, through its counsel, moves the Court to enter summary judgment in their favor on all remaining issues because there are no material facts in dispute and Defendant is entitled to summary judgment as a matter of law.

**WHEREFORE**, Defendant the Commission's Motion for Summary Judgment should be granted in its entirety and the case file closed.

                                            Respectfully submitted,

                                            **THOMAS W. CORBETT, JR.**
                                            **Attorney General**

                              **By:**   s/ Linda S. Lloyd
                                            **LINDA S. LLOYD**

**Office of Attorney General**           **Senior Deputy Attorney General**
**15th Floor, Strawberry Square**      **Attorney ID 66720**
**Harrisburg, PA 17120**
**Phone: (717) 705-7327**               **SUSAN J. FORNEY**
**Fax:   (717) 772-4526**               **Chief Deputy Attorney General**
[llloyd@attorneygeneral.gov](mailto:llloyd@attorneygeneral.gov)            **Chief, Civil Litigation Section**

**Date:  April 3, 2006**                      **Counsel for Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID A. DOWS, : | |
|                     Plaintiff : | |
| : | No. 04-341 Erie |
| v. : | Judge McLaughlin |
| : | |
| KATHERINE E. HOLTZINGER : | |
| CONNER, ESQ., Chairman : | |
| PENNSYLVANIA CIVIL SERVICE : | |
| COMMISSION and JOHN DOE, : | |
| : | |
|                     Defendants : | |

**CERTIFICATE OF SERVICE**

    I, Linda S. Lloyd, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on April 3, 2006, I caused to be served a true and correct copy of the foregoing document titled Motion for Summary Judgment by Electronic means to the following:

**William Taggart, Esquire**
**1400 Renaissance Centre**
**1001 State Street**
**Erie, PA  16501-1834**
*Counsel for Plaintiff*

                                                                     s/ Linda S. Lloyd
                                                                    **LINDA S. LLOYD**
                                                                    Senior Deputy Attorney General