IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. DOWS, | : | |
| Plaintiff | : | |
| | : | No. 04-341  Erie |
| v. | : | Judge McLaughlin |
| | : | |
| KATHERINE E. HOLTZINGER | : | Electronically Filed Document |
| CONNER, ESQ., Chairman | : | |
| PENNSYLVANIA CIVIL SERVICE | : | |
| COMMISSION and JOHN DOE, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____ 2006, upon consideration of the Commission's Motion for Summary Judgment and any response by Plaintiff thereto, it is hereby ORDERED that the Motion is GRANTED.  Plaintiff's Second Amended Complaint is DISMISSED and the case filed closed.

**Sean J. McLaughlin**
**United States District Judge**