**SCSC-1**
**Rev. 10/95**

Commonwealth of Pennsylvania
State Civil Service Commission
P.O. Box 569, Harrisburg, PA 17108-0569

# APPLICATION FOR EMPLOYMENT/PROMOTION

Carefully remove pages 1 through 4 from the centerfold. Complete all questions.

1. DO YOU HAVE THE TEST ANNOUNCEMENT FOR THE JOB TITLE(S) FOR WHICH YOU ARE APPLYING? (Please read it before completing your application.)

☐ Yes  ☐ No

If "NO", consult Page III of the attached instructions entitled, WHERE TO SUBMIT YOUR APPLICATION, for the appropriate telephone number or address needed to request a copy. Copies are also available at the local office of the Pennsylvania Job Service.

2. JOB TITLES APPLIED FOR?

(You must submit a separate application for each announcement.)

Test Announcement Number: _____

Examination Number _____

Job Title _____  Job Code _____

3. IF THERE IS A WRITTEN TEST, WHERE DO YOU WANT TO BE TESTED? (Check only one location. See Test Information in the Instructions.)

**Saturday Locations**
- Ø Allentown
- 1 Altoona
- 4 DuBois
- 5 ☒ Erie

- A Johnstown
- D Reading
- E Scranton
- F Williamsport
- G Wilkes-Barre

**Monday through Friday Locations**
- 7 Harrisburg
- 8 Philadelphia
- Pittsburgh
- Other Locations
- H Out-of-State

_____ (specify)

4. ENTER YOUR NAME, ADDRESS, AND TELEPHONE NUMBERS IN THE BOXES. (The first five digits of your Zip Code must be entered.) The last four digits should be entered (if known).

Last Name → | D | O | W | S |

Initials of first and middle names → | D | A |

No. & Street → | R | . | R | . | # | 3 |

City → | E | D | I | N | B | O | R | O |

State → | P | A |

Zip Code → | 1 | 6 | 4 | 1 | 2 | - | 9 | 8 | 0 | 3 |

Area Code → | 8 | 1 | 4 |  Home telephone → | 7 | 5 | 6 | 3 | 3 | 6 | 9 |

Area Code → | 8 | 1 | 4 |  Your current business telephone → | 3 | 9 | 2 | 3 | 7 | 9 | 2 |

THE COMMONWEALTH IS AN EQUAL OPPORTUNITY EMPLOYER

---

5. ENTER YOUR SOCIAL SECURITY NUMBER IN THE BOXES.

| ■ | ■ | ■ | - | ■ | ■ | - | ■ | ■ | ■ | ■ |

6. ARE YOU A RESIDENT OF PENNSYLVANIA?  ☒ Yes  ☐ No

DO YOU HAVE A CURRENT DRIVERS LICENSE WHICH IS NOT UNDER SUSPENSION?
☒ Yes  ☐ No   If "Yes", enter number.

7. ARE YOU CLAIMING VETERANS PREFERENCE?  ☒ Yes  ☐ No
(If "Yes", proof of eligibility, DD Form 214 or other document, must be furnished for initial claim. Send copy, as document CANNOT be returned.)

8. LIST LICENSES OR CERTIFICATES WHICH DIRECTLY RELATE TO THE QUALIFICATIONS OF THE JOB TITLE(S) FOR WHICH YOU ARE APPLYING. (Give numbers and expiration dates. Job examples: engineer, beautician, nurse, lifeguard.)

ACT 33 + 34 CLEARANCE

**PLEASE READ CAREFULLY**

YOU MUST GIVE COMPLETE AND TRUTHFUL ANSWERS TO QUESTIONS 10, 11, AND 12. If you answer "Yes" to any question, you MUST list all offenses, and for each conviction provide date of conviction and disposition, regardless of the date or location of occurrence. Conviction of a criminal offense is not a bar to employment in all cases. Each case is considered on its merits. Your answers will be verified with appropriate police records.

CRIMINAL OFFENSE includes felonies, misdemeanors, summary offenses and convictions resulting from a plea of nolo contendre (no contest).

CONVICTION is an adjudication of guilt and includes determinations before a court, a district justice, and before a magistrate which results in a fine, sentence or probation.

