```
 1              IN THE UNITED STATES DISTRICT COURT

 2         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 3                       - - -

 4   DAVID A. DOWS,                    )
                                       )
 5              Plaintiff,             )
                                       ) Civil Action
 6         vs.                         ) No. 04-341 ERIE
                                       )
 7   PENNSYLVANIA CIVIL SERVICE        )
     COMMISSION and JOHN DOE,          )
 8                                     )
                Defendants.            )
 9
                         - - -
10
                 Deposition of J. STEPHEN SHARTLE
11
               Wednesday, December 21, 2005
12
                         - - -
13
          The deposition of J. STEPHEN SHARTLE,, called as
14   a witness by the plaintiff, pursuant to notice and the
     Federal Rules of Civil Procedure pertaining to the
15   taking of depositions, taken before me, the
     undersigned, Eugene C. Forcier, Stenographer
16   Commissioner in and for the Commonwealth of
     Pennsylvania, at the Office of the Attorney General,
17   Commonwealth of Pennsylvania, Litigation Section,
     Strawberry Square, Harrisburg, Pennsylvania  17120,
18   commencing at 9:33 o'clock a.m., the day and date
     above set forth.
19
                         - - -
20
                 COMPUTER-AIDED TRANSCRIPTION BY
21               MORSE, GANTVERG & HODGE, INC.
                    ERIE, PENNSYLVANIA
22                    814-454-6655

23                       - - -

24

25
```

EXHIBIT
2/

1  their 40's, et cetera.

2       Q     And so forth?

3       A     Yes.

4       Q     And as you recall, did you provide that

5  data to Mr. Dows?

6       A     Yes, we did.

7       Q     And at some point did you learn that

8  Mr. Dows had been appointed as a per diem caseworker,

9  by the Office of Children and Youth?

10      A     That same conversation, I found that out,

11 yes.

12      Q     And the employer in that instance would

13 have been OCY in Erie County, Pennsylvania?

14      A     That is correct.

15      Q     Did you have any concerns that there had

16 been a per diem hire of Mr. Dows?

17      A     Yes.

18      Q     And what were those concerns?

19      A     I -- I looked in our records for Mr. Dows'

20 employment history, I could not find that we had any

21 record of him working at the Erie County Children and

22 Youth.

23      Q     Now, for the sake of the record, keep it

24 rounded out, when an individual is hired, who is in a

25 position covered by the civil service, you know,

1    people loosely call a civil service job, is the hiring
2    county supposed to notify your agency?
3        A       The hiring county, yes, are supposed to
4    notify us.
5        Q       And do they have a particular amount of
6    time in which they are supposed to do that?
7        A       Within five days of the appointment, five
8    working days of the appointment.
9        Q       And when you checked your records, there
10   was no record of Mr. Dows having been hired by the
11   county, for that purpose?
12       A       That is correct.
13       Q       Now, was there -- was there a per diem
14   category that was governed by this civil service, in
15   some way?
16       A       We don't use the term "per diem".
17       Q       Is there a term that you use, that means
18   essentially the same thing?
19       A       I'm not really sure what Erie County meant
20   by per diem.  To me, per diem means something totally
21   different than what they were -- what they seemed to
22   be using it as.
23       Q       As you saw it, what did you take, in your
24   professional experience, the term "per diem" to mean?
25       A       As far as Erie was concerned?

```
 1       Q      Your general understanding, before you
 2  encountered this area?
 3       A      Per diem had to do with pay, with when you
 4  are on the road, when you are traveling, pay that you
 5  get for your expenses.
 6       Q      So really, expenses for being away from
 7  your duty station?
 8       A      Away from your duty station.
 9       Q      And are there day by day jobs, in that
10  sense of per diem, that are covered by civil service;
11  does civil service really have anything to do with
12  hiring people just for brief periods of time?
13       A      Yes.
14       Q      And can that apply to any of the job
15  categories?
16       A      Yes, it can.
17       Q      When you learned about the per diem hiring
18  of Mr. Dows, the allegation that it had occurred, did
19  you make any investigation?
20       A      Yes.
21       Q      And what did you do?
22       A      First thing I did, was contact Erie County
23  Children and Youth, to ask about the information that
24  I had received for Mr. Dows.
25       Q      And what did you learn?
```

```
1     A      Their human resource person advised me that
2   he had been hired as a per diem employee, without
3   benefit of the civil service certification.
4     Q      And did you have any concerns about his
5   having been hired in that way?
6     A      Yes, we did.
7     Q      What were those professional concerns?
8     A      That there was a possibility that his
9   selection was a violation of the civil service
10  regulation.
11    Q      Did you ask the county to provide
12  additional data, or information to you, as part of
13  your investigation, at that point?
14    A      I don't recall if I did at that point.
15    Q      What was your next step in the
16  investigation?
17    A      So much happened around the same time, a
18  lot of things.
19    Q      Yes.
20    A      A couple of things happened, not
21  necessarily in this order:
22           I had learned from talking to their human
23  resource office, about some other things that were
24  potential problems.
25           We -- I had my staff review some
```

