**SUMMARY DATA FOR CLASS CODE: L0618**

```
CLASS TITLE: COUNTY SOCIAL CASEWORK INTERN LOCAL GOVERMENT
LIST LIFE 1 YEARS 00 MONTHS            INFO. AS OF 11/02/2004
EARLIEST DATE ON LIST 12/10/2003   LATEST DATE ON LIST 10/15/2004
EMPLOYES ON LIST      22  26.19%
```

|                        | TOTAL | MALE | FEMALE | BLACK | HISP | WHITE | A-IN | ASIA | VET | N-VET |
|------------------------|-------|------|--------|-------|------|-------|------|------|-----|-------|
| CIVIL SERVICE EMPLOYES | 56    | 11   | 45     | 7     | 1    | 48    | 0    | 0    | 1   | 55    |
| INFO. AS OF 11012004   |       |      |        |       |      |       |      |      |     |       |
| ELIGIBLES ON LIST      | 87    | 6    | 70     | 10    | 3    | 62    | 0    | 1    | 1   | 86    |
| INFO. AS OF 11/01/2004 |       |      |        |       |      |       |      |      |     |       |

|                       | TOTAL | MALE | FEMALE | BLACK | HISP | WHITE | A-IN | ASIA | VET |
|-----------------------|-------|------|--------|-------|------|-------|------|------|-----|
| APPOINTMENT FROM LIST | 176   | 20   | 156    | 15    | 4    | 156   | 0    | 1    | 2   |
| PROMOTIONS FROM LIST  | 0     | 0    | 0      | 0     | 0    | 0     | 0    | 0    | 0   |
| ALL APPOINTMENTS      | 176   | 20   | 156    | 15    | 4    | 156   | 0    | 1    | 2   |
| ALL PROMOTIONS        | 0     | 0    | 0      | 0     | 0    | 0     | 0    | 0    | 0   |

```
FROM  10-01-02    TO  09-30-04     INFO. AS OF  04 11 02


F03=Exit    F12=Previous Screen    F14=Print report on the third floor
```



EXHIBIT 26

SUMMARY DATA FOR CLASS CODE: L0624

```
CLASS TITLE: COUNTY CASEWORKER 2 (LOCAL GOVERNMENT)
LIST LIFE 2 YEARS 00 MONTHS                    INFO. AS OF 11/02/2004
EARLIEST DATE ON LIST 01/16/2002     LATEST DATE ON LIST 11/01/2004
EMPLOYES ON LIST       60   11.32%
```

|  | TOTAL | MALE | FEMALE | BLACK | HISP | WHITE | A-IN | ASIA | VET | N-VE' |
|---|---|---|---|---|---|---|---|---|---|---|
| CIVIL SERVICE EMPLOYES | 2,756 | 527 | 2229 | 219 | 50 | 2470 | 2 | 8 | 149 | 260' |
| INFO. AS OF 11012004 |  |  |  |  |  |  |  |  |  |  |
| ELIGIBLES ON LIST | 538 | 120 | 401 | 110 | 15 | 387 | 5 | 4 | 27 | 50( |
| INFO. AS OF 11/01/2004 |  |  |  |  |  |  |  |  |  |  |

|  | TOTAL | MALE | FEMALE | BLACK | HISP | WHITE | A-IN | ASIA | VET |
|---|---|---|---|---|---|---|---|---|---|
| APPOINTMENT FROM LIST | 438 | 99 | 339 | 60 | 11 | 361 | 1 | 3 | 25 |
| PROMOTIONS FROM LIST | 25 | 5 | 20 | 0 | 2 | 23 | 0 | 0 | 0 |
| ALL APPOINTMENTS | 550 | 121 | 429 | 63 | 20 | 460 | 1 | 3 | 31 |
| ALL PROMOTIONS | 742 | 135 | 607 | 60 | 10 | 666 | 1 | 5 | 29 |