You may OMIT: minor traffic violations, offenses committed before your 18th birthday which were adjudicated in juvenile court or under a Youth Offender Law, and any convictions which have been expunged by a court or for which you SUCCESSFULLY COMPLETED an Accelerated Rehabilitative Disposition program.

FAILURE TO TELL THE TRUTH OR PROVIDE ALL INFORMATION MAY BE GROUNDS FOR NOT HIRING YOU, FOR HIRING YOU, AND AFTER YOU BEGIN WORK, OR FOR CRIMINAL PROSECUTION FOR FALSIFICATION UNDER THE CIVIL SERVICE ACT.

10. Were you ever convicted of a criminal offense?  ☐ Yes  ■ No

11. Are you now under charges for a criminal offense?  ☐ Yes  ■ No

12. Have you ever FORFEITED BOND or COLLATERAL in connection with a CRIMINAL OFFENSE?  ☐ Yes  ■ No

EXPLANATION: If you need a separate sheet of paper to explain details, make sure you sign it and include your social security number.

NOTE: This oath shall be administered by any person duly authorized by law to administer oaths. Execution of this oath is a requirement for Civil Service employment. Notice is hereby given that this oath is subject to the penalties provided by the laws of the Commonwealth of Pennsylvania relating to perjury. Willful false swearing is a misdemeanor and is punishable by imprisonment for not more than five (5) years, or a fine of not more than Ten Thousand Dollars ($10,000), or both, or by separate or solitary confinement at labor not exceeding seven (7) years, or both.

I do solemnly swear (or affirm) that this application and any attachments contain no misrepresentation or falsification, concealment or suppression of material fact, and that the information given by me is true and complete to the best of my knowledge and belief.

And I do further swear (or affirm) that I will support, obey and defend the Constitution of the United States and the Constitution of the Commonwealth, and that I will discharge the duties of State Employment with fidelity.

Signature of applicant:
(in ink) _____

Taken, sworn and subscribed before me, this _____ day of _____ A.D. 19 ____

(SEAL)

Notary

OATH AND SIGNATURE. (Applicable to all questions.)

EXHIBIT 6

**TYPE OR PRINT**

| 3. TRAINING | Name and Address | Dates attended | | No. of credits completed | | | Did you graduate? | Type Degree Recd. | Major course of study |
|---|---|---|---|---|---|---|---|---|---|
| | | From | To | Semester hrs. | Clock hrs. | Other (specify) | | | |
| High School | LEBANON HIGH SCHOOL LEBANON, PA | 9/60 | 6/63 | | | | Y | | ACADEMIC |
| Technical, Business or Other Schools | | | | | | | | | |
| College, University or Professional School | PENN STATE U. UNIVERSITY PARK, PA | 9/69 | 6/71 | 160+ | | | Y | BA | CHEM LAW ENF |
| | YOUNGSTOWN STATE, YOUNGSTOWN, OH | 9/75 | 5/78 | 45 | | | Y | MS | CRIM JUSTICE |
| Credits obtained elsewhere such as CLEP | EDINBORO U OF PA, EDINBORO PA | 9/79 | 5/81 | 18 | | | | | ACCT |

Educational credits may be verified if offered a job. An Official Transcript
(the only acceptable proof of claimed education) may be requested at that time.

## 4. EXPERIENCE

List your experience record. Include paid employment, volunteer or unpaid work, and military service which in your opinion helps to qualify you for the job you want. If your title and duties changed in the course of your work with one employer, describe the changed duties in a new block. Attach additional sheets, if needed. List the question number and your social security number on each attached sheet.

**4A. Present or most recent**

| | |
|---|---|
| From: Mo. 1 Yr. 2002 | Name of Employer: FAMILY SERVICES OF NW PA PINE ST, MEADVILLE PA     Address |
| PRESENT | |
| To: Mo. Yr. | Type of Business: SOCIAL SERVICES   Your Title: THERAPEUTIC SUPPORT STAFF   Name and Title of your Supervisor: GLORIA KNIGHT, LSW |
| Total time spent Yrs. Mos. 6 | DUTIES: Supply all details that you feel are needed to correctly describe your work. State size and kind of work force, if any, supervised by you and extent of such supervision. Add extra sheets, if needed. |
| Total hrs. worked Monthly Weekly 35 | I AM A SOCIAL WORKER WHO WORKS ON A ONE-ON ONE BASIS WITH TROUBLED YOUTH AS A THERAPEUTIC SUPPORT STAFF PERSON. |
| Yearly Salary Starting 11.00/HR Present 13.00/HR | |