Case 1:04-cv-00341-SJM   Document 23-6   Filed 04/03/2006   Page 6 of 25

1    documentation, previous certifications, that were
2    issued to Erie County Children and Youth, and I
3    discussed with my supervisor the possibility of doing
4    an onsite investigation.
5         Q     Who was your supervisor at that time?
6         A     Aubrey Watkins.
7         Q     And what did you and Mr. Watkins decide
8    about an investigation?
9         A     We decided that an investigation would be
10   appropriate in this case.
11        Q     And so the Commission then began its own
12   investigation?
13        A     That's correct.
14        Q     And were you the prime investigator?
15        A     Yes, sir.
16        Q     What were the main points that you learned
17   in your investigation?
18        A     We -- we -- we learned that Erie County
19   Children and Youth had been appointing employees in
20   the civil service jobs, without civil service
21   knowledge.
22              We learned that they had been promoting
23   people, within the organization, without civil service
24   knowledge.
25              There were actually about 20 different

1   issues that we had problems with, and I just don't

2   recall what they all were.  But they were basically

3   focused around taking actions with appointments, and

4   movement of civil service employees, without advising

5   the Civil Service Commission of what they had done.

6        Q      And were a number of these movements of

7   people in OCY?

8        A      It was only OCY.

9        Q      So that particular investigation was

10  confined to that agency?

11       A      That is correct.

12       Q      Was your contact person, in human

13  resources, Patrice Berchtold?

14       A      Yes, it was.

15       Q      And did Miss Berchtold offer an explanation

16  as to why the county had not been informing the

17  Commission of these personnel changes?

18       A      There were explanations, yes.  Yes, they

19  gave explanations.

20              I'm sorry, I had to think about what was

21  going on there.

22       Q      And what were her explanations?

23       A      For the, what she called per diem

24  employees, which were employees hired, brand new

25  appointments, without telling us, it was that they

1  wanted to give them a trial employment period, before
2  they determined whether they wanted to keep them on a
3  permanent basis, and hire them off the civil service
4  list.

5         For the promoted employees, they were
6  waiting to tell us until after the employee -- let me
7  backtrack a little bit.

8         According to them, under their collective
9  bargaining contract, a promoted employee had some
10  rights to return to their previous position, if they
11  didn't like it, for a certain period of time, I don't
12  recall what that period of time was, and they didn't
13  want to tell us the person was promoted, until they
14  were assured that they weren't going to exercise their
15  return rights to their previous position.

16     Q     And that was an explanation given to you by
17  Patrice Berchtold?

18     A     Yes, it was.

19     Q     And was that explanation satisfactory to
20  you, as -- on behalf of the Commission?

21     A     It was not.

22     Q     And so, the having a possible right of
23  return to a different job is not an exception to the
24  reporting requirement that the Commission has to
25  report within five business days?

```
 1  is that right?
 2       A    Yes, that is correct.
 3       Q    And their choices, from the list, were made
 4  as if Mr. Dows was not on the list?
 5       A    Correct.
 6       Q    Is that fair?
 7       A    Correct.
 8       Q    But of course, he was.
 9       A    Correct.
10       Q    Which later the Commission would deal with,
11  in its order.
12       A    Yes.
13       Q    But, while the Commission was -- do you
14  have an opinion as to whether the County of Erie was
15  in its rights to hire, without hiring Mr. Dows, simply
16  because they had made the request?
17       A    In my opinion, they were within their
18  rights, yes.
19       Q    And if the Commission eventually decided
20  that Mr. Dows should have been removed from the list,
21  there would have been no harm and no foul?
22       A    That is correct.
23       Q    But if the Commission had decided that it
24  was wrong, which it eventually did, while incorrect
25  removed Mr. Dows from the list, then that would mean,
```

1  in practical terms, someone had the position that

2  should have been offered to Mr. Dows?

3       A      That is correct.

4       Q      And the Commission then worked to rectify

5  that as best it could, with its order?

6       A      We -- we ordered the Erie County Children

7  and Youth agency to appoint Mr. Dows, in order --

8  because of the other two appointments they had.

9       Q      Right.

10             And it would be their decision, if they

11  then wanted to, if you will, bump the last person in

12  the chain, or accept the fact that they had one more

13  hire than they had originally planned to have; is that

14  right?