FROM  10-01-02    TO  09-30-04    INFO. AS OF  04 11 02

F03=Exit    F12=Previous Screen    F14=Print report on the third floor


EXHIBIT 27

```
          APPOINTMENTS AND PROMOTIONS BY SEX RACE VETERAN STATUS AND HANDICAP
CLASS CODE: L0618 CLASS TITLE: COUNTY SOCIAL CASEWORK INTERN LOCAL GOVERMENT
INFO. AS OF 04 11 02                       FROM  10-01-02    TO  09-30-04
TOTAL      176   APPOINTMENTS FROM LIST
 MALE   FEMALE    BLACK   HISPANIC    WHITE   AM-IND   ASIANS    VETERAN
   20      156       15          4      156        0        1          2
 11.4%    88.6%     8.5%       2.3%    88.6%     0.0%     0.6%       1.1%

TOTAL        0   PROMOTIONS FROM LIST
 MALE   FEMALE    BLACK   HISPANIC    WHITE   AM-IND   ASIANS    VETERAN
    0        0        0          0        0        0        0          0
  0.0%     0.0%     0.0%       0.0%     0.0%     0.0%     0.0%       0.0%

TOTAL      176   ALL APPOINTMENTS
 MALE   FEMALE    BLACK   HISPANIC    WHITE   AM-IND   ASIANS    VETERAN
   20      156       15          4      156        0        1          2
 11.4%    88.6%     8.5%       2.3%    88.6%     0.0%     0.6%       1.1%

TOTAL        0   ALL PROMOTIONS
 MALE   FEMALE    BLACK   HISPANIC    WHITE   AM-IND   ASIANS    VETERAN
    0        0        0          0        0        0        0          0
  0.0%     0.0%     0.0%       0.0%     0.0%     0.0%     0.0%       0.0%

F03=Exit     F12=Previous Screen      F14=Print report on the third floor
```

EXHIBIT 28

```
              APPOINTMENTS AND PROMOTIONS BY SEX RACE VETERAN STATUS AND HANDICAP
CLASS CODE: L0624 CLASS TITLE: COUNTY CASEWORKER 2 (LOCAL GOVERNMENT)
INFO. AS OF 04 11 02                             FROM   10-01-02    TO   09-30-04
TOTAL      438   APPOINTMENTS FROM LIST
  MALE   FEMALE     BLACK   HISPANIC    WHITE   AM-IND   ASIANS    VETERAN
    99      339        60         11      361        1        3         25
  22.6%    77.4%     13.7%       2.5%    82.4%     0.2%     0.7%       5.7%

TOTAL       25   PROMOTIONS FROM LIST
  MALE   FEMALE     BLACK   HISPANIC    WHITE   AM-IND   ASIANS    VETERAN
     5       20         0          2       23        0        0          0
  20.0%    80.0%      0.0%       8.0%    92.0%     0.0%     0.0%       0.0%

TOTAL      550   ALL APPOINTMENTS
  MALE   FEMALE     BLACK   HISPANIC    WHITE   AM-IND   ASIANS    VETERAN
   121      429        63         20      460        1        3         31
  22.0%    78.0%     11.5%       3.6%    83.6%     0.2%     0.5%       5.6%

TOTAL      742   ALL PROMOTIONS
  MALE   FEMALE     BLACK   HISPANIC    WHITE   AM-IND   ASIANS    VETERAN
   135      607        60         10      666        1        5         29
  18.2%    81.8%      8.1%       1.3%    89.8%     0.1%     0.7%       3.9%

F03=Exit    F12=Previous Screen    F14=Print report on the third floor
```


EXHIBIT 29


```
                APPOINTMENTS AND PROMOTIONS BY SEX RACE VETERAN STATUS AND HANDICAP
CLASS CODE: L0623  CLASS TITLE: COUNTY CASEWORKER 1 (LOCAL GOVERNMENT)
INFO. AS OF 04 11 02                         FROM  10-01-02    TO  09-30-04
TOTAL    608  APPOINTMENTS FROM LIST
 MALE   FEMALE    BLACK   HISPANIC    WHITE    AM-IND   ASIANS    VETERAN
  154     454       55        6        541       1        4         38
 25.3%   74.7%     9.0%      1.0%     89.0%     0.2%     0.7%       6.3%

TOTAL     18  PROMOTIONS FROM LIST
 MALE   FEMALE    BLACK   HISPANIC    WHITE    AM-IND   ASIANS    VETERAN
    3      15        2        0         16       0        0          1
 16.7%   83.3%    11.1%      0.0%     88.9%     0.0%     0.0%       5.6%

TOTAL    662  ALL APPOINTMENTS
 MALE   FEMALE    BLACK   HISPANIC    WHITE    AM-IND   ASIANS    VETERAN
  166     496       58        7        591       1        4         41
 25.1%   74.9%     8.8%      1.1%     89.3%     0.2%     0.6%       6.2%

TOTAL     40  ALL PROMOTIONS
 MALE   FEMALE    BLACK   HISPANIC    WHITE    AM-IND   ASIANS    VETERAN
    4      36        5        0         35       0        0          1
 10.0%   90.0%    12.5%      0.0%     87.5%     0.0%     0.0%       2.5%

F03=Exit    F12=Previous Screen    F14=Print report on the third floor
```



EXHIBIT 30