*Official Use Only — Evaluation Verification*

**B.**

| | |
|---|---|
| From: Mo. 3 Yr. 2004 | Name of Employer: BLAIR CORPORATION   Address: 3656 26TH ST, ERIE, PA |
| PRESENT | |
| To: Mo. Yr. | Type of Business: MAIL ORDER   Your Title: CUSTOMER SERVICE OPERATOR   Name and Title of your Supervisor: BRENDA CRANSTON |
| Total time spent Yrs. 1 Mos. 4 | DUTIES: Supply all details that you feel are needed to correctly describe your work. State size and kind of work force, if any, supervised by you and extent of such supervision. Add extra sheets, if needed. |
| Total hrs. worked Monthly Weekly 8 | I TAKE ORDERS AND PROVIDE CUSTOMER SERVICE FOR CALLERS WHO ORDER RETAIL FROM BLAIR CORPORATION |
| Yearly Salary Starting 7.35/HR Last | |

*Official Use Only — Evaluation Verification*

**C.**

| | |
|---|---|
| From: Mo. 2 Yr. 1972 | Name of Employer: PA BUR OF NARC INVES   Address: 1957 E 36TH ST, ERIE PA |
| To: Mo. 6 Yr. 2000 | Type of Business: DRUG LAW ENFORCEMENT   Your Title: NARCOTIC AGENT   Name and Title of your Supervisor: JOE MARSILI |
| Total time spent Yrs. 28 Mos. 5 | DUTIES: Supply all details that you feel are needed to correctly describe your work. State size and kind of work force, if any, supervised by you and extent of such supervision. Add extra sheets, if needed. |
| Total hrs. worked Monthly Weekly 40 | SWORN LAW ENFORCEMENT OFFICER DOING OVERT AND COVERT DRUG LAW ENFORCEMENT. I WAS TRAINED TO USE PSYCHOLOGY IN INTERVIEWS AND INTERROGATION. I PREPARED REPORTS AND EVIDENCE USED IN COURT CASES. |
| Yearly Salary Starting 7500.00/YR Last 61,000/YR | |

*Official Use Only — Evaluation Verification*

## EMPLOYMENT QUESTIONNAIRE

SCSC-1A
Rev. 10/05

**INSTRUCTIONS** — This information will be used in sending the names of successful applicants to hiring agencies. PLEASE COMPLETE ALL QUESTIONS. If you do not, you may hurt your chances for employment.

**A. WHAT KIND(S) OF EMPLOYMENT WILL YOU ACCEPT?**
1. ☑ Career appointment (Standard workweek, year-round)
2. ☐ Temporary up to 12 months (Standard workweek)
3. ☐ Part-time (Less than standard workweek, usually year-round)
4. ☐ Seasonal (Standard workweek, less than year-round)
5. ☐ Limited term (Usually a standard workweek for a specified period)

**B. WHEN CAN YOU START WORK?** (If within 2 weeks, leave blank.)

| Month | Day | Year |
|---|---|---|
| | | |

**C. COUNTY WHERE YOU LIVE?** (Codes are on the back. If you do not live in Pennsylvania, enter "99".)

`2 5`

OFFICIAL USE ONLY
`M E 19`

**D. LOCATIONS WHERE YOU WILL ACCEPT EMPLOYMENT?** (Use the codes on the back. Be sure to include the county code for job locations where you will accept employment.) Refer to the announcement and contact the hiring agency for job locations. Choose locations where the jobs exist. If you don't accept a job offer, your name may be removed from the list.)

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2 5 | 2 2 0 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | |

**E. CAN YOU COMMUNICATE FLUENTLY IN A FOREIGN LANGUAGE?** (For some jobs it is important to be able to speak with persons of different cultures and backgrounds. If you answer "Yes" to this question, you may be required to submit additional proof or take an oral interview.)

☐ Yes   ☑ No    What language(s)?

**F. VERIFICATION OF EDUCATION AND EMPLOYMENT INFORMATION.** (This application may result in your appointment or promotion to a civil service position. Consequently, the Commission may need to verify the education and employment information you claim to possess. Do we have your written permission for that verification? If so, sign and date below. If not, leave blank.)