15      A      I am not sure I understand that.

16      Q      Assuming, for the sake of discussion, that

17  the County of Erie had, while ignoring, for whatever

18  reason, Mr. Dows, had hired the number of people that

19  it had wanted to have, and then was ordered to hire

20  Mr. Dows, it was the county's prerogative to decide

21  whether it wanted to simply have one more person, or

22  hire Mr. Dows and drop whoever would have been the

23  lowest ranking person on the civil service list, out

24  of the people they did hire; would that be right?

25      A      We only required them to hire Mr. Dows.

1    Q    And then however it plays out, after that,
2  is not your concern, unless it seems to offend an
3  individual, and brings to your attention a possible
4  violation of the civil service laws and regulations?
5    A    I suppose that would be possible, yes.
6    Q    So really, unless it seemed to cause a
7  problem to someone else, who chose to complain of it,
8  that would not be of formal interest to the Commission
9  how the situation played out of Mr. Dows was hired?
10   A    Our only concern was that Mr. Dows be
11  hired.
12   Q    Now, in the description of the entry level
13  requirements to be a social worker intern versus
14  coming in as a caseworker, the amount of experience
15  is -- required, is different for the two lists.
16   A    Okay.
17   Q    Do you have any knowledge of the decision
18  making, or any discussions about how to set the amount
19  of experience that would be necessary to be considered
20  on the trainee list?
21   A    I don't have any knowledge of that.
22   Q    Now, in the unassembled test, which is a
23  useful term we have used in referring to, among other
24  tests, the county social intern caseworker, there are
25  various areas that a scorer, a reviewer must give a

1

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                        - - -

4    DAVID A. DOWS,                            )
                                               )
5              Plaintiff,                       )
                                               ) Civil Action
6         vs.                                   ) No. 04-341 ERIE
                                               )
7    PENNSYLVANIA CIVIL SERVICE                 )
     COMMISSION and JOHN DOE,                   )
8                                               )
               Defendants.                      )
9
                        - - -
10
                 Deposition of KARLOS M. DelTORO
11
                  Thursday, December 22, 2005
12
                        - - -
13
          The deposition of KARLOS M. DelTORO,, called as
14   a witness by the plaintiff, pursuant to notice and the
     Federal Rules of Civil Procedure pertaining to the
15   taking of depositions, taken before me, the
     undersigned, Eugene C. Forcier, Stenographer
16   Commissioner in and for the Commonwealth of
     Pennsylvania, at the Office of the Attorney General,
17   Commonwealth of Pennsylvania, Litigation Section,
     Strawberry Square, Harrisburg, Pennsylvania  17120,
18   commencing at 9:00 o'clock a.m., the day and date
     above set forth.
19
                        - - -
20
                 COMPUTER-AIDED TRANSCRIPTION BY
21              MORSE, GANTVERG & HODGE, INC.
                    ERIE, PENNSYLVANIA
22                    814-454-6655

23                        - - -

24                                    RECEIVED
                                      Office of Attorney General
25
              EXHIBIT                 JAN 0 5 2006
                22
                                      Litigation Section

1    lists for county social caseworker intern?

2        A    Yes.

3        Q    Are you aware of any discussions within the
4    Commission, as to why an intern list is maintained for
5    county social caseworker?

6        A    Am I aware of any discussions?  No.

7        Q    Do you have a personal professional
8    understanding as to why there is a county social
9    caseworker intern list in addition to having a written
10   exam and a caseworker 2 list?

11       A    Yes.

12       Q    Why is that?

13       A    The county social caseworker intern program
14   was to be an alternative means, another means by which
15   management could recruit and retain professionals in
16   social services.

17            It is meant as another recruitment tool,
18   and retention tool of management, in addition to other
19   ways that they hire their human service potentials.

20       Q    I can see the theory of it being a
21   recruitment tool.

22       A    Uh-huh.

23       Q    How would it enhance retention, except
24   having more people to start, so more people would be
25   there to maintain the staff?

1      A      Well, my opinion on that is because you
2   would introduce someone to -- as part of the intern
3   process, you would introduce them to how the agency
4   works, and how public social service work, or human
5   service work is accomplished, and that would give that
6   person a -- an early indication as to whether or not
7   they were suited for that type of work, as compared to
8   perhaps someone who comes in as a -- initially, as a
9   permanent caseworker, and then finds that that work
10  was not exactly what they thought it was going to be.
11             So, in the one case, you have the person
12  going through this program, learning what the public
13  service work is like, and then by the time they get to
14  the point where they would become a permanent
15  employee, they would make an informed decision as to
16  whether or not that would be for them.
17     Q      Now, does it fit your recollection, that to
18  submit an exam for the social casework intern
19  position, an individual has to at least be a college
20  junior?
21     A      I'm sorry, could you repeat that?
22     Q      The individual has to at least be a junior
23  in college?
24     A      To submit an application for --
25     Q      To submit an application for the social