If you do not grant permission to verify your education and experience and you subsequently are appointed or promoted, you may then be required to provide proof that you possess the education that you claim. We also may require verification of qualifying work experience from former employers.

You have my permission to verify my education and employment. My signature serves as release form for that purpose.

If your school / employment records are listed under another name or names, list them below.

_(Signature in ink)_

7-22-02

---

ENTER YOUR SOCIAL SECURITY NUMBER IN THE BOXES

ENTER YOUR SOCIAL SECURITY NUMBER IN THE BOXES

`1 8 0 - 3 6 - 6 4 9 5`

## RESEARCH QUESTIONNAIRE

SCSC-1B
Rev. 10/05

**INSTRUCTIONS** — The Commission wants to make sure that the recruitment and hiring of civil service employees is fair. To do this, we need your answers to the questions below. You are not required to complete this form. Your answers will be used for research; to help insure equal employment opportunity; to determine the effectiveness of recruitment; and other purposes. Your cooperation is important.

**A. HOW DO YOU DESCRIBE YOURSELF?**

1. ☐ BLACK (not of Hispanic Origin): Persons having origins in any of the Black racial groups of Africa.
2. ☐ HISPANIC: Persons of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish Culture or origin, regardless of race.
3. ☑ WHITE (not of Hispanic Origin): Persons having origins in any of the original peoples of Europe, North Africa, or the Middle East.
4. ☐ AMERICAN INDIAN OR ALASKAN NATIVE: Persons having origins in any of the original peoples of North America, and who maintain cultural identification through tribal affiliation or community recognition.
5. ☐ ASIAN OR PACIFIC ISLANDER: Persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands. This area includes, for example, China, Japan, Korea, the Philippine Islands, and Samoa.

**B. DATE OF BIRTH?**

| Month | Day | Year |
|---|---|---|
| 0 1 | 1 5 | 4 6 |

**C. WHAT IS YOUR SEX?**

☐ Female   ☑ Male

**D. WHAT IS THE HIGHEST SCHOOL GRADE YOU HAVE COMPLETED?**

High School →
☐ 7 or less   ☐ 8   ☐ 9   ☐ 10   ☐ 11   ☐ 12

College →
☐ 1   ☐ 2   ☐ 3   ☐ 4   ☑ 5 or more

**E. HOW DID YOU FIRST LEARN ABOUT THIS TEST?** (Check the box which applies.)
1. ☐ Visiting or phoning a civil service office (Harrisburg, Philadelphia or Pittsburgh)?
2. ☑ Local Office of the Penna. Job Service?
3. ☐ Other? (specify)

Over

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 3                        - - -

 4    DAVID A. DOWS,                       )
                                           )
 5              Plaintiff,                 )
                                           ) Civil Action
 6         vs.                             ) No. 2004-3412
                                           ) ERIE
 7    KATHERINE E. HOLTZINGER CONNER,      )
      ESQ. Chairman PENNSYLVANIA CIVIL     )       RECEIVED
 8    SERVICE COMMISSION and JOHN DOE,     ) Office of Attorney General
                                           )
 9              Defendant.                 )    MAR 0 8 2006

10                        - - -              Litigation Section

11          Deposition of CHARLENE KOLUPSKI

12            Friday, February 24, 2006

13                        - - -

14         The deposition of CHARLENE KOLUPSKI, called as a
      witness by the plaintiff, pursuant to notice and the
15    Federal Rules of Civil Procedure pertaining to the
      taking of depositions, taken before me, the
16    undersigned, Eugene C. Forcier, Stenographer
      Commissioner in and for the Commonwealth of
17    Pennsylvania, at the offices of the Office of Children
      and Youth of the County of Erie, 154 West Ninth
18    Street, Erie, Pennsylvania  16501, commencing at 10:40
      o'clock A.m., the day and date above set forth.
19

20                        - - -

21         COMPUTER-AIDED TRANSCRIPTION BY
            MORSE, GANTVERG & HODGE, INC.
22                 ERIE, PENNSYLVANIA
                    814-833-1799
23
                          - - -
24