# MANAGEMENT DIRECTIVE

535.5 Amended
Number

**COMMONWEALTH OF PENNSYLVANIA**

**GOVERNOR'S OFFICE**

Subject:

### Use of Trainee Classes in the Classified Service

By Direction Of:

*John J. Wilk*

**John J. Wilk, Executive Director, State Civil Service Commission**

Date:

**September 12, 1996**

**This directive announces policy and procedures for the use of trainee classes. This amendment contains major changes.**

**1. SCOPE.** Applies to all agencies with classified service positions in state agencies identified in §3(d), Civil Service Act of August 5, 1941, P.L. 752, as amended, and political subdivisions of the Commonwealth which have contracts with the State Civil Service Commission (SCSC) for services and facilities as provided for in §212, Civil Service Act.

**2. POLICY.**

**a.** Agencies may use trainee classes to qualify employes for working-level positions.

**b.** Trainee classes will be established according to needs in the agency to fill positions where qualified candidates are not available or where training programs have been established to develop specialized skills.

**c.** All trainee positions shall be filled by established merit system procedures.

**d.** Temporary or emergency appointments in trainee classes must be approved by the Executive Director, SCSC, prior to appointment.

**e.** The probationary/training period for the trainee level shall be combined with that of the working-level and set at a minimum of three months (90 calendar days) and a maximum of 24 months (730 calendar days) to coincide with the length of training.

**f.** Probationary/training period for the trainee level may be extended at the discretion of the appointing authority, if written notice thereof is received by the employe not later than one workday before the expiration of the probationary/training period. A copy of the notice shall be submitted simultaneously to the Director. However, the probationary/training period, with or without an extension, may not exceed 24 months from the date of appointment.

**g.** No reduction of training periods will be authorized.

**h.** Trainees shall not attain regular status as trainees. Upon satisfactorily completing their training program, each will be promoted by means of position reclassification to the working-level job title for which trained and assigned regular status.

**i.** Regular status employes promoted, voluntarily demoted, or reassigned to trainee job titles shall be assigned probationary status. During the training period, including extensions thereof, those trainees who are found to be unsatisfactory will be returned to the position and status previously held. Also, during the first three months of training, trainees will be returned at their request to positions previously held.

EXHIBIT
24
PENGAD-Bayonne, N. J.

Distribution:    F

(Audit and Technical Assistance, SCSC, 717/787-5855)    Page 1 of 3

j. Failure to comply with the policies and pro-
cedures herein may result in the SCSC disallowing
trainee appointments and in the Office of Adminis-
tration (OA) withholding future use of trainee
classes.

3. **RESPONSIBILITIES.**

a. **The OA, with Executive Board** approval,
will establish trainee classes, designate appro-
priate pay rates, and specify duration of training
periods for state agencies.

b. **The SCSC and the OA,** in coordination with
the state funding agency, will establish trainee
classes and specify duration of training periods for
local government agencies.

c. **The SCSC** will recruit and examine candi-
dates and establish eligible lists for trainee
classes. In coordination with the OA and the
employing agency, the SCSC will determine lines
of promotion for trainee classes.

d. **Agencies** are to:

(1) Use Enclosure 1, which shows trainee
classes, duration of training periods, and normal
lines of promotion when establishing training level
positions.

(2) Assess each trainee's education and
work experience and prepare individual work-train-
ing plans. Copies of the approved work-training
plan will be filed in the trainee's personnel
folder. Retention of the file copies will be for two
years following the training completion date. All
approved training plans will be made available for
periodic review by the SCSC, by the OA for state
agencies, and the funding agency for non-state
agencies (see Enclosure 2).

4. **PROCEDURES.**

| Action By | Step | Action |
|---|---|---|
| Employing Agency. | 1. | Posts all trainee positions. |
| | 2. | Requests appropriate certification(s) to fill vacancy(ies). Reference *Manual M580.1, Certification of Eligibles for the Classified Service.* |
| SCSC. | 3. | Issues appropriate certification(s). |
| Employing Agency | 4. | Makes selection(s). |
| Supervisor. | 5. | Prepares and authenticates a plan for each trainee declaring that: |
| | | a. A customized work-training plan has been developed for the trainee using the guide-lines in Enclosure 2. |
| | | b. Training progress reports will be completed regularly in accordance with the work-training plan. |
| | | c. The trainee understands the work-training plan and has been furnished a copy. |
| | | d. The work-training plan and the training progress reports, when completed, will be available for review by SCSC and the OA. |