25
```



1      Q      And just for the court reporter's sake,
2   remember, head shaking --

3      A      Right.

4      Q      -- is fine, but it always has to get to a
5   yes or no eventually.

6              And it turns out there is also an
7   additional list, and I am not indicating it is of
8   lesser or greater importance, but concurrently there
9   is a list of people who have not taken an examination,
10  but have filled out a detailed application, that is
11  then evaluated, and in those depositions we called it
12  various things, but one of them is we began to refer
13  to that as the intern list.

14             Are you aware the Civil Service Commission
15  has a list of interns available for possible hiring by
16  the county agencies, like OCY?

17     A      I am aware that the Civil Service
18  Commission was a student intern list.

19             It is for hiring as a student intern.  That
20  list is for hiring as a student intern.

21     Q      Now, what do you know about how that list
22  comes to exist; what -- what happens, so that
23  particular -- now, the students to begin with, are
24  college students; is that right?

25     A      Correct.

1  then go to the Office of Children and Youth?

2      A    We request that as a part of the

3  information that we want to see from them, yes.

4      Q    So, would it be correct that for each

5  proposed intern who wants to come to OCY Erie, that

6  there is a packet of materials that are completed by

7  the student, and possibly other people have to do

8  components, recommendations and so forth?

9      A    Correct.  Uh-huh.  Yes.

10      Q    And at some point, does all, or part of

11  that packet go to the Civil Service Commission?

12      A    I really am not certain of whether that

13  gets to civil service, or if that's maintained in our

14  offices, and available to them, if necessary.

15      Q    Now, in our discussions, the depositions

16  with some of the workers at Civil Service Commission,

17  it does seem that at some point the Commission

18  actually puts together lists of available interns.

19      A    That's correct.

20      Q    People who want to be?

21      A    Uh-huh.

22      Q    So, does it sound accurate to you, that at

23  least some portions of these packets make it to civil

24  service, so they can maintain these lists?

25      A    Yes.  They do need to complete a civil

1  service application, and specifically, I cannot tell
2  you what they are required to attach, but there are
3  things that they must attach to the civil service
4  application.

5      Q      Now, was I correct earlier, when I
6  suggested, in a question, that mainly these are junior
7  and senior level college students completing these
8  packets?

9      A      Yes.  I believe civil service requires that
10 they must minimally be a junior, in their educational
11 program.

12     Q      In your experience, do the majority of the
13 students try to time this in their education, so that
14 they are performing their internship in their senior
15 year?

16     A      That is the requirement of the school.  It
17 usually is the final part of their educational
18 experience.

19            So that that occurs generally at the
20 completion of their academic careers.

21            Usually, the final semester, or final year.

22     Q      So, this activity, for the interns,
23 generally, not always, but falls in the second
24 semester, final semester of their senior year, if
25 possible?  Is that right?

1          A       We would then request a civil service list.
2          Q       What are the reasons that the agency would
3   look first to the trainee intern group, and then
4   secondarily, to the civil service list group?
5          A       The civil service student intern
6   classification was created by civil service to recruit
7   and retain qualified staff in child welfare, and
8   mental health service; for our purposes, child
9   welfare.

10                 That is the intent of the classification.
11                 It gives the agency -- and I believe they
12  speak of this in their bulletins, it gives the agency
13  the opportunity to see if these individuals are
14  capable of doing the work, and it gives the individual
15  the opportunity to determine if this is the type of
16  work they would like to do.

17                 So that we have some experience with these
18  individuals, some knowledge, and some sense of whether
19  or not they can perform the job.

20                 Additionally, we have had them for
21  975 hours, they have knowledge and experience of the
22  agency, knowledge and experience of the type of
23  services that need to be provided, the client
24  population, et cetera.

25                 And they have actually been in a 975 hour

1    training period.

2           So that once they would be hired, they

3    would be able to assume more responsibilities, more

4    quickly, than someone that has not been a part of the

5    organization for the last six-month period of time,

6    and has not had that education, training, and

7    on-the-job experience, and that is the intent of the

8    program.

9      Q    If an individual, in this example, had

10   taken the civil service exam, and had the requisite

11   prior college training, had been a sociology, or

12   social work major, that sort of thing, is there a

13   track or option for someone like that to enter into

14   the training program?

15     A    The student intern program?

16     Q    Yes.

17     A    Not to my knowledge.

18     Q    So, you haven't encountered an example of

19   that happening?

20     A    Correct.

21     Q    On a practical level, the people who start

22   out as caseworker 1's, are being paid slightly less

23   than the caseworker 2's; is that right?

24     A    Right.

25     Q    And the caseworker 1's would typically be

1  to hire them, if possible, through appropriate civil
2  service means.

3     Q     And when interns weren't paid, at the end
4  of the internship, if it was successful, back then,
5  did they become caseworker 2's?

6     A     At the time that I completed my internship,
7  there were different civil service classifications.

8           Again, you would -- because there was no
9  intern program through civil service, whether you did
10 an internship or not, you had to take the civil
11 service test.

12          I believe it was in 1988, that the Civil
13 Service Commission created the student intern
14 classification.

15    Q     Do you know what caused the change at that
16 point in 1988, in the development of the paid program?

17    A     The -- again, I can give you my opinion.

18          I don't know factual.

19          I mean --

20    Q     What's your opinion, as to why that
21 happened?

22    A     My opinion is, and again, as -- I have
23 worked through the system, child welfare has a high
24 turnover rate, often times it is difficult to get
25 qualified people who want to work in the field, and so

1  it was an attempt on the part of civil service to

2  assist county agencies in recruitment, and retention,

3  and I do believe their bulletin speaks to that piece

4  of it.

5            And, that it sometimes, what would

6  happen -- well, what would happen prior to the civil

7  service classification, if an individual completed an

8  internship, they would have to do a -- they would have

9  to take the civil service test.

10           And, there, I believe, that there could

11 have been times when they, the agencies -- and I am

12 not -- I am talking generally, in Pennsylvania -- had

13 interns that they wanted to hire, and because of

14 numbers of people on the list, et cetera, and numbers

15 of vacancies, they may not have been able to hire

16 those people.

17      Q    So if I understand correctly, it is your

18 belief that approximately prior to 1988, you are not

19 guaranteeing that date, that there was some time where

20 students would complete an internship, but then have

21 to take a competitive merit style civil service

22 test --

23      A    Correct.

24      Q    -- and actually sit for an exam, just like

25 everybody else, and fill it out?