| Action By | Step | Action |
|---|---|---|
| • Employing<br>• Agency<br>• Supervisor. | 6. | Submits the completed plan in original to the agency Personnel/Training Officer within 15 workdays after appointment of the trainee. |
| • Agency<br>• Personnel/<br>• Training Officer. | 7. | Notifies the requesting supervisor of acceptance or rejection within 10 workdays of receipt of the completed plan.  In case of rejection, submits the reason for rejection in writing. |
| OA. | 8. | Periodically interviews randomly selected trainees. |
| • SCSC.<br>• | 9. | Automatically issues End-of-Training Report, CEC-711 to employing agency two months before the trainee's probationary period ending date. |
| Employing<br>Agency. | 10. | Promotes trainees who successfully complete their training periods to the job titles for which trained.  Separates or returns to positions previously held, as applicable, those trainees who do not successfully complete the training at or before the end of the specified period. |
| •<br>•<br>•<br>•<br>• | 11. | Annotates a copy of the CEC-711, indicating as applicable, those trainees who have not successfully completed the training at or before the end of the specified period.  Submits the annotated CEC-711 to the Technical Assistance and Audit Division (TAAD), SCSC, prior to the end of the training period.  Extensions of the initial end-of-training period should also be notated indicating the new end-of-training period. |
| •<br>•<br>• |  | **NOTE:**  If additional training time is required, state agencies must submit a written request to the Office of Administration, Training and Development Division.  Non-state agency requests must be submitted to the state funding agency.  State and non-state agencies must provide a copy to the SCSC identifying the amount of time needed and the reasons therefor.  Such requests must be submitted 10 calendar days prior to the end-of-training period. |

Enclosures:

1 – Classified Service Trainee Classes.
2 – Guidelines for Developing Individual Work-Training Plans for Trainees.

**This directive supersedes Management Directive
535.5 dated February 23, 1987.**

## CLASSIFIED  SERVICE  TRAINEE  CLASSES

| Trainee Class Code | Working-Level Class Code | Class Title | Training Months |
|---|---|---|---|
| 01350 | 01351 | Communications Operations Specialist Trainee<br>Communications Operations Specialist 1 | 12 |
| 01600 | | Computer Systems Intern<br>See Management Directive 515.17 | 6 |
| 01605 | 01610<br>01730 | Automated Technology Trainee<br>Computer Systems Analyst 1<br>Computer Programmer 2 | 12 |
| 03400 | 03410 | Insurance Company Examiner Trainee<br>Insurance Company Examiner 1 | 12 |
| 03890 | 03900 | Revenue Field Auditor Trainee<br>Revenue Field Auditor 1 | 12 |
| 04528 | 04529 | Actuarial Associate 1<br>Actuarial Associate 2 | 12 |
| 06654 | 06655 | Employment Security Audit and Investigation Trainee<br>Employment Security Audit and Investigation Specialist | 12 |
| 06703 | 06704 | Unemployment Compensation Tax Technician Trainee<br>Unemployment Compensation Tax Technician | 12 |
| 07300 | 07310 | Appeals Referee Trainee<br>Appeals Referee | 12 |
| 07349 | 07350 | Workers' Compensation Judge Trainee<br>Workers' Compensation Judge | 12 |
| 0800A* | | Government Career Associate (Accounting & Business Administration) | 12 |
| 0800C* | | Government Career Associate (Corrections & Police) | 12 |
| 0800D* | | Government Career Associate (Data Processing) | 12 |
| 0800G* | | Government Career Associate (General) | 12 |
| 0800S* | | Government Career Associate (Social & Behavioral Sciences) | 12 |
| 08010 | 01010<br>02300<br>03470<br>03500<br>05010<br>05221<br>05370<br>05427<br>06410<br>08050<br>08110<br>08630 | Administration and Management Trainee<br>Management Analyst 1<br>LCB Facilities Analyst 1<br>Life & Health Insurance Policy Examiner 1<br>Property & Casualty Insurance Policy Examiner 1<br>Personnel Analyst 1<br>Equal Opportunity Specialist 1<br>Insurance Investigator 1<br>Business Enterprise Analyst 1<br>Employment Security Specialist 1<br>Program Analyst 1<br>Budget Analyst 1<br>Administrative Officer 1 | 12 |