```
1       A       We choose to pay our student interns.

2               It is not a requirement of civil service,

3   it's highly recommended.

4       Q       And to my understanding, that OCY does not

5   pay these student interns, the CWEB student interns;

6   is that correct?

7       A       That's correct.

8       Q       But you do pay the other interns, that you

9   receive from other institutions?

10      A       Yes.

11      Q       And that's at the rate of $9 an hour?

12      A       I believe it's $9 an hour.

13      Q       And does that money -- if you know, does

14  that funding or money come out of the OCY budget, or

15  costs?

16      A       I believe so.  If it's reimbursed for

17  all -- as we are reimbursed for all salaries.

18      Q       Okay.

19              So for example, Mercyhurst does not pay the

20  $9 an hour?

21      A       Correct.

22      Q       Are the student interns, that you hire, or

23  have worked for you, are they here over and above your

24  normal complement of caseworker positions?

25      A       Yes.
```

1    Q    So, hypothetically, if you have

2  20 caseworker positions, those are filled by, I am

3  going to say, employees of OCY, and then the student

4  interns are over and above those 20?

5    A    Correct.

6    Q    However many positions you would have?

7    A    Correct.

8    Q    So student interns are not hired in place

9  of caseworker 1's, 2's, 3's?

10    A    Correct.

11    Q    If a student intern, during the course of

12  an internship, is not performing satisfactorily, can

13  you terminate that internship?

14    A    Absolutely.

15    Q    And have you done that?

16    A    Absolutely.

17    Q    Now, we talked about the student intern

18  list, and just to make the record clear, the student

19  intern list, from the civil service --

20    A    Uh-huh.

21    Q    -- that list is to fill, or hire student

22  interns who are still in college, to come into your

23  program?

24    A    Correct.

25    Q    Okay.  That student intern list is not used

1   to hire caseworker 1's, 2's, et cetera?

2        A      Right.

3        Q      You have been asked questions about a

4   series of individuals, and I am going to go back and

5   fill in a little bit of information, if you have it.

6        A      Okay.

7        Q      Nicole Johnson?

8        A      Yes.

9        Q      Is she still employed?

10       A      Yes, she is.

11       Q      Christy Holden, you said she was a training

12   supervisor?

13       A      Yes.

14       Q      Had she been a student intern, to your

15   recollection?

16       A      She was a student intern.

17              MS. LLOYD:  I think that's all of the

18         questions I have.  Thank you.

19                         EXAMINATION

20   BY MR. TAGGERT:

21       Q      Follow up to that.

22              For the sake of this question, I'm assuming

23   that interns, because of their lack of experience,

24   just aren't as efficient as more experienced people.

25   Is that a fair assumption?