| Trainee Class Code | Working-Level Class Code | Class Title | Training Months |
|---|---|---|---|
| 0803A* | | Administrative Analyst (Business Administration) | 12* |
| 0803B* | | Administrative Analyst (Computer Science) | 12 |
| 0803C* | | Administrative Analyst (Economics) | 12 |
| 0803D* | | Administrative Analyst (Mathematics) | 12 |
| 0803E* | | Administrative Analyst (Public Administration) | 12 |
| 0803F* | | Administrative Analyst (Labor Relations) | 12 |
| 0803G* | | Administrative Analyst (Political Science) | 12 |
| 0803H* | | Administrative Analyst (Personnel Assessment) | 12 |
| 08100* | | Pennsylvania Management Intern | 18 |
| 08180 | | Financial Programs Trainee | 12 |
| | 03020 | Accountant 1 | |
| | 03470 | Life and Health Insurance Policy Examiner 1 | |
| | 03500 | Property and Casualty Insurance Policy Examiner 1 | |
| | 03620 | Auditor 1 | |
| | 03700 | Audit Specialist 1 | |
| | 03730 | Corporation Tax Officer 1 | |
| | 08110 | Budget Analyst 1 | |
| | 08850 | Accounting Systems Analyst 1 | |
| 08900 | | Accounting Intern | 6 |
| | | See Management Directive 515.19 | |
| 09551 | | Retirement Technician Trainee | 12 |
| | 09552 | Retirement Technician | |
| 1110A-F | | Engineering Intern | 6 |
| | | (All parentheticals) See Management Directive 580.36 | |
| 11119 | | Civil Engineer Trainee | 12 or 15*** |
| | 1112B** | Civil Engineer Bridges | |
| | 1112G** | Civil Engineer General | |
| | 1112H** | Civil Engineer Hydraulic | |
| | 1112S** | Civil Engineer Structural | |
| | 1112T** | Civil Engineer Transportation | |
| | 11118** | Civil Engineer Supervisor | |
| 11600 | | Transportation Planning Specialist Trainee | 12 |
| | 10859 | Traffic Control Specialist | |
| | 11670 | Transportation Planning Specialist 1 | |

| Trainee Class Code | Working-Level Class Code | Class Title | Training Months |
|---|---|---|---|
| 12010 | | Engineering Technician | 12 |
| | 10300 | Highway Drafter | |
| | 10620 | Transportation Construction Inspector | |
| | 10780 | Bridge and Structural Drafter | |
| | 1084T | Traffic Control Technician 2 | |
| | 12220 | Transportation Survey Technician | |
| | 17147 | Real Estate Technician | |
| | 17150 | Real Estate Appraiser 1 | |
| | 17370 | Utility Relocation Technician | |
| 13300 | | Architectural Designer Trainee | 12 |
| | 13310 | Architectural Designer 1 | |
| 13400 | | Electrical Engineer Trainee | 12 |
| | 13410** | Electrical Engineer 1 | |
| 13500 | | Mechanical Engineer Trainee | 12 |
| | 13510** | Mechanical Engineer 1 | |
| 13600 | | Mining Engineer Trainee | 12 |
| | 13610** | Mining Engineer 1 | |
| 14000 | | Air Pollution Control Engineer 1 | 12 |
| | 14010 | Air Pollution Control Engineer 2 | |
| | G2001 | Fixed Utility Valuation Engineer | |
| 14510 | | Sanitary Engineer Trainee | 12 |
| | 14520 | Sanitary Engineer 2 | |
| | G2001 | Fixed Utility Valuation Engineer 1 | |
| 14900 | | Geologist Trainee | 12 |
| | 14920 | Geologist 1 | |
| | 15020 | Hydrogeologist 1 | |
| 17570 | | Air Monitoring Equipment Specialist Trainee | 12 |
| | 17580 | Air Monitoring Equipment Specialist | |
| 30000 | | Aide Trainee | 6 |
| | 30010 | Psychiatric Aide | |
| | 30080 | Restoration Aide | |
| | 30320 | Nurse Aide | |
| | 31360 | Therapeutic Activities Aide | |
| | 31420 | Residential Services Aide, MR | |
| 30100 | | Forensic Security Employe Trainee | 12 |
| | 30110 | Forensic Security Employe 1 | |
| 39210 | | Public Health Program Representative 1 | 12 |
| | 39220 | Public Health Program Representative 2 | |
| 46030 | | Parole Agent 1 | 6 |
| | 46040 | Parole Agent 2 | |