```
SCSC-91 PA STATE CIVIL SERVICE COMMISSION CERTIFICATION OF ELIGIBLE 09/24/2003   PAGE 01
REQUISITION NO. 0321    REQUESTED 09/24/03 09:54:20  CERTIFICATION NO.   12563
AGENCY 034 CLASS L0623  COUNTY CASEWORKER 1 (LOCAL GOVERNMENT)
CODE 11 - EMPLOYMENT CERTIFICATION                       PART TIME LIST
LOCATION 25  ERIE                         COUNTY 25  NO. OF POSITIONS      2
BUREAU Y725                                                SHIFT 1
USER: WELF0178    PART TIME     POSITION SENIORITY UNIT    LOWER CLASS
```

```
          ERIE CO CHD WEL SER                                (PATRICE)
          154 W NINTH ST
          ERIE                      PA  16501
                                              SENIORITY
   NAME / ADDRESS          SSN    TELEPHONE   VET   DATE    FER  AGENCY ACTION
   REXFORD        T                                         92.00 WJT

   BONCZAR      J E                                         90.00 NR

   DABROWSKI    K L                                         88.00 APT 11/10/03

   REYNOLDS     C M                                         86.00 WTP

   PASQUARETTE    C                                         85.00 PAV

   WARCHOL        K                                         84.00 APT 12/24/03

   LARSON       E D                                         83.00 NCL

   RACE         M D                                         82.00 WJT

   GALLENSTEIN  R D                                         82.00 NR

   ZAJKOWSKI    L M                                         82.00 AV

   BARNES       C A                                         79.00 WFD 05/01/04

   NOVAK        C D                                         79.00 NR
```



EXHIBIT
8

| NAME / ADDRESS | SSN | TELEPHONE | VET | DATE | FER | AGENCY ACTION | PAGE 02 |
|---|---|---|---|---|---|---|---|
| KIETA-BURLEY    S L | | | | | 90.00 | NC | |
| WESTFALL    T L | | | | | 90.00 | NC | |
| CAMMARATA    C L | | | | | 89.00 | NC | |
| JAMIESON    K M | | | | | 87.00 | NC | |
| MCCLOSKEY    T J | | | | | 86.00 | NC | |
| SMITH    K L | | | | | 86.00 | NC | |
| LANSINGER    E F | | | | | 86.00 | NC | |
| FRANK    R A | | | | | 82.00 | NC | |

**** THIS CERTIFICATION EXPIRES ON 12/24/2003 ****

NAME:                    TELEPHONE:              DATE SUBMITTED:

***THIS IS NOT AN OFFICIAL COPY OF THE CERTIFICATION***

```
SCSC-91  PA STATE CIVIL SERVICE COMMISSION CERTIFICATION OF ELIGIBLE 10/28/2003   PAGE 01
REQUISITION NO. 0325   REQUESTED 10/28/03 08:03:58  CERTIFICATION NO.  14204
AGENCY 034 CLASS L0624  COUNTY CASEWORKER 2 (LOCAL GOVERNMENT)
CODE 11 - EMPLOYMENT CERTIFICATION                    FULL-TIME LIST
LOCATION 25  ERIE                      COUNTY 25  NO. OF POSITIONS       2
BUREAU Y725                                              SHIFT 1
USER: BCHEDDAR  SUBSTITUTE      POSITION SENIORITY UNIT    LOWER CLASS


        ERIE CO CHD WEL SER                              (BC/BC  )
        154 W NINTH ST
        ERIE                        PA  16501
                                            SENIORITY
NAME / ADDRESS          SSN      TELEPHONE   VET   DATE    FER  AGENCY ACTION
DOWS            D       ▓▓▓▓▓▓▓▓▓▓▓▓ V          101.00 NC
▓▓▓▓▓▓▓▓▓▓▓