| Trainee Class Code | Working-Level Class Code | Class Title | Training Months |
|---|---|---|---|
| 47200 | | Corrections Officer Trainee | 12 |
| | 47210 | Corrections Officer 1 | |
| 49080-49120 | | Public Services Trainee | 6 |
| | | See Management Directive 535.4 | |
| 54310 | | Park Manager Trainee | 12 |
| | 54320 | Park Manager 1 | |
| 60001 | | Waterways Conservation Officer Trainee | 12 |
| | 60000 | Waterways Conservation Officer | |
| 60100 | | Game Conservation Officer Trainee | 9 |
| | 60110 | Game Conservation Officer | |
| 61019 | | Fish Culturist 1 | 12 |
| | 61020 | Fish Culturist 2 | |
| 71060 | | Safety Inspector Trainee | 12 |
| | 71070 | Safety Inspector | |
| 71109 | | Boiler Inspector Trainee | 12 |
| | 71110 | Boiler Inspector | |
| 71209 | | Elevator Inspector Trainee | 12 |
| | 71210 | Elevator Inspector | |
| 72061 | | Forensic Scientist Trainee | 6 |
| | 72062 | Forensic Scientist 1 | |
| 75400 | | Environmental Trainee | 12 |
| | 28415 | Environmental Planner 1 | |
| | 71580 | Surface Mine Conservation Inspector | |
| | 75110 | Sanitarian | |
| | 75260 | Radiation Protection Specialist | |
| | 75410 | Air Quality Specialist | |
| | 75610 | Water Quality Specialist | |
| | 75810 | Solid Waste Specialist | |
| | 75910 | Mining Specialist | |
| 75500 | | Industrial Hygienist Trainee | 12 |
| | 75510 | Industrial Hygienist | |
| 91319 | | Highway Maintenance Manager Trainee | 15 |
| | 91320 | Highway Maintenance Manager 1 | |
| 97270 | | Water Treatment Plant Operator Trainee | 6 |
| | 97300 | Water Treatment Plant Operator | |
| 97280 | | Sewage Treatment Plant Operator Trainee | 6 |
| | 97310 | Sewage Treatment Plant Operator | |
| 97290 | | Mine Drainage Treatment Plant Operator Trainee | 6 |
| | 97320 | Mine Drainage Treatment Plant Operator | |

**Enclosure 1 to Management Directive 535.5 Amended**      Page 4 of 6

| Trainee Class Code | Working-Level Class Code | Class Title | Training Months |
|---|---|---|---|
| G1000 | | Fixed Utility Financial Analyst Trainee | 12 |
| | G1001 | Fixed Utility Financial Analyst 1 | |
| | G4001 | Utility Energy and Conservation Analyst 1 | |
| G1100 | | Public Utility Auditor Trainee | 12 |
| | G1101 | Public Utility Auditor 1 | |
| G2000 | | Fixed Utility Valuation Engineer Trainee | 12 |
| | G2001 | Fixed Utility Valuation Engineer 1 | |
| G3000 | | Transportation Tariff Examiner Trainee | 12 |
| | G3001 | Transportation Tariff Examiner 1 | |
| G3100 | | Transportation Application Specialist Trainee | 12 |
| | G3101 | Transportation Application Specialist | ` |
| L0002 | | County Public Services Trainee Clerical Services | 3 to 6 |
| | L0011 | Clerk 1 | |
| | L0021 | Clerk Stenographer 1 | |
| | L0031 | Clerk Typist 1 | |
| | L0081 | Stock Clerk 1 | |
| L0003* | | County Public Services Trainee Human Services | 3 to 6 |
| L0044 | | Data Recording Machine Trainee | 6 |
| | L0045 | Data Recording Machine Operator | |
| L0310 | | Accountant Trainee | 12 |
| | L0311 | Accountant 1 | |
| L0350 | | Field Auditor Trainee | 12 |
| | L0351 | Field Auditor 1 | |
| L0400* | | Administrative Analyst (Public Admin.) | 12 |
| L0430 | | Computer Operation Trainee | 6 |
| | L0431 | Computer Operator 1 | |
| L0434 | | Computer Programming Trainee | 6 |
| | L0435 | Computer Programmer 1 | |
| L0560 | | Planner Trainee | 12 |
| | L0561 | Planner 1 | |
| L0618 | | County Social Casework Intern | 6 |
| | L0624 | County Caseworker 2 | |
| | L0635 | Aging Care Manager 2 | |
| L0647 | | Aging Care Manager 1 | 6 |
| | L0635 | Aging Care Manager 2 | |
| L0680 | | Drug/Alcohol Prevention Specialist Trainee | 12 |
| | L0681 | Drug/Alcohol Prevention Specialist | |