TROHOSKE       T M      ▓▓▓▓▓▓▓▓▓▓▓▓            92.00 NC
▓▓▓▓▓▓▓▓

PAGE           A L      ▓▓▓▓▓▓▓▓▓▓▓▓            90.00 NC
▓▓▓▓▓▓▓▓▓▓

CARIDEO        C M      ▓▓▓▓▓▓▓▓▓▓▓▓            90.00 NC
▓▓▓▓▓▓▓▓▓

HIGHFIELD      C L      ▓▓▓▓▓▓▓▓▓▓▓▓            88.00 NC
▓▓▓▓▓▓▓▓▓

DABROWSKI      K L      ▓▓▓▓▓▓▓▓▓▓▓▓            88.00 NC
▓▓▓▓▓▓▓▓▓

KRAUSE         K A      ▓▓▓▓▓▓▓▓▓▓▓▓            81.00 NC
▓▓▓▓▓▓▓▓

FISCHER        A L      ▓▓▓▓▓▓▓▓▓▓▓▓            69.00 NC
▓▓▓▓▓▓▓▓

CATALANO       R A      ▓▓▓▓▓▓▓▓▓▓▓▓ V         103.00 NC
▓▓▓▓▓▓▓▓

DAVIS          P D      ▓▓▓▓▓▓▓▓▓▓▓▓            89.00 NC
▓▓▓▓▓▓▓▓

KURCSICS       R E      ▓▓▓▓▓▓▓▓▓▓▓▓            86.00 NC
▓▓▓▓▓▓▓▓

GRAYSON        S D      ▓▓▓▓▓▓▓▓▓▓▓▓            86.00 NC
▓▓▓▓▓▓▓▓
```



EXHIBIT
9

| NAME / ADDRESS | | SSN | TELEPHONE | VET | DATE | FER | AGENCY ACTION | PAGE 02 |
|---|---|---|---|---|---|---|---|---|
| ALLEMANG | M T | | | | | 85.00 | NC | |
| FISHER | T L | | | | | 84.00 | NC | |
| VARNDELL | D O | | | | | 84.00 | NC | |
| BEMIS | D | | | | | 83.00 | NC | |
| CARPENTER | F T | | | | | 83.00 | NC | |
| WEBER | M L | | | | | 81.00 | NC | |
| PHILLIPS | J M | | | | | 68.00 | NC | |

```
**** THIS CERTIFICATION EXPIRES ON 01/27/2004 ****

NAME:                         TELEPHONE:            DATE SUBMITTED:

***THIS IS NOT AN OFFICIAL COPY OF THE CERTIFICATION***
```

```
SCSC-91 PA STATE CIVIL SERVICE COMMISSION CERTIFICATION OF ELIGIBLE 10/29/2003   PAGE 01
REQUISITION NO. 0327   REQUESTED 10/29/03 09:49:09 CERTIFICATION NO.  14313
AGENCY 034 CLASS L0624 COUNTY CASEWORKER 2 (LOCAL GOVERNMENT)
CODE 11 - EMPLOYMENT CERTIFICATION                          PART TIME LIST
LOCATION 25  ERIE                          COUNTY 25  NO. OF POSITIONS      1
BUREAU Y725                                                 SHIFT 1
USER: BCHEDDAR  SUBSTITUTE      POSITION SENIORITY UNIT     LOWER CLASS
```

```
       ERIE CO CHD WEL SER                                  (BC/BC  )
       154 W NINTH ST
       ERIE                         PA  16501
                                               SENIORITY
NAME / ADDRESS          SSN      TELEPHONE   VET   DATE    FER  AGENCY ACTION
TROHOSKE       T M                                        92.00 APT 11/12/03


DABROWSKI      K L                                        88.00 NR


GRAYSON        S D                                        86.00 NCL


CARPENTER      F T                                        83.00 NR


PHILLIPS       J                                          68.00 NR
```

```
   **** THIS CERTIFICATION EXPIRES ON 01/28/2004 ****

NAME:                        TELEPHONE:         DATE SUBMITTED:

***THIS IS NOT AN OFFICIAL COPY OF THE CERTIFICATION***
```

EXHIBIT 10