**Enclosure 1 to Management Directive 535.5 Amended**

| Trainee Class Code | Working-Level Class Code | Class Title | Training Months |
|---|---|---|---|
| L0685 | | Drug/Alcohol Case Management Specialist Trainee | 12 |
| | L0686 | Drug/Alcohol Case Management Specialist | |
| L0690 | | Drug/Alcohol Resident Worker Trainee | 6 |
| | L0691 | Drug/Alcohol Residential Worker | |
| L0700 | | Drug/Alcohol Treatment Specialist Trainee | 12 |
| | L0710 | Drug/Alcohol Treatment Specialist | |
| L0770 | | Psychological Services Associate Trainee | 12 |
| | L0771 | Psychological Services Associate 1 | |
| L0780 | | Rehabilitation Counselor Trainee | 12 |
| | L0781 | Rehabilitation Counselor 1 | |
| L0785 | | Residential Program Trainee | 6 |
| | L0786 | Residential Program Worker | |
| L0881 | | Therapeutic Recreational Services Trainee | 12 |
| | L0882 | Therapeutic Recreational Services Worker | |
| L0901 | | Vocational Adjustment Services Trainee | 6 |
| | L0902 | Vocational Adjustment Services Worker | |
| L0910 | | Volunteer Resources Coordinator Trainee | 12 |
| | L0911 | Volunteer Resources Coordinator 1 | |
| L0930 | | Youth Development Counselor Trainee | 12 |
| | L0931 | Youth Development Counselor 1 | |
| L1040 | | Homemaker Trainee | 6 |
| | L1041 | Homemaker | |
| L1164 | | Aide Trainee | 6 |
| | L0651 | Mental Retardation Aide 1 | |
| | L0865 | Therapeutic Activities Aide | |
| | L1165 | Psychiatric Aide 1 | |
| R9556 | | SERS Retirement Counselor Trainee | 12 |
| | R9557 | SERS Retirement Counselor | |

*Working-level job title(s) to be identified by user agency subject to OA and SCSC review and approval.

**Necessary Special Requirement: Certain positions in this class will require licensure as a professional engineer by the Commonwealth of Pennsylvania or a reciprocal jurisdiction. These are positions where there can be no exemption from such licensure, as defined under *Section 5, Exemption from Licensure, Professional Engineers Registration Law (as amended)*.

***The standard training period is 15 months. However, the training period may be reduced to 12 months if the trainee has appropriate summer intern work experience.

Requests for the use of job titles not listed should be sent to the Training and Development Division, Bureau of Personnel, OA, for state agencies and the SCSC for non-state agencies.

**Current as of Executive Board Amendment No. 591**

Enclosure 1 to Management Directive 535.5 Amended                                                Page 6 of 6

**GUIDELINES FOR DEVELOPING INDIVIDUAL
WORK-TRAINING PLANS FOR TRAINEES**

The following applies to the development of individual work-training plans.    Each will:

1. Begin with a brief general statement of purpose to include the following elements:

   a. Space for trainee's name, social security number, employe number for state agencies, work location, and telephone number.
   b. Name of the department/commission/bureau/division/etc. providing the training experiences.
   c. Beginning and ending dates of the training period.
   d. Specific training experiences to be provided.
   e. Trainee job title and working level job title.

2. Identify specific performance-based objectives to be accomplished by the conclusion of the training period.

   a. Each objective should describe what the trainee should be able to do.
   b. Specific learning objectives should be stated for training experiences provided by each assigning division/unit/etc.

3. Identify the person responsible for training.

4. Include a schedule of training experiences to identify the step-by-step training process.    For each training experience the schedule should contain:

   a. A detailed identification.
   b. Objectives.
   c. A specific time frame for each segment of training.
   d. Name and job title of each supervisor.

5. Identify all essential in-service and out-service training experiences to include:

   a. Purpose.
   b. Objectives.
   c. Time frame.
   d. Source.

6. Identify the evaluator of the trainee's performance for each phase of the training experience.

7. Provide name, position, date, and signature of trainee's supervisor.

8. Provide name, position, date, and signature of trainee.

9. Give a statement of approval or disapproval, including name, position, date, and signature of agency personnel training officer.    If disapproval is recommended, the reasons must be stated.

**Commonwealth of Pennsylvania**
**State Civil Service Commission**

**Job Code:** L0618

## EVALUATION GUIDE

**Orig. Date:** October 20, 1988
**\*Rev. Date:** July 12, 2001

**Job Code and Job Title**
L0618 – County Social Casework Intern

**Consultants**    Ned Scheer, Joe Spear – DPW
Sue Devine, Aging

**Analyst**    Roberta Arnesen

**Equivalency?**

☐ Yes    ☒ No

**\*The Pennsylvania residency requirement has been waived for this job title.**

**Necessary Special Requirement?**

☐ Yes    ☒ No

## MINIMUM EDUCATION AND EXPERIENCE REQUIREMENTS

Enrollment as a full-time student with junior standing in an accredited undergraduate bachelor's degree program in sociology, social welfare, psychology, gerontology, or other related social science; completion of the first semester of the junior year (or 75 credits); and satisfactory completion of fifteen (15) credits in one of the major fields of study.

## EVALUATION POLICY

The junior standing enrollment is being interpreted to include <u>any</u> student who currently has junior standing or who has been a full-time student with junior standing but who has not or will not receive a bachelor's degree prior to application.

Acceptable coursework includes any of the social sciences. The fifteen credits must all be in <u>one</u> major field of study.

Students who anticipate meeting these minimum requirements at the end of their current semester are eligible.



EXHIBIT
25