IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. DOWS , | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 04-341 Erie |
| | : | |
| KATHERINE E. HOLTZINGER | : | Judge McLaughlin |
| CONNER, ESQ., Chairman | : | |
| PENNSYLVANIA CIVIL SERVICE | : | |
| COMMISSION and JOHN DOE , | : | |
| Defendants | : | JURY TRIAL DEMANDED |

Part Five, Deposition of Karlos M. Deltoro, pages one hundred and one  through one hundred
and forty two inclusive

 1  eventually lead you to civil service employment.

 2          So from a practical standpoint, it makes

 3  sense to tell this person, "Hey, if you are interested

 4  in civil service employment, this is what you ought to

 5  start looking into now."

 6          But they do have that other option

 7  available to them in the future.

 8      Q    On the intern list, people can say they are

 9  interested in working in any number of counties; is

10  that right?

11      A    That's correct.

12      Q    Including all?

13      A    Well, no, actually, let me clarify that.

14          Anything that you apply for, in terms of

15  civil service work, you need in some way, shape or

16  form, to do a civil service application, whether it's

17  electronically, or whether it's on paper.  On the

18  civil service application, you can list up to ten

19  counties where you would be interested and available

20  to work.

21          Now, that's flexible, so at some point,

22  let's say you get your results of your test, and let's

23  say you are waiting for months on end, and you are not

24  seeing any activity in the counties in which you made

25  yourself available, you could always call, there is

 1  flexibility to take counties out, add additional

 2  counties.

 3            But there is no option to be considered

 4  throughout Pennsylvania, at this point.

 5      Q    So, would it be correct, that even interns,

 6  initially, can only indicate a maximum of ten counties

 7  where he or she would wish to work?

 8      A    That's correct.

 9      Q    And then if things aren't working out, the

10  individual can change which counties are chosen, or

11  add more counties?

12      A    For any civil service title, that's true,

13  yes.  You can call --

14      Q    So, I am not asking the question well.

15            Can they add, so they then are expressing

16  interest in more than ten counties?

17      A    No.

18      Q    Or are they always confined to a maximum of

19  ten?

20      A    They are always confined to a maximum of

21  ten.

22      Q    So they are substituting?

23      A    Correct.

24            And if they -- if they only listed let's

25  say three or four initially, thinking, that, "Oh,

1  something is going to happen in those counties," and

2  they decide later they are going to need to add two or

3  three more, they can always add counties later.

4      Q     Now, it is my understanding that the county

5  caseworker list allowed the hiring authority to give a

6  preference to people who live in that county.  Is that

7  correct?

8      A     That's correct.  That's true of any county

9  job.

10      Q     Is it true, with the intern jobs, can they

11  give a preference to interns who already live in the

12  county?

13      A     That's my understanding.  Yes.

14      Q     As to intern lists, does veterans

15  preference apply to it?

16      A     To my knowledge, yes, it does.

17      Q     Have you ever seen any work up, that shows

18  you the numbers of people who applied to both the

19  intern list for caseworker, and the county caseworker

20  list?

21      A     You mean of the same individuals who

22  applied for both?

23      Q     Exactly.  Do people apply for both?

24      A     Yes.

25      Q     Get on both?

1      A      I honestly don't know.

2      Q      Based on your observations, when did most

3   of the people, who qualify for the internship

4   programs, take it, in the junior year, senior year,

5   the summer in between?

6            How does it typically fall for people, the

7   majority of people?

8      A      Well, let me answer:  I don't know when

9   specific individuals apply.

10           We tell people that they can apply any

11   time, provided that the exam is open.  But they --

12   they would be wasting their time if they applied in

13   their senior year, because again they would not be

14   eligible for it.

15           So we try to counsel them, as soon as we

16   know that they are in their junior year, we emphasize

17   to them, "This is the time you need to apply, if you

18   want to qualify for this program."

19     Q      Now, the description of the intern list

20   indicates that people may be taking their internship

21   at a six month block, or two three-month blocks.

22     A      That's correct.

23     Q      Is there a preponderance; most people do it

24   in the six-month method, or is it broken into the

25   three-month method?

1     A     I don't know that.  I do know that the

2 counties tend to exercise a great degree of

3 flexibility with that.

4     Q     Now, Exhibit 7, which is that county social

5 caseworker list, indicates that if an individual uses

6 the three-month method, two three-month blocks, of

7 taking internship --

8     A     Yes.

9     Q     -- that he or she will be allowed, if

10 necessary, to finish it out after they graduate, that

11 second three-month period can occur after graduation;

12 is that right?

13     A     That's my understanding.

14     Q     Do many people do that, as a percentage?

15     A     I don't know.

16     Q     Do you know if that information would be

17 available; does the Commission have records that would

18 reflect when people actually participate in

19 internships?

20     A     I don't know that either, actually.  I

21 don't know if we require anything that specific from

22 the agencies on that.

23            I honestly don't know.

24     Q     Now, in this question, and the next one or

25 two, assume our hypothetical Mary college student,

 1  M-a-r-y.

 2       A     Okay.

 3       Q     And Mary wants to be a county social
 4  worker.  And, she has decided to pursue the intern
 5  approach, and she made that decision in her junior
 6  year, so she is able to pursue it, either in the
 7  six-month method, on the two three-month method, she
 8  has time, no matter which way she does it.

 9       A     Okay.

10       Q     She fills out everything in your
11  application packet, and mails it into civil service.

12             Would it be correct that in the ordinary
13  course of business, an evaluator will take that
14  packet, in a rolling sort of way, take a look at it,
15  and according to the evaluation instruments, give it a
16  grade?

17       A     A score, yes.

18       Q     A score.

19             And, now the person hasn't completed her
20  internship, Mary is still in her internship, and Mary
21  hasn't graduated from college.

22             So, she doesn't meet all of the
23  qualifications yet, to be on the intern list; is that
24  correct?

25       A     Okay.  Let me backtrack a bit.

1          She has applied, Mary has applied, she gets

2    a score.

3      Q    She sent in all of her paperwork to the

4    Civil Service Commission, and it has been reviewed.

5          She is in her internship at a college.

6      A    Okay.  So she has been -- you are saying,

7    she has been hired by -- oh, in her internship.

8      Q    She is in her internship.

9      A    What internship, though, would that be?

10     Q    Well, that's -- therein lies the question.

11         When is an individual -- to be hired, so as

12   to move directly into a caseworker 2 later, an

13   individual has to have completed all of the

14   requirements to be an intern, and to have carried

15   through the internship; isn't that right?

16     A    Right.  Let me take that in two segments.

17     Q    Please.  Feel free to just talk to us about

18   Mary.

19     A    Okay.

20         The first thing is that in order for her to

21   qualify for this intern program, the county social

22   caseworker program, before she could be hired by the

23   county, she would have to meet the minimum

24   requirements of this job, as you would for any civil

25   service job.

1          So if she -- I just wanted to clarify, you

2    had given a hypothetical, if she didn't meet the

3    requirements, well, we are talking about two different

4    things, we are talking about the caseworker 2, and

5    this, she has to meet the qualifications of this, so

6    she -- let's say she is, right now, in her first

7    semester of her junior year.  She technically hasn't

8    met that requirement yet, because she has to have

9    completed the first semester of her junior year, which

10   is about 75 credits worth.

11         So if, by the time she has applied, and

12   even gotten a score back, if she never completes that

13   first semester of her junior year, she could never be

14   appointed as an intern, because she wouldn't meet the

15   minimum experience and training requirements of the

16   intern.

17   Q      Agree.  So back to Mary.

18   A      Okay.

19   Q      Now let's assume that she successfully

20   completed her first semester as a junior -- a senior,

21   rather.

22   A      Okay.

23   Q      She now fills out all of her paperwork, she

24   is participating in a program with the county Office

25   of Children and Youth.

```
 1      A       In this program, the county social casework
 2   intern.
 3      Q       Well, therein --
 4      A       Okay.
 5      Q       You see, we have to break this circle at
 6   some point.
 7      A       Okay.
 8      Q       Because she has -- no one has completed all
 9   of their requirements under Deposition Exhibit -- 7, I
10   believe it is.
11      A       7 is correct.
12      Q       -- 7, until they have done a number of
13   things.
14              So, the individual has to fill out an
15   application, and is supposed to meet these other
16   requirements.
17              The test, as we have talked about, very
18   much, is the examination packet.
19              So that's graded.
20              And then, at that point, we have the
21   individual qualifies to be on a list.  Is that right?
22      A       Correct.
23      Q       But being on that list, by itself, just
24   means that you are on a track to eventually have a
25   job.  It doesn't mean you have a job.
```

1    A    That's correct.

2    Q    Meanwhile, you are at OCY, of some county.

3    A    Okay.

4    Q    And you are carrying on what amounts to

5    training, for which you are paid, but you are paid

6    by -- well, you are not paid by the civil service,

7    certainly, number one?

8    A    Right.

9    Q    And whoever is paying you, you are not

10    qualified to be a caseworker 1, 2 or 3, you are a

11    county social caseworker intern.

12    A    Okay.

13    Q    Is that correct?  Mary is still a senior.

14    A    I guess what -- let me -- I guess what I am

15    saying is, is your question regarding meeting the

16    qualifications of county caseworker assuming that she

17    is participating in this program, or is --

18    Q    Let us assume Mary is participating in the

19    county social caseworker intern program.

20    A    Okay  So she is hired now.

21    Q    Absolutely.

22    A    Okay.

23    Q    And she is working for them.

24    A    Okay.

25    Q    And she is working toward getting at

 1  least -- what is it, 975 hours, more or less?

 2      A      That's correct.

 3      Q      Or more time.

 4             While she is doing that, in your opinion,

 5  is she a county social caseworker intern?  Or she will

 6  only be one when she has completed that 975 hours?

 7      A      No, no, no, no.

 8             She is a county social casework intern,

 9  once she has taken the test --

10      Q      Right.

11      A      -- gotten on the list, found to be within

12  the reach on that list, based on all of the rules you

13  were describing, officially appointed by the agency,

14  under civil service rules, as a county social casework

15  intern, with a particular effective date, and from

16  that point on the agency is responsible to count the

17  number of hours, keep track of the number of hours, be

18  it the sixth month, two three-month, however they do

19  that.

20             When she completes the 975 hours, which

21  amounts to roughly six months, in effect, that works

22  out to be a probationary period type of period.

23             Well, that's kind of a stupid way to say

24  it.  It is a probationary period, that will qualify

25  her for the county caseworker 2.

1          And that's in accordance with the documents

2   that you gave, I believe you have shown me earlier.

3          One of the minimum experience and training

4   requirements, for the county social casework intern,

5   actually is -- and I am referencing Exhibit 22 -- no,

6   I'm sorry.

7      Q    Exhibit 8, that will help.

8      A    8.  No -- yeah, 8 is correct.

9          Exhibit 8, page 3 of 5 on the county

10  caseworker 2, one of the minimum training and

11  experience requirements is successful completion of

12  the county social casework intern program.

13         So once she completes those 975 hours, she

14  would be eligible for county caseworker 2.

15     Q    Would she also have to graduate, to be

16  eligible?

17     A    Yes, she has to meet all of her -- she has

18  to meet any of the requirements that are stipulated in

19  the original application, county social casework

20  intern, which would be that she is enrolled as a

21  full-time student in a bachelor's degree program, and

22  in order to be considered having successfully met this

23  requirement, she would have had to have completed the

24  six months.

25     Q    Now, let's stick with Mary, and assume she

1  is very traditional, she is going to graduate June 1st
2  of her senior year.
3     A    Okay.
4     Q    She is finishing at least the minimum
5  number of hours, at least 975.
6     A    Okay.
7     Q    Her supervisors feel her work is adequate
8  or better.
9     A    Okay.
10    Q    So that is not going to be an issue.
11         She will graduate on Sunday, June 1st, so
12  she has got her diploma.
13         And at that point, what notification does
14  the civil service receive, that an individual has
15  completed her 975 or more hours, of work?
16    A    I don't know.
17    Q    And what notification does the Civil
18  Service Commission receive, to show that someone has
19  officially graduated from college?
20    A    I don't know that, either.
21    Q    Now, let's assume that in May, May 1st,
22  Mary knows everything is going well, and she wants to
23  be a county social worker 2.
24    A    Okay.
25    Q    And we will assume that she filled out all

1  of the right civil service paperwork for that, sent it
2  in, in a timely -- you know, before June 1, so it's
3  there, ready to go.
4      A    Okay.
5      Q    And we will assume that whatever proof is
6  needed, you and I don't know what it is, but whatever
7  shows that she finished her internship time --
8      A    Uh-huh.
9      Q    -- and performed satisfactorily, and that
10 she graduated, are now all in the civil service
11 office, on June 7th.
12     A    Okay.
13     Q    When can the county, where she works, has
14 been working, ask for a county caseworker 2 list, and
15 she will be on it?
16          How much time is going to go by, before she
17 will be on there?
18     A    I honestly can't speak to that.  I don't
19 know.
20     Q    Until she has met every requirement to be
21 on the county caseworker 2 list, Roman numeral II,
22 will the Commission issue -- and if a list is
23 requested, by her home county, will the Commission put
24 her name on that list, until she has met every
25 qualification?

1     A     I don't know.

2     Q     Do you have any knowledge that any sort of

3   interim, or provisional list goes out, of people who

4   have been in -- who are qualified, as under the intern

5   program, indicating that they are tracked, or expected

6   to be qualified as intern 2's -- I'm sorry, as

7   caseworker 2's?

8     A     I don't know that, either.

9     Q     Who would know these things that we have

10  just been talking about?

11    A     When it comes specifically to

12  certifications, I would think that someone in our

13  Bureau of Technical Information Systems, would be the

14  most appropriate to ask.

15    Q     Do you know who the head of that unit is?

16    A     That's Steve Shartle.

17    Q     Now, would it be correct, that with the

18  written test procedures, the Commission -- until a

19  test has been taken and graded, that the Commission

20  would not issue a list showing a person as available?

21    A     I'm sorry, could you say that again?

22    Q     Sure.

23          Under the written test procedures --

24    A     Okay.

25    Q     -- and the jobs to which they apply --

1      A      Okay.

2      Q      -- isn't it correct that the Commission

3   would not issue a list, but for people who had taken

4   the exam, the exam had been graded, and a ranking had

5   been established?

6      A      They would not issue a list?

7             You mean a certification to an agency, you

8   mean?

9      Q      Right.  I apologize.

10            A certification?

11     A      That's my understanding.

12            I don't know if there is anything that

13   would allow them to do that, but my understanding is

14   that an agency would get a list only of people who

15   have taken the test, passed it, and declared eligible

16   for it.

17     Q      Do you have any knowledge, that intern

18   lists are treated differently; that lists would issue,

19   until people have completed every requirement?

20     A      I have no such knowledge.

21     Q      In your job, do you have occasion to talk

22   to people who are in the internship program, for

23   social worker?

24     A      No.

25     Q      As they are in it?

1    A    You mean the actual participants in the
2  program?

3    Q    Yes.

4    A    No.

5    Q    Is there any aspect of the application for
6  the intern position, wherein the applicant is asked to
7  declare his or her intentions about becoming a
8  caseworker 2?

9         Do you understand the question?  Asking,
10  "Are you intending to go on and be a caseworker 2?"

11    A    I don't think there is anywhere it is
12  explicitly stated, or asked of the applicant.

13         Not to my knowledge.

14    Q    Do you have any data, or have you heard
15  reference to data available within the Commission, to
16  the percentage of people who complete all of the
17  requirements -- after becoming interns, complete all
18  of the requirements that would be necessary to go on
19  to be a social worker 2?

20    A    No.

21    Q    Have you formed any belief, based on data,
22  even anecdotal material, about the percentage of
23  interns who press on, and become caseworker 2's?

24    A    No.

25    Q    Which person, in the Commission, would be

```
 1  most likely to know that, if anyone does indeed know?
 2       A     I honestly don't know.
 3       Q     Could that be Mr. Shartle?
 4       A     I don't know.
 5       Q     An official offer of a civil service job
 6  can't be made until the civil service has told a
 7  hiring agency that the person is available by
 8  providing an appropriate list; is that right?
 9       A     An official offer for employment?
10       Q     By the agency that's hiring, can't be made,
11  until the agency has received a certified list from
12  the Commission?
13       A     That's the way it's supposed to work, yes.
14       Q     So we agree, it's the way it's supposed to
15  work?
16       A     Correct.
17       Q     Is that how it works?
18       A     To my knowledge, yeah.  I don't --
19       Q     Have you run into any exceptions, with the
20  intern, the social work intern program?
21       A     Not professionally, no.
22       Q     Have you heard of them?
23       A     No.
24       Q     And the same question with the county
25  caseworker position, as far as you know, have the
```

1   hirings only been occurring once a list has been made

2   available to the hiring authority?

3       A       To my knowledge, yes.

4               You say a county caseworker; correct?

5       Q       Correct.

6       A       Okay.

7               Let me just qualify that.

8               And I don't know if it's for county

9   casework, that's why I am kind of hesitant about it, I

10  think I have heard about cases of emergency

11  appointments being done, but I don't know in what

12  context that would be, and it's not necessarily for

13  this class.

14              But I am not part of the group that

15  normally does that, which would be the Bureau of

16  Technical Information Systems, so I can't speak to any

17  facts about that.

18              But I have heard about emergency

19  situations.  I don't know about any details, I don't

20  know how it relates to this process that we are

21  discussing, so -- but you mentioned anecdotal, so I

22  want to make sure I am clear about that.

23      Q       Exactly, and I appreciate your thoroughness

24  about that.

25              Would it be correct that no one has brought

1  to your attention, nor have you accidentally bumped

2  into any information, about there being emergency

3  appointments, relative to caseworker, social worker?

4      A      I can't say that with certainty, no.

5      Q      So take a moment, and if you would search

6  your memory, and tell us if any example of that comes

7  to mind, where you heard of emergency appointments of

8  county social workers?

9      A      I am not really sure.  I am not really

10  sure.

11      Q      Now, as you have explained well to us this

12  morning, and additionally some this afternoon, the

13  internship program is set up so that it fits well, if

14  it begins in the junior year, it can be, according to

15  the job announcement, either in two three-month

16  blocks, or a six-month block, depending on when the

17  student is doing it, and the availability of the

18  school, I gather.

19      A      Okay.

20      Q      Do you have any idea of the sorts of rule,

21  law, regulation, suggestion, prototype, model,

22  anything that causes our Pennsylvania internship

23  program to be set up that way?

24      A      Do you mean --

25      Q      Why is it the way it is?

1      A      You mean in terms of other states, or
2  models, where we draw from?
3      Q      Exactly.  Where does that come from?
4      A      I don't know.
5      Q      You never bumped into anything at work so
6  far, that shows you the roots of it?
7      A      The roots, no.  You mean like the origins
8  of the initial --
9      Q      Exactly.
10     A      No, huh-uh.
11             I know that later intern programs are
12  somewhat patterned after ones that already exist,
13  within Pennsylvania.
14             But I don't know the origins of this
15  particular one.
16     Q      Now, I assume that county agencies,
17  including Offices of Children and Youth, request of
18  the Commission lists of people who are qualified to be
19  caseworkers 1, 2 and 3.  Agreed?
20     A      Correct.
21     Q      If a county asks for a list of caseworkers
22  1, 2 and 3, in order to facilitate hiring and
23  planning, on their purposes, for their purposes, does
24  the Commission also provide a list of interns?
25     A      I'm sorry, maybe I am not sure I am

1  understanding.

2      Q      If the county requests a caseworker 2

3  list --

4      A      Okay.

5      Q      -- will the Commission also send a list of

6  interns?

7      A      You mean automatically, without the agency

8  requesting that?

9      Q      Yes.  Right.

10     A      I would be speculating.  I wouldn't think

11 so.

12            I think it would have to be a specific

13 request by the agency, but I don't know that for

14 certain.

15     Q      And my theory that I am asking you to

16 ponder, is obviously the county's looking for social

17 workers.

18     A      Right.

19     Q      And you know of this other way that tends

20 to turn into social workers, which are the people who

21 are pursuing the internships.

22            So that it seems it would make it easier to

23 facilitate their doing then?

24     A      Let me get a clarification from you, too,

25 are you talking about an agency has a vacancy, that

 1   they have for a caseworker?

 2        Q      One or more; they may have a number.

 3        A      Let's just keep it simple, let's keep it to

 4   one, for the moment.

 5        Q      Okay.

 6        A      They have a social caseworker they have to

 7   fill right now, are you asking if they ask the

 8   Commission for a caseworker 1, would they also ask for

 9   an intern list at the same time?

10        Q      That's a different question, but let's

11   start there.

12        A      Okay.

13        Q      In your experience, will OCY offices ask

14   for both lists, at the same time?

15        A      I don't know.

16               Could they?  Sure.  But I don't know if

17   they do.

18        Q      But you don't know one way or the other?

19        A      I don't.

20        Q      And if an agency wants to hire only one

21   person immediately, they are going to be asking for

22   the caseworker 1, 2, 3 list, because they need

23   someone who can start right away; is that right?

24        A      No, not necessarily, because theoretically,

25   the other person could start right away as an intern.

1           Now, if they want someone up and running,

2    then logically you want someone who is already at the

3    point where they are county caseworker 1.  But again,

4    I don't know if that actually happens that way.

5           In other words, you will get a body either

6    way.  I hate to put it so bluntly, I shouldn't put it

7    that way.  You will get a person in a position --

8       Q     You will get a name?

9       A     You will get a name, let's put it that way,

10   yeah.

11      Q     Can you think of any reason it would be

12   illegal for the Commission to send both lists, if

13   asked for one, to send both the intern list and the

14   caseworker list, as the assumption, of course, is this

15   agency needs people?

16      A     I can't think of any reason why.

17      Q     Is there any rule, that you know of, with

18   the Commission, or practice, so it can be a rule, or a

19   practice --

20      A     Okay.  By the commission?

21      Q     By the Commission.

22      A     All right.

23      Q     -- that would rule what a hiring authority

24   is to do, if it has two lists, where it could hire at

25   the same time, and has to choose between them?

 1      A      I have no idea.

 2      Q      And where that seems a potential, as in

 3  this coexistence of the trainee list and the

 4  caseworker list -- do you understand what I am saying,

 5  that a county could have these two lists, they

 6  wouldn't be the same people ranked in the Rule of 3 on

 7  the list --

 8      A      Okay.

 9      Q      -- do you know of any rule that would help

10  the hiring authority know how they were to proceed,

11  which list they should hire off of?

12      A      I don't.

13      Q      Okay.

14             And do you know of any practice?

15      A      I don't.

16      Q      Did any other examples come to mind, out of

17  the job classifications, of which you are aware in

18  civil service, where there are two extremely similar

19  lists, where people have almost those same abilities,

20  or qualifications, similar to the trainee and

21  caseworker list?

22      A      I am not sure of the question.

23      Q      All right.

24             A moment ago we were talking about the fact

25  that the caseworker list and the trainees offer

1  people, who are in similar -- not identical, but very

2  similar positions, to start soon, and pick up tasks.

3      A      Right.

4      Q      Are you aware of other civil service

5  classifications, that are parallel, and come that

6  close to each other, in yielding potential hires in

7  very similar positions?

8              MS. LLOYD:  Maybe i can help.

9              You, throughout the depositions, have

10          interchanged trainee and intern, and I think for

11          Civil Service Commission, those are two different

12          things.

13              THE WITNESS:  They are.  They are.

14              MR. TAGGERT:  Great.  In my own defense, I

15          have sometimes used them interchangeably.

16              MS. LLOYD:  Sometimes.

17  BY MR. TAGGERT:

18      Q      But that having been said, first we have

19  talked, just to recap a little bit --

20      A      Okay.

21      Q      -- about the fact that we have an intern

22  list, and we have caseworker list.

23      A      Okay.

24      Q      And, there comes a point, especially when

25  people have nearly completed their college education,

 1   and their 900 plus hours, where there is a great
 2   closeness in the readiness to work in the caseworker
 3   position, of the people who are on the intern list,
 4   and the people who are on the caseworker list.
 5            Understood?
 6      A    Okay.
 7            You say that they are roughly at the same
 8   level of --
 9      Q    Right.  So if a hiring authority needed a
10   caseworker, they might do well going to either source?
11      A    So either source.
12            Okay.
13      Q    Agreed, that that's possible, and that that
14   happens?
15      A    I agree that that's possible.
16      Q    Among the other civil service job lists,
17   are you aware of comparable pairings, where there is a
18   great similarity in the ability of people to step into
19   a position?
20      A    It's kind of like mixing apples and
21   oranges.
22      Q    That's what I am asking, are the others all
23   oranges, and these are only apples?
24      A    Well, I know, for example, that an agency
25   could hire a human resource management trainee, which

1  is much different from the intern program.

2          But we are -- agencies typically have

3  choices on how they can hire for a typical job title,

4  not just from civil service lists, but from other

5  means as well.

6          But if they are trying to fill a specific

7  vacancy, let's say, with a human resource person,

8  someone who they want to work in human resources, they

9  could choose to it with an analyst 1, they could

10  choose to do it with a human resource management

11  trainee, who they will eventually promote, upon a

12  successful completion of the program to a 1, they can

13  promote someone who is an HR assistant 2 into an HR

14  analyst 1 position.

15          There are any number of alternatives that

16  an agency can typically have.

17          It is very hard to compare in terms of the

18  trainee and intern kinds of things.  There is nothing

19  jumping at me, to answer your question, in the way in

20  which you are describing it.

21     Q     Now, to make life more interesting, is

22  there also a part-time caseworker list?

23          And to help you out, that's referenced in

24  Mr. Shartle's testimony, when he and other people were

25  trying to figure out how OCY was working in Erie, some

1  people had been hired off of what the county called a

2  part-time caseworker list.

3         Do you have any familiarity with that?

4     A    I don't have any familiarity with that,

5  huh-uh.

6     Q    In Deposition Exhibit 1 and 21, and the

7  attachments --

8     A    1 and 21, yes.

9     Q    -- is there reference to a part-time

10  caseworker list?

11     A    Specifically to a part-time caseworker

12  list, you are asking?

13     Q    Yes.

14     A    I don't see anything there.

15     Q    What would a hiring county do, if it wanted

16  someone who had been through the merit qualification

17  system of civil service, but wanted a part-time

18  worker?

19     A    Well, part time opportunities, to my

20  knowledge in civil service, are very few and far

21  between.

22         However, an applicant, when they are

23  putting in their civil service application, I believe

24  can indicate if they would be willing to accept a part

25  time appointment.

1          Let me just double check that, before I --
2  yes, I am referencing Exhibit 22.

3     Q    Thank you.

4     A    Page 4.  "What kinds of employment will you
5  accept," and one of them, one of the choices is part
6  time.

7          So theoretically, if an agency would hire,
8  or want to hire a candidate from a civil service list,
9  even if it's normally a full-time position, that they
10 normally would hire, theoretically, it would be
11 possible for them to request the same list, but only
12 individuals who indicated part time on their
13 application.

14    Q    So as best you understand it, civil service
15 staff could pull together a list, only it would be
16 confined to people interested in part time?

17    A    Yes.

18    Q    Once a list is published, and an individual
19 is on it, can he or she change that preference,
20 contact the civil service and say, for example, "I
21 used to want to work full time, but now I only want to
22 take a part-time position"?

23    A    I see no reason why not, it falls somewhat
24 under the this same category -- not somewhat, it falls
25 under the same category, as the counties, making

1  yourself available for the counties.

2          And I believe that you could change that.

3  Circumstances may change, and they may -- it might

4  necessitate a change in that.

5      Q    So as long as that particular list is still

6  an active list, the person could change --

7      A    As long as that person -- as long as that

8  person is -- remains active on that civil service

9  list, they could make a change like that.

10          MR. TAGGERT:  If you will excuse us for a

11      moment.

12          MS. LLOYD:  Yes.

13          (Recess taken.)

14  BY MR. TAGGERT:

15      Q    Are you aware of any per diem list, a daily

16  employee list?

17      A    I am not.

18      Q    That's kept by the Civil Service

19  Commission, for any job category?

20      A    Per diem list, for any job category?

21          I can only answer this very, actually,

22  vaguely, now that I think about this.

23          And I don't know if this is actually how it

24  works.

25          I know that we have proctors, that proctor

1  examinations.

2      Q      Like the bar exam, that sort of thing?

3      A      Well, people who proctor civil service

4  exams.

5            And the only reason I know, this is when I

6  was working back in Imagine PA, it had nothing to do

7  with my commission duties, I was dealing with

8  compensation, specifically, in that job, and I seem to

9  remember that some employees would be paid on a

10  per diem basis, and sometimes proctors, because they

11  only proctor on certain days, it is not a full-time

12  proctoring type job.

13            I don't know if there are any other things,

14  or if that even falls under the category, but I seem

15  to remember something like that.

16      Q      Would it be accurate to say, that you have

17  no data indicating that there is any per diem list

18  applying to county caseworkers?

19      A      You would be accurate to say I have no data

20  on that.

21            MR. TAGGERT:  Well, but for any redirect

22        that may be needed, for anything that

23        Attorney Lloyd does, I have nothing further.

24            THE WITNESS:  Okay.

25            MR. TAGGERT:  Thank you very much, I

 1      appreciate it.

 2              THE WITNESS:  Okay.

 3              MS. LLOYD:  I have a couple to clear some

 4      things up.

 5                      EXAMINATION

 6  BY MS. LLOYD:

 7      Q      This morning you were asked questions which

 8  led to an answer, you brought up resume reviews.

 9              How do you come about doing a resume

10  review; I mean, how does that get to you?

11      A      Well, resume reviews is one of the typical

12  day-to-day duties that we perform, and resumes come to

13  us a number of ways.

14              One way is that an applicant simply calls

15  us, and asks, "What am I qualified to take," and we

16  will ask them to send us a copy of the resume by mail

17  or by e-mail.

18              Legislators tend to send resumes, they get

19  tons of them, and they send them to us, and they ask

20  us if we could take a look and see what the person is

21  qualified for.

22              Sometimes people bring them in on a walk-in

23  basis.

24              Sometimes we will do a presentation on a

25  community organization, and we will collect some

1  resumes from the people who attended, and let them

2  know that we will do a general evaluation of their

3  background, to suggest tests that they could take.

4          I wanted to show the staff that resumes

5  evaluations are very imprecise, it is just a means for

6  us to suggest job titles that people could qualify

7  for, it is not -- they are not official determinations

8  of eligibility for any particular job title.

9      Q    And these are not official applications for

10  any test, or job title?

11     A    They are not.

12         In fact, a lot of times we have to explain

13  to individuals that if they want to apply for a

14  specific job title, that they must do it through the

15  application process.

16         Sometimes people believe, that like you

17  would in private industry, that you could submit a

18  resume, and submitting that resume constitutes their

19  application for a particular job class, and we explain

20  to them that that is not the case; that if they want

21  to apply, we can tell them, "You can qualify

22  potentially, but" -- and let me rephrase that, when

23  you tell them, "You may be eligible to take the test

24  for A, B, C. D and E, and here is how you go about

25  doing that."

1         But should they decide to apply for B, C

2  and D, they must apply for each one of those through

3  the official civil service application.

4      Q     So resume review is generally an informal

5  way of directing people to those job titles or

6  classifications which they might be qualified for?

7      A     That's correct.

8         I mean, in the way, you could -- you can --

9  a good analogy of what we do, would be typical what

10 you might see in an employment office at the

11 JFC Temps, or something like that.

12     Q     How is -- you also talked about unassembled

13 test review, or scoring.

14         How is a resume review different from an

15 unassembled test review or scoring?

16     A     Well, again, a resume is reviewed very

17 broadly.

18         I will give you a typical scenario.

19         A candidate submits a resume, says, "I have

20 a bachelor's degree, and I just graduated from

21 college, I have a bachelor's agree in behavioral

22 sciences," or "psychology."

23         One of my analysts will take it, they will

24 look at the classification plan, anything under the

25 tests that are currently open on the summary of civil

1  service exams, and they will say to them, "Okay.  With
2  a bachelor's degree in behavioral sciences, you can
3  qualify for a county caseworker 1, for agent care
4  manager, any other number of titles.  These are the
5  application materials," and more often than not, we
6  refer them to the website now, and say, "This is where
7  you want to go, and if you decide, after reading
8  through the test announcements, that you want to
9  officially apply for any of those titles, at that
10 point you want to do an official civil service
11 application, submit that, and then get scheduled for
12 testing."
13          What you are describing, with the official
14 eligibility determination for a particular job class,
15 that is very precise for a specific class.
16          What we do is broad.
17          By the time it gets to that point, to an
18 evaluator, in the Bureau of Personnel Assessment, it
19 is very specific to a particular job class, where the
20 evaluator will be looking, using whatever tools they
21 use, to compare the person's actual qualifications to
22 the standards that are required for making -- for
23 scoring that person.
24          So what they do is completely different
25 from what we do.

1    Q    So, it would be fair to say that a resume
2  review just gets the person suggestions for titles to
3  apply for, whereas an unassembled test score review
4  could result in a "you fail" or "you are on a list"?
5    A    That's absolutely correct.
6    Q    All right.
7         MS. LLOYD:  And that's the only questions I
8    have.
9                        EXAMINATION
10 BY MR. TAGGERT:
11   Q    On this last point that Miss Lloyd was
12 discussing with you, in the official eligibility
13 determination, there you are looking to see if all of
14 the requirements stated in the test announcements are
15 met; is that right?
16   A    That is one element, yes.
17   Q    What other elements would be present, in an
18 official eligibility determination?
19   A    Well, I can only speak generally to this,
20 because I don't do that, but you are going to look at
21 the -- when you are looking at something like this,
22 you are looking -- and at the evaluation guide, that I
23 described earlier, you are looking at what a person
24 is -- do they met the minimal, that means exactly
25 that, do they meet the minimum experience and training

1  requirements.

2          So if you meet the minimum experience and
3  training requirements, you are eligible for that job
4  title.

5          Now, whether or not you get a higher score,
6  depends on, you know, the quality, and length of your
7  experience, your education, and those things, that the
8  evaluators have guides; I would assume they have
9  guides in order to determine that.

10         So that you can distinguish candidate A and
11  B -- between candidates A an B, who each meet the
12  minimum requirements, but how does one get a higher
13  score than the other.  Those were the additional
14  things that the evaluators would have to look at, and
15  I really don't know what those specific things are.

16     Q    Isn't it correct, though, that there are --
17  you know for a fact that there are guides for this
18  kind of analysis, or review?

19     A    I don't know for a fact, but they must --
20  well, I shouldn't speculate on this.

21     Q    We hope they --

22     A    There have to be some criteria, for them to
23  determine how to score this person.

24         I don't -- I honestly don't know what those
25  are.

1          And I am sure that they will vary from
2   title to title.
3       Q    I am going to show you what was marked
4   yesterday, as Deposition Exhibit 2.
5       A    Okay.
6            MS. LLOYD:  That was just a little aside, I
7       was jokingly saying this is why I don't like to
8       ask questions at the end, because it always
9       generates another ten or 15 minutes.
10           But that's fine.
11           MR. TAGGERT:  There is no such thing as one
12      last question.
13           MS. LLOYD:  Right.
14      A    Just us and Columbo.
15      Q    And if you notice toward the bottom, there
16  is a code, and it references, quote, "You do not have
17  the required experience."
18      A    Uh-huh.
19      Q    And we talked about that from a different
20  slant yesterday.
21      A    Uh-huh.
22      Q    And it came out, in the discussions, that
23  Mr. Dows challenged that conclusion, by sending a
24  letter explaining why he thought the Commission might
25  be wrong on that determination.

1      A      Okay.

2      Q      And, the Commission employee then changed

3 that decision, and found that there was adequate

4 experience to meet that minimum requirement.

5      A      Okay.

6      Q      Is that an example of the sort of analysis

7 you were talking about with Miss Lloyd, of looking at

8 the material there, and then determining if basic

9 qualifications are met?

10     A      Well, let me qualify that a bit.

11            Miss Lloyd's specific question was in

12 reference to the unassembled exams.

13            For the unassembled exams, which are the

14 exams for which you do not take a written, you know,

15 computerized test, those are done completely by the

16 Bureau of Personnel Assessment, who have these, I am

17 assuming these guidelines, or whatever, to do the

18 determinations.

19            For a written test, those are not

20 exclusively done by BPA, in fact, the ones that are

21 written exams, at least here in Harrisburg, are done

22 by the evaluators here in Harrisburg, and I

23 personally, and other analysts in the division, and

24 bureau, in the past, have made these kinds of

25 determinations ourselves, because these are based on

1  the evaluation guide, the person's application; there
2  are no -- the score is not an issue, at this point,
3  because it is the written, or computerized test that
4  determines that person's score.
5        So we don't have to go in that direction.
6        All we have to do at that point is
7  determine that these people are minimally qualified,
8  based on a comparison of the person's qualifications,
9  as indicated on the application, and what the
10 evaluation guide says.
11       So, we can make these determinations,
12 ourselves.
13       So it sounds like in this particular case
14 someone made a determination, based on what the
15 evaluation guide says, perhaps didn't have enough
16 information, or was misinterpreting something on the
17 actual application, and then upon receiving additional
18 information, they were able to see that they did in
19 fact meet the minimum requirements, in comparison with
20 the evaluation guide.
21    Q    Thank you.
22    A    Sure.
23       MR. TAGGERT:  Well, sir, we have no further
24       questions.  We were very thankful for you being
25       here, and for your help today.

1          THE WITNESS:  Sure, no problem.

2          MS. LLOYD:  Read and sign.

3          You have the options to read the

4    transcript, at a later time.

5          THE WITNESS:  Okay.

6          MS. LLOYD:  And make sure everything is

7      correct, and sign off on that.  I will direct you

8      to do that.

9          THE WITNESS:  Sure.

10                  - - -

11          (Thereupon, at 2:45 o'clock p.m., the

12      deposition was concluded.)

13                  - - -

14

15

16

17

18

19

20

21

22

23

24

25

```
1                      SIGNATURE PAGE

2

3

4        _____
         Karlos M. DelToro
5               Subscribed and sworn to before me this
6        _____ day of _____, 2005
7

8        _____
9        Notary Public
10                           - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                        CERTIFICATE

2  COMMONWEALTH OF PENNSYLVANIA, )
                                 )  SS:
3  COUNTY OF ALLEGHENY.          )

4         I, Eugene C. Forcier, do hereby certify that
   before me, a Stenographer-Commissioner in and for the
5  Commonwealth aforesaid, personally appeared
   KARLOS M. DelTORO, who then was by me first duly
6  cautioned and sworn to testify the truth, the whole
   truth, and nothing but the truth in the taking of his
7  oral deposition in the cause aforesaid; that the
   testimony then given by him as above set forth was by
8  me reduced to stenotypy in the presence of said
   witness, and afterwards transcribed by means of
9  computer-aided transcription.

10        I do further certify that this deposition was
   taken at the time and place in the foregoing caption
11 specified, and was completed without adjournment.

12        I do further certify that I am not a relative,
   counsel or attorney of either party, or otherwise
13 interested in the event of this action.

14        IN WITNESS WHEREOF, I have hereunto set my hand
   and affixed my seal of office at Pittsburgh,
15 Pennsylvania, on this  3rd    day of  January,
   2006.
16

17

18        Eugene C. Forcier
          Stenographer-Commissioner
19

20                    -  -  -

21

22

23

24

25
```

```
 1                        I-N-D-E-X

 2   EXAMINATION BY:  Mr. Taggert - Page 3, 137

 3                    Ms. Lloyd   - Page 133

 4   DEPOSITION EXHIBITS:                          PAGE
     21 - Management Directive, 580-38              22
 5
     22 - Letter, Martinez to Internship Candidate  80
 6        w/attachment

 7
                          - - -
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DEPOSITION OF:_____ DATE:_____

| Page No. | Line No(s). | Correction | Reason for Correction |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**0**

0cy [1] 61:15

**1**

1 [40] 20:20 21:1 22:19 24:7,20
26:7 28:24 29:18 30:21 31:3.19
55:3,9 56:6 64:20 65:7 66:5.13.
24 68:23 71:8.18 75:1.5 78:20
85:19 88:6 110:10 114:2 121:19,
22 123:8.22 124:3 128:9,12.14
129:6,8 136:3
1:32 [1] 87:16
10 [1] 41:16
10:54 [1] 87:15
1001 [1] 2:4
133 [1] 145:3
137 [1] 145:2
15 [1] 139:9
17108 [1] 2:12
17120 [1] 2:9
1990 [1] 7:20
1995 [1] 7:20
1996 [1] 7:24
1st [3] 113:1,11,21

**2**

2 [50] 10:17.20.21 11:3 29:1.18 31:
4.19 50:10 53:10,16,17 54:13.16.
20 55:3.9 56:6 64:21 65:7 66:5,
13,24 75:1,6 78:20 85:7.10.12.
17.24 86:18 107:12 108:4 110:
10 111:25 112:10.14 113:23 114:
14,21 117:8,10,19 121:19.22
122:2 123:22 128:13 139:4
2's [3] 115:6.7 117:23
2:45 [1] 142:11
2000 [1] 67:10
2002 [1] 11:12
2004 [2] 10:16 11:13
2005 [1] 67:11
21 [10] 22:15.19 24:7.20 26:7 71:
8,19 88:6 129:6,8
22 [9] 80:20 81:2.6.11 82:7 88:6
112:5 130:2 145:21
25 [1] 52:23

**3**

3 [21] 4:21 10:14.15 11:7 49:24
55:3.9 56:6 65:7 66:24 74:3 75:
1,6 78:20 110:10 112:9 121:19.
22 123:22 125:6 145:2
3's [1] 64:21
38 [1] 7:6
39 [2] 7:6,6

**4**

4 [1] 130:4

**5**

5 [2] 30:24 112:9
580-38 [1] 145:21

**6**

6 [1] 30:25

**7**

7 [5] 80:23 105:4 109:9.11.12
75 [1] 108:10

**7th** [1] 114:11

**8**

8 [5] 55:2 112:7.8.8,9
80 [1] 145:22
814-454-6655 [1] 1:22

**9**

9:00 [1] 1:18
90 [1] 41:17
900 [1] 127:1
975 [7] 85:5 111:1.6.20 112:13
113:5,15

**A**

a-f-t-e-r-n-o-o-n [1] 88:1
a.m [2] 1:18 87:15
abilities [1] 125:19
ability [1] 127:18
able [6] 42:4 44:2 79:3 80:12 106:
6 141:18
absolutely [3] 54:10 110:21 137:
5
accept [4] 44:19 84:2 129:24 130:
5
accessing [1] 42:8
accidentally [1] 120:1
accompany [1] 40:13
accomplished [1] 51:5
accordance [1] 112:1
according [2] 106:15 120:14
account [1] 49:21
accounting [1] 98:18
accumulate [1] 57:15
accumulated [1] 47:20
accurate [5] 36:22 48:23 77:4
132:16,19
accurately [3] 34:15 77:3 85:11
across [3] 18:13 26:16 27:15
action [1] 144:10
active [3] 81:20 131:6,8
activities [7] 5:25 7:2 11:15 53:5
55:22 58:25 88:10
activity [1] 101:24
actual [6] 49:3 94:24 117:1 136:
21 141:17
actually [9] 10:5,8 37:20 40:18
52:11 76:11 77:7 81:20 90:5 91:
1 101:13 105:18,20 112:5 124:4
131:21.23
add [6] 13:13 102:1.11,15 103:2.
3
added [1] 45:4
addition [3] 11:24 50:9,18
additional [3] 102:1 138:13 141:
17
additionally [1] 120:12
address [2] 84:24 95:5
addressed [1] 94:24
adequate [2] 113:7 140:3
adjournment [1] 144:11
administer [2] 20:11 25:2
administration [3] 6:18 8:22 27:
16
administrators [2] 12:16 13:5
advice [2] 67:15.16
advise [13] 27:11 63:12 65:15.18

66:13 68:19 94:10 95:20.22 96:
19.25 97:13 99:5
advising [3] 94:19,21 96:7
advisors [1] 97:17
affirmed [2] 3:3.7
aforesaid [2] 144:5.7
afternoon [2] 88:4 120:12
age [14] 39:1.10.23 43:3 52:23 74:
18 75:7.24 76:1.2.8 79:2 80:9.13
agencies [12] 16:25 17:5.7,9,10,
11,12 25:6 79:17 105:22 121:16
128:2
agency [35] 6:14.16 17:1.2 42:3,
4 48:13 51:3 60:15 61:19 62:13,
17 63:2.14 76:11.14 79:12.12 86:
10,25 111:13.16 116:7.14 118:7.
10.11 122:7.13.25 125:20 128:7
agent [1] 136:3
aggregate [2] 75:16,23
aging [1] 62:17
ago [3] 41:10 56:11 125:24
agree [6] 36:14 46:1 108:17 118:
14 127:15 135:21
agreed [4] 18:18 71:4 121:19
127:13
agriculture [6] 7:14.16 8:1.5.9
74:15
ahead [4] 26:9 48:11 54:10 55:10
alcohol [1] 62:20
allegheny [1] 144:3
allied [1] 11:9
allow [6] 19:22 39:15 67:3 75:14.
16 116:13
allowed [4] 71:3.5 103:5 105:9
allusions [1] 21:8
almost [1] 125:19
already [13] 19:8 26:21 52:7 60:
20 61:3 70:13 78:3 93:1 95:1.10
103:11 121:12 124:2
alternative [1] 50:14
alternatives [1] 128:15
among [3] 19:2 88:5 127:16
amount [1] 99:13
amounts [2] 110:4 111:21
analogous [1] 55:22
analogy [1] 135:9
analysis [4] 75:13 76:24 138:18
140:6
analyst [18] 4:21 5:16.18 10:14,
15,17,20.21 11:3.7 15:21 16:25
17:4 33:12 35:7 92:22 128:9,14
analysts [6] 16:21 90:10 92:23
93:5 135:23 140:23
and/or [1] 71:18
anecdotal [2] 117:22 119:21
announcement [10] 5:9.10 47:3.
4 58:10 80:24 81:17.23 82:13
120:15
announcements [3] 62:9 136:8
137:14
annually [1] 76:10
another [9] 6:14 21:14 50:14.17
66:1 68:25 69:6 93:6 139:9
answer [14] 3:18.19.25 17:10 38:
6 39:17 42:10 47:3 57:4 72:18

104:8 128:19 131:21 133:8
answered [1] 48:10
anybody [3] 5:14 68:6 96:11
anyway [2] 65:22 91:10
apologize [2] 85:13 116:9
appeal [1] 36:16
appear [1] 75:18
appearance [1] 5:5
appearances [1] 2:1
appeared [1] 144:5
appears [1] 75:17
apples [2] 127:20.23
applicant [2] 41:7 42:18 44:4
117:6.12 129:22 133:14
applicants [1] 41:19
application [25] 32:25 39:15 42:
15,23,25 51:24,25 59:25 78:8
101:16.18 106:11 109:15 112:19
117:5 129:23 130:13 134:15,19
135:3 136:5.11 141:1.9.17
applications [4] 42:1 52:4 80:5
134:9
applied [7] 78:8 103:18,22 104:
12 107:1,1 108:11
apply [27] 25:20 32:23 46:12 49:
25 52:6,8,15 66:18 70:11 71:20
79:3,6 82:6,8 101:14 105:15,23
104:9,10.17 115:25 134:13.21
135:1,2 136:9 137:3
applying [8] 88:13 132:18
appoint [1] 87:1
appointed [4] 79:14.18 108:14
111:13
appointment [1] 129:25
appointments [3] 119:11 120:3.
7
appreciate [3] 24:4 119:23 133:
1
appreciated [1] 13:12
appreciative [1] 91:9
apprentice [1] 60:14
approach [3] 94:15 100:4 106:5
approaches [1] 65:17
appropriate [7] 38:15 89:7,16,20,
22 115:14 118:8
approved [4] 59:15 60:13 86:13
approves [1] 32:6
approximately [1] 10:15
area [10] 12:4,9.13 16:20 25:18
62:17 69:10 96:9.25 98:23
areas [3] 12:11 89:2,3
aren't [2] 9:17 102:9
arising [1] 18:21
arose [1] 78:9
around [2] 12:1 17:18
arrive [1] 47:19
aside [2] 72:3 139:6
asks [3] 48:6 121:21 133:15
aspect [1] 117:5
aspects [1] 74:18
assembled [1] 43:11
assessment [8] 9:15 10:5 32:14
37:1 60:8 90:23 136:18 140:16
assigned [6] 16:25 17:4 37:10.
14 45:9
assist [1] 93:10

classroom [2] 94:24 98:16
clause [1] 84:25
clear [3] 80:22 119:22 133:3
clearer [2] 14:7 46:6
clerical [1] 16:22
client [1] 3:9
clients [2] 27:8,11
close [1] 126:6
closeness [1] 127:2
closest [1] 41:21
co-worker [1] 54:4
co-workers [1] 16:4
code [3] 24:17 73:6 139:16
coexistence [1] 125:3
collect [1] 133:25
collectively [1] 32:16
college [37] 8:13.14,23.24 9:3 11:
6,10,11.14,21 12:22.25 13:17.23
51:19.23 52:5 53:7 62:4 63:8 65:
19 66:3 70:8 71:1 83:4.7 88:22
92:24 94:8 95:18 97:17 105:25
106:21 107:5 113:19 126:25 135:
21
colleges [2] 11:16 12:1.6.13.17
14:10.14,15,17 15:20 16:10 47:9
61:23 84:8.15 88:10 90:6 91:4.
22.25 94:20
columbo [1] 139:14
combination [1] 54:24
come [28] 9:23 22:25 23:3.6.12.
16,24.25 24:6,20 25:25 26:16 47:
22.24 56:5,5 71:24 72:5 76:17
86:24 96:1,20,22 121:3 125:16
126:5 133:9.12
comes [23] 24:7 25:19 26:2 30:1
47:25 51:8 61:12.13,16 65:20 67:
5 69:18 84:20 85:5 93:6 96:5.11.
14.18 100:16 115:11 120:6 126:
24
comfortable [1] 3:24
coming [5] 45:3 47:11 65:19 89:
17 95:12
commencing [1] 1:18
commented [2] 67:23 68:7
commission [69] 3:12.13 4:17 6:
10.11.12,15,24 7:11,22,24 8:5 9:
16 10:22 11:25 15:16 18:17 23:
17 24:8 26:20,23 27:1,21 28:8
31:8 34:25 35:15 37:25 38:15 40:
21 41:12 43:19 46:19.21 47:5 48:
16 50:4 55:25 56:8,10 57:19 58:
3 59:7.17 60:6 64:19 67:3,6,23
68:5.6 72:25 74:10,18 77:20.25
78:2 79:11.12,13,13 82:4 92:13.
16 98:13 105:17 107:4 113:18
114:22.23 115:18,19 116:2 117:
15.25 118:12 121:18,24 122:5
123:8 124:12,18,20,21 126:11
131:19 132:7 139:24 140:2
commissioner [1] 1:16
committee [1] 73:20
commonwealth [10] 1:16.17 12:
2 27:9.14 61:23 72:23 93:24 144:
2,5
community [1] 133:25
company [1] 8:11

comparable [2] 73:25 127:17
compare [2] 128:17 136:21
compared [2] 49:8 51:7
comparing [1] 33:14
comparison [3] 28:2 141:8,16
compensation [6] 62:8.11.25
63:9.23 132:8
compile [1] 5:23
complaints [1] 56:11
complete [5] 83:12.16,18 117:16,
17
completed [12] 46:17 106:19
107:13 108:9,20 109:8 111:6
112:23 113:15 116:19 126:25
144:11
completely [3] 33:25 136:24 140:
15
completes [4] 85:2 108:12 111:
20 112:13
completion [3] 85:4 112:11 128:
12
composition [1] 75:14
computer-aided [1] 144:9
computerized [2] 140:15 141:3
concentrate [1] 91:18
concept [3] 26:21 27:2 63:9
concerned [1] 130:3
concerns [1] 74:18
conclude [1] 42:17
concluded [2] 35:15 142:12
conclusion [1] 139:23
concrete [1] 125:8
conference [1] 73:19
confess [1] 36:1
confined [3] 102:18.20 130:16
confused [1] 79:6
consider [3] 9:15 71:22 83:22
considered [4] 44:16 61:19 102:
3 112:22
consistent [1] 41:6
constitute [2] 22:22 43:2
constitutes [3] 38:13 40:14 134:
18
constructed [1] 70:16
consultant [1] 59:21
consultants [1] 60:3
consultation [1] 3:15
contact [27] 12:12.14 13:4.9 14:5.
16 15:1.10.12,24 16:2 17:2,7.13.
21.24 18:1,15.17.20 19:5 63:1.
18 64:6 94:18 97:16 130:20
contacts [1] 15:20
contains [2] 34:7,15
content [1] 81:16
context [4] 95:8 96:15 97:24 119:
12
contingent [1] 86:6
continually [1] 45:3
continue [1] 68:18
continuous [1] 91:16
contrary [1] 63:25
copies [1] 92:17
copy [4] 58:9.11.11 133:16
correct [70] 4:15 7:4 8:15 9:22
10:25 16:8 22:19.20 23:14 28:10
32:7 35:17.23 36:18 37:9.21 38:

2.3 44:5 45:11 48:2,5,19 49:20
52:2.3.10 53:9,18 57:1.2 60:11
62:16 66:21 70:10.15 72:21 78:8
79:15 84:10 92:5 99:20.24.25
101:11 102:5.8,23 103:7.8 104:
22 106:12.24 109:11,22 110:1.
13 111:2 112:8 115:17 116:2
118:16 119:4,5,25 121:20 135:7
137:5 138:16 142:7
correctly [3] 37:4 68:22 88:5
correlate [2] 78:9,14
counsel [4] 2:10 27:8 30:13 104:
15
count [1] 111:16
counties [30] 12:9 19:5 43:11,22
44:3 66:22 67:7.17.25 68:7 69:2.
3 76:24 77:1.2,23 101:9.19.24
102:1.2.6,10.11.16 103:1.3 105:
2 130:25 131:1
county [135] 5:18 16:23 17:22.25
18:3,10,21 19:2 25:20,22 28:21.
23 29:1 30:25 31:18 38:9.14 41:
19 42:16 43:8.15.20,23,25 44:10
46:25 48:6 49:9 50:1.5.8.13 53:9
54:13.16 55:9 57:20 58:10 60:20
61:1 62:15,23,24 63:14,17 64:3.
4,20 65:21.24 66:5.9,12 67:11.
18 68:1,9,11,22,23 69:9,19 75:1.
5,19 77:6.13.19,19 78:1.10.19.
22 80:1,25 81:21 85:7,12.25 86:
16 87:9 89:13,21.25 90:22 91:7.
19 95:2.14 98:14 99:18 100:14
103:4,6,8,12.19 105:4 106:3 107:
21.23 108:24 109:1 110:2,11.16.
19 111:5.8.14.25 112:4.9.12.14,
19 113:23 114:13,14,21.23 118:
24 119:4,8 120:8 121:16,21 122:
2 124:3 125:5 129:1.15 132:18
136:3 144:3
county's [1] 122:16
couple [3] 8:4 95:5 133:3
course [7] 8:3.25 9:2 16:24 90:
13 106:13 124:14
courses [3] 9:17 10:11.13
court [4] 1:1 3:11 4:5 57:7
courtesy [1] 82:21
cover [6] 81:3,14.15 82:1.6 96:11
covered [1] 9:24
covering [1] 98:13
crawford [1] 12:8
create [3] 26:9 37:15 61:5
created [2] 59:15 72:13
creates [1] 37:25
creating [1] 44:14
credit [1] 9:3
credits [3] 83:4,6 108:10
criteria [1] 138:22
current [1] 17:3
currently [6] 4:16 16:16 40:4 70:
9.23 135:25
custom [2] 99:5,9

## D

daily [1] 131:15
data [29] 40:10,17,19.24 41:25 42:
3.9,16.16.16.17 44:3.9 67:2 69:
15 75:6 76:21 77:4,15 78:3.11.

15 80:5 99:16 117:14,15,21 132:
17.19
database [1] 78:4
date [5] 1:18 39:22 46:8 80:13
111:15
david [2] 1:4 2:15
day [2] 1:18 144:15
day-to-day [1] 133:12
days [1] 132:11
deal [5] 12:15 19:7 23:4 96:4 98:
2
dealing [5] 19:2 21:6 74:10 95:
17 132:7
dealings [2] 13:18 14:1
deals [2] 16:22 24:25
dear [1] 81:14
december [1] 7:20
decide [5] 38:22 66:16 103:2 135:
1 136:7
decided [2] 72:7 106:4
decision [5] 51:15 53:6 61:5 106:
5 140:3
decisions [1] 72:14
declare [1] 117:7
declared [2] 36:7 116:15
deemed [1] 87:8
defense [1] 126:14
define [1] 78:13
degree [14] 8:19 55:18 83:13.18.
19,20 89:7 90:1 97:7.8 105:2
112:21 135:20 136:2
deltoro [2] 3:1 4:13
denise [1] 57:25
department [18] 7:13,15.25 8:8
14:1 17:14,16 18:2.5.16 32:10.
12 35:22 60:14 61:17 63:19 74:
15 97:19
departments [2] 14:19 47:13
depend [2] 35:24 38:6
dependent [4] 77:6.12.18.22
depending [4] 46:11.22 89:7
120:16
depends [2] 96:15 138:6
deposed [1] 3:4
deposition [17] 20:20 22:15.19
41:5 55:2 71:8,18 80:20 82:7 88:
6 109:9 129:6 139:4 142:12 144:
7,10 145:4
depositions [2] 1:15 126:9
derive [1] 58:19
derived [2] 42:12 45:2
describe [2] 21:3 24:12
described [3] 25:5 47:10 137:23
describing [5] 25:4 44:17 111:
13 128:20 136:13
description [2] 44:20 104:19
detail [1] 30:10
detailed [2] 30:12 32:25
details [2] 63:12 119:19
determination [9] 33:12.19 36:6,
13 136:14 137:13.18 139:25 141:
14
determinations [4] 134:7 140:
18.25 141:11
determine [11] 34:24.25 57:3 78:
11 79:2 80:5.9.12 138:9.23 141:

83:17 84:5 90:5 97:5,9
**fields** [2] 40:11 44:3
**figure** [4] 20:18 35:22 67:3 128:25
**filed** [1] 29:10
**files** [1] 5:4
**fill** [5] 41:8 64:21 109:14 123:7 128:6
**filled** [3] 39:20 80:11 113:25
**fills** [3] 40:8 106:10 108:23
**final** [3] 59:19 75:15.21
**finally** [2] 32:6 59:15
**find** [5] 42:8 57:10 62:25 63:4.17
**finds** [1] 51:9
**fine** [3] 54:4 71:14 139:10
**finish** [1] 105:10
**finished** [1] 114:7
**finishing** [1] 113:4
**firms** [1] 60:3
**first** [15] 3:3 10:21 13:1 27:2 36:3. 5 53:7 85:8 90:12 107:20 108:6. 9.13,20 126:18
**fit** [2] 29:13 51:17
**fits** [2] 48:22 120:13
**flagging** [1] 100:2
**flaw** [1] 76:23
**flexibility** [2] 102:1 105:3
**flexible** [1] 101:21
**flows** [1] 61:16
**fluid** [2] 44:24 45:6
**flyer** [3] 5:10 14:13 58:11
**flyers** [1] 14:9
**focus** [1] 96:9
**folks** [1] 96:6
**follow** [3] 47:7 60:9 72:17
**following** [1] 13:6
**follows** [1] 3:4
**force** [2] 4:23 75:13
**forcier** [2] 144:4.18
**forget** [1] 29:23
**form** [8] 32:25 37:2 40:1.8,13.19 72:11 101:16
**formal** [5] 8:21 36:17.18 55:8 93:18
**format** [1] 71:8
**formats** [1] 57:17
**formed** [2] 41:24 117:21
**forth** [1] 88:14
**found** [2] 111:11 140:3
**foundation** [1] 26:7
**four** [3] 14:14 91:25 102:25
**fraction** [1] 41:15
**frame** [2] 76:16,17
**frankly** [1] 91:13
**fred** [1] 5:17
**frederick** [1] 2:10
**free** [1] 107:17
**frequently** [1] 30:2
**freshman** [1] 89:18
**friendliness** [1] 82:23
**friends** [1] 95:12
**front** [4] 22:18 24:6 26:8 81:24
**full** [3] 4:11 96:7 130:21
**full-time** [5] 53:7 84:23 112:21 130:9 132:11
**functional** [1] 4:22

**functions** [1] 11:20
**funding** [4] 17:17 61:12,15,19
**further** [4] 132:23 141:23 144:10. 12
**future** [2] 93:24 101:7

### G

**gamut** [1] 96:8
**gannon** [1] 15:1
**gantverg** [1] 1:21
**gather** [1] 120:18
**gave** [2] 29:3 112:2
**gender** [5] 39:1.8 40:2 74:21 75:6
**general** [21] 2:7 4:21 13:19 15:6 17:25 18:22 20:11 26:9 27:24 28:13 33:1 37:18 43:21 61:11 63:8. 10 68:12 81:16 96:3 99:12 134:2
**generally** [15] 11:23 19:15 28:5. 8 36:3 52:5 62:7.12.22 63:3 69:8 87:4 100:1 135:4 137:19
**generates** [1] 139:9
**gentleman** [1] 19:8
**gets** [5] 35:24 46:5.7 48:24 77:10 99:7 107:1 136:17 137:2
**getting** [5] 53:25 69:8 79:6 83:6 110:25
**give** [25] 25:7 51:5 63:6 66:1.7.9. 15 70:18 76:14.14.20 78:16 79:16 82:12.13 90:11 91:6 94:2 96:10 97:1 99:11 103:5.11 106:15 135:18
**given** [9] 46:8 59:11 61:4 67:11. 16 90:4 93:13.18 108:2
**gives** [1] 99:16
**giving** [3] 80:18 94:23 99:2
**goal** [1] 99:3
**got** [3] 14:22 98:22 113:12
**gotten** [2] 108:12 111:11
**government** [7] 9:11 17:25 18:3 27:10 61:16 63:2.17
**governments** [1] 16:23
**governor's** [5] 6:18 23:12 24:19. 24 73:20
**grab** [1] 100:20
**grade** [6] 35:14 37:10 38:22 48:1, 3 106:16
**graded** [3] 109:19 115:19 116:4
**graduate** [8] 8:16 70:25 71:2 89:24 105:10 112:15 113:1.11
**graduated** [4] 106:21 113:19 114:10 135:20
**graduates** [2] 66:4 88:23
**graduation** [2] 84:24 105:11
**great** [4] 105:2 126:14 127:1.18
**group** [6] 17:13 47:21 94:19 98:5. 6 119:14
**groups** [2] 98:9.10
**guess** [7] 4:5 33:21 35:8.8 37:17 110:14,14
**guidance** [10] 19:24 20:8.11 21:6.11 23:16 24:9 34:18 36:25 72:12
**guidances** [1] 25:25
**guide** [17] 5:8 28:3.20 32:7 33:24 34:2.8.18 35:7 37:2.5 93:22 137:22 141:1.10.15.20

**guidelines** [2] 25:14 140:17
**guides** [12] 27:25 28:9.15 29:9. 17 30:12 31:2,9,15 138:8,9,17

### H

**hand** [1] 144:14
**handle** [2] 92:20 93:14
**handled** [1] 35:21
**handling** [2] 25:6 93:9
**hang** [1] 66:18
**happen** [1] 103:1
**happens** [3] 87:4 124:4 127:14
**happy** [1] 97:14
**hard** [3] 42:10 45:16 128:17
**harrisburg** [3] 2:9.12 15:17 140:21.22
**hate** [1] 124:6
**head** [5] 4:4 54:5.15 70:1 115:15
**health** [3] 11:2 74:3 91:8
**heard** [7] 13:10 87:10 117:14 118:22 119:10.18 120:7
**hearing** [1] 79:19
**help** [11] 5:22 34:24.24 35:7 37:3 45:19 112:7 125:9 126:8 128:23 141:25
**helped** [1] 57:3
**hereby** [1] 144:4
**hereinafter** [1] 3:3
**hereunto** [1] 144:14
**hesitant** [2] 44:18 119:9
**hesitating** [2] 13:9 24:22
**hesitation** [2] 31:22.23
**higher** [2] 138:5.12
**hire** [10] 50:19 79:17 123:20 124:24 125:11 127:25 128:3 130:7.8. 10
**hired** [12] 74:22 77:5 78:1.12.19 79:24 80:6 107:7,11,22 110:20 129:1
**hires** [7] 74:25 75:7.8 77:18 79:4. 6 126:6
**hiring** [6] 74:11.19 79:3 103:5 118:7.10 119:2 121:22 124:23 125:10 127:9 129:15
**hirings** [1] 119:1
**historically** [1] 90:9
**hodge** [1] 1:21
**home** [1] 114:23
**honestly** [7] 58:13 80:13 104:1 105:23 114:18 118:2 138:24
**hope** [3] 53:25 88:12 138:21
**hostility** [1] 10:11
**hours** [11] 85:5 86:6 111:1,6,17, 17,20 112:13 113:5.15 127:1
**however** [2] 111:18 129:22
**hr** [8] 9:18.19.25 10:9 11:7 63:19 128:13.13
**huh-uh** [3] 16:19 121:10 129:5
**human** [10] 4:20 6:20 7:17 8:6 9: 1,6,13 24:23 25:11.13 50:19 51: 4 59:7 74:4 127:25 128:7.8.10
**hypothetical** [5] 70:18 78:19 86: 11 105:25 108:2

### I

**i-n-d-e-x** [1] 145:1
**idea** [5] 19:15 39:1 60:17 120:20

**125:1**
**identical** [1] 126:1
**identification** [2] 22:16 80:21
**identified** [1] 89:4
**identifying** [1] 40:19
**ii** [1] 114:21
**illegal** [1] 124:12
**imagine** [5] 6:17.19 11:5 65:3 132:6
**immediately** [1] 123:21
**implied** [1] 20:16
**imprecise** [1] 134:5
**impression** [1] 79:16
**impulsively** [1] 48:10
**in-house** [3] 9:20.22 31:7
**inc** [1] 1:21
**incidentally** [1] 58:7
**include** [11] 20:13 21:8 27:20 29: 24 40:2,19,25 42:15.16 59:25 82: 17
**included** [3] 22:5 27:15 74:10
**includes** [3] 40:10 68:6 81:3
**including** [4] 12:8 27:5 101:12 121:17
**inclusion** [1] 46:9
**income** [1] 89:14
**indeed** [1] 118:1
**indicate** [8] 39:12,18,22 40:2 44: 3 100:5 102:6 129:24
**indicated** [4] 56:3 62:8 130:12 141:9
**indicates** [3] 41:8 104:20 105:5
**indicating** [5] 40:24 41:5.14 115: 5 132:17
**indication** [1] 51:6
**indirect** [1] 14:4
**individual** [30] 19:7 34:25 35:13 40:8 41:23 42:1 43:22 48:17 49: 16 51:19,22 53:10 55:16.17 70: 23 79:23 80:9 82:23 83:5 85:21 86:1 96:14 102:10 105:5 107:11. 13 109:14,21 113:14 130:18
**individuals** [9] 21:6 46:18 75:16 89:2 95:1 103:21 104:9 130:12 134:13
**industry** [1] 134:17
**ineligible** [1] 36:7
**influenced** [1] 29:15
**informal** [2] 68:11 135:4
**information** [29] 11:19.22 13:21 14:20 25:1 29:11 30:6.14 39:16 40:25 41:2.2 43:4 57:15 63:5 66: 16 73:24 77:9,10.24 78:4.6.24 105:16 115:13 119:16 120:2 141: 16.18
**informed** [1] 51:15
**initial** [2] 36:8 121:8
**initially** [3] 51:8 102:6.25
**initials** [1] 34:10
**inputting** [1] 42:9
**instance** [4] 28:17 38:8 95:25 100:19
**instead** [2] 3:22 88:15
**institution** [1] 8:16
**instructions** [4] 47:2,4,7 90:3
**instrument** [3] 59:15.20,22

memory [3] 12:23 55:1 120:6
men's [1] 4:7
mental [1] 91:8
mention [1] 23:8
mentioned [8] 11:5 39:7 53:3 88:
21 93:3 96:17 98:7 119:21
mentioning [1] 94:9
mercyhurst [2] 13:22,25
merit [1] 129:16
merry [1] 97:14
met [15] 35:2 54:20 55:22 58:17
84:13.17 85:22 86:15 108:8 112:
22 114:20,24 137:15.24 140:9
met's [2] 34:7,8
method [5] 104:24.25 105:6 106:
7,7
might [18] 18:9 40:19 65:15 69:
24 72:2 73:18 82:6.8 83:24 88:
11,17 94:20 97:6 127:10 131:3
135:6.10 139:24
mind [16] 9:23 22:25 23:4.6.24.
25 24:6.20 25:19 26:1.2 67:5 84:
20 96:1 120:7 125:16
minimal [2] 34:19 137:24
minimally [1] 141:7
minimum [18] 31:24 33:15 34:11.
15 35:12 53:13 54:12.22 107:23
108:15 112:3.10 113:4 137:25
138:2,12 140:4 141:19
minute [1] 41:10
minutes [2] 30:11 139:9
misinformation [1] 63:6
misinterpreting [1] 141:16
miss [12] 5:1 21:22 29:3,8.21 57:
22 64:11,16 81:7 137:11 140:7.
11
misstating [1] 18:12
mixing [1] 127:20
model [1] 120:21
models [1] 121:2
moment [8] 26:2 40:5.11 95:16
120:5 123:4 125:24 131:11
money [2] 61:13 69:18
month [4] 14:12 85:2 104:21 111:
18
months [4] 71:1 101:23 111:21
112:24
morning [6] 26:5 47:11 94:10
120:12 133:7
morse [1] 1:21
most [7] 42:21 94:5 96:21 104:2.
23 115:14 118:1
mostly [3] 12:14 30:24 81:3
motivated [1] 99:17
move [4] 71:9 85:23 86:17 107:
12
moving [1] 85:9
ms [20] 22:1.9.11 29:12,19 78:2.3.
18.24 126:8.16 131:12 133:3.6
137:7 139:6.13 142:2.6 145:3
much [10] 11:8.9 30:10 52:9 92:
22 95:1 109:18 114:16 128:1
132:25
multiple [2] 38:20 45:12
must [4] 35:25 134:14 135:2 138:
19

---

## N

n-e-e-d-h-a-m [1] 4:25
name [10] 3:8 4:11.13 39:1,6 57:
22 64:8 114:24 124:8.9
names [1] 12:22
narrow [1] 59:10
nature [5] 14:4 25:3 62:10 63:1
90:18
nearly [1] 126:25
necessarily [13] 9:18 14:18 39:
17 44:25 65:21 68:14 80:9 85:23
91:15 96:9 98:14 119:12 123:24
necessary [3] 14:15 105:10 117:
18
necessitate [1] 131:4
need [19] 3:15 4:6 6:4 25:10 29:
15 31:13.14 59:11 63:1 78:9 86:
19 88:7 90:12 96:6 99:17 101:15
103:2 104:17 123:22
needed [5] 25:1 78:23 114:6 127:
9 132:22
needham [1] 4:25
needham's [1] 5:1
needs [2] 17:8 124:15
never [5] 26:16 70:2 108:12.13
121:5
new [7] 8:10.14 44:14 45:2.4.23
94:2
next [4] 30:11 46:3 66:18 105:24
nodder [1] 54:5
non [2] 32:20.21
nonassembled [4] 32:17 43:7
47:19 49:12
none [2] 22:25 23:6
nontraditional [1] 52:20
nor [1] 120:1
normal [1] 11:24
normally [4] 91:11 119:15 130:9,
10
northwestern [5] 12:6.17,18,19
16:11
notary [1] 143:9
nothing [12] 25:3.19 26:2.15 65:
9 67:5 93:18 94:1.4 128:18 132:
6.23
notice [5] 1:14 48:24 49:17 80:
24 139:15
notification [2] 113:13,17
number [15] 37:13 38:12 40:22
82:16 91:22 101:9 109:12 110:7
111:17.17 113:5 123:2 128:15
133:13 136:4
numbers [2] 37:14 103:18
numeral [1] 114:21
numeric [1] 37:10
numerically [1] 38:16
nursing [1] 11:2

---

## O

o'clock [4] 1:18 87:15.16 142:11
obligated [2] 85:25 86:16
obligation [2] 86:23,25
observations [1] 104:2
obtained [1] 78:24
obviously [3] 66:9 90:14 122:16
occasion [10] 12:5.15 16:9 61:

24 73:13 95:22 97:20.21 98:8
116:21
occupational [2] 89:3.8
occur [1] 105:11
occurring [1] 11:19
occurs [1] 36:19
ocy [3] 110:2 123:13 128:25
offer [4] 65:22 118:5,9 125:25
offering [2] 63:13.15
offers [1] 98:13
office [22] 2:11 6:7,18 17:22 21:
19 23:13 24:19.24.25 29:20 59:
16 62:19.20 63:4,18 64:4.11 92:
3,10 108:24 114:11 135:10
officers [2] 90:6 94:20
offices [6] 17:18 47:12.12 91:4
121:17 123:13
official [11] 4:20 33:18 118:5.9
134:7.9 135:3 136:10.13 137:12,
18
officially [3] 111:13 113:19 136:
9
often [2] 93:6 136:5
okay [106] 3:21 4:1,2.9.10 10:19
18:7.14 19:19 20:4.6.21 21:21
23:10 24:15 25:9 26:4 30:15.18.
19.23 32:15 33:8 37:23 38:8,10,
11.19 40:12 41:4 43:10.17 44:6.
12 45:20.25 48:8 49:5,15 54:6.
25 55:4.6 56:2.18.19 58:2.5 64:2
65:2.5.23 70:19 72:4.4 74:8 78:
21 79:25 80:16.19 81:5.7,9 95:
19,21 106:2.9.25 107:6.19 108:
18.22 109:4,7 110:3.12.20.22.24
113:3.6.9.24 114:4.12 115:24
116:1 119:6 120:19 122:4 123:5,
12 124:20 125:8.13 126:20.23
127:6.12 132:24 133:2 136:1
139:5 140:1.5 142:5
old [1] 17:5
oldest [1] 86:5
once [7] 43:7 70:8 90:13 111:9
112:13 119:1 130:18
one [62] 8:2 15:25 16:4.21 17:17
20:14 22:8 24:16 27:4 28:23 31:
24,25 38:22 39:22 43:21 44:14,
25 45:1.2.7.21.22.23 47:25 51:
11 57:19 58:2.14 67:19.20 68:14
69:22 75:3 84:20 92:14,18 93:6
96:6,9 97:22 105:24 109:8 110:7
111:6 112:3.10 119:25 121:15
123:2.4,18,20 124:13 130:5.5
133:11.14 135:2.23 137:16 138:
12 139:11
one-on-one [2] 27:20 94:18
ones [4] 94:24 97:22 121:12 140:
20
only [28] 13:19 36:15 43:3 45:21
49:11 62:23 69:16 71:20 73:18.
22 76:25 80:12 98:16 102:6.24
111:6 116:14 119:1 123:20 127:
23 130:11.15.21 131:21 132:5.
11 137:7,19
open [3] 45:5 104:11 135:25
opening [2] 14:12 20:16
opinion [5] 51:1 69:1.3.11 111:4

opinions [1] 59:21
opportunities [1] 129:19
opportunity [5] 36:9 39:18 56:
10,25 66:2
option [10] 54:14 65:9,10,22 66:
10 68:25 69:6 100:3 101:6 102:3
optional [1] 41:7
options [4] 54:12 66:7 68:17 97:
11 142:3
oral [2] 67:16 144:7
orally [1] 56:1
oranges [2] 127:21.23
order [13] 10:6 27:7,8 37:15 38:
20 53:12 83:12.18 92:14 107:20
112:22 121:22 138:9
ordinary [1] 106:12
organization [1] 133:25
organized [1] 95:6
original [2] 29:14 112:19
originally [3] 36:5 72:7.13
origins [2] 121:7.14
other [70] 14:23 23:3,15,24 24:5.
6,20 25:25 27:20 37:7.14 39:7
41:6 42:23,25 46:13 48:22 49:8
50:18 54:18 57:17 58:25 61:3.4
66:14 67:19,20 68:15 69:19 70:2
73:14.15,22 74:1 76:8 77:2 81:
23 85:25 88:5 89:15 90:4 92:23
93:10.14 94:14,15 97:18,22,22
98:1,2 100:4 101:6 109:15 121:1
122:19 123:18,25 124:5 125:16
126:4.6 127:16 128:4.24 132:13
136:4 137:17 138:13 140:23
others [3] 22:24 28:13 127:22
otherwise [2] 26:6 46:20
ought [1] 101:4
ourselves [2] 140:25 141:12
out [35] 12:10 20:18 26:15 30:13.
19 35:22 39:20 40:8.17 41:8 43:
4 64:21 67:4 74:6 75:6 80:11 82:
4 85:5 90:5 91:21 93:4 94:6 98:
11 102:1,9 105:10 106:10 108:
23 109:14 111:22 113:25 115:3
125:16 128:23.25 139:22
outline [1] 9:8
outside [6] 23:16 24:8 25:19.24
59:21 60:3
over [5] 6:13 41:23 67:19 68:15
69:25
overall [1] 68:13
overlap [1] 145:14
overlapping [1] 16:14
oversight [1] 18:3
own [9] 25:6 41:23 42:1 83:25 84:
16 88:9,9 90:14 126:14

---

## P

p.m [2] 87:16 142:11
pa [5] 6:17.19 11:5 14:17 132:6
packet [10] 38:24 39:2 40:14 48:
16 49:17 59:15 64:22 106:11.14
109:18
packets [4] 41:16 46:13.17 59:
25
page [7] 1:2 30:24 112:9 130:4 143:1
145:2.3.4
pages [3] 30:22 63:4.16

14 105:24 107:10 110:15 117:9
118:24 123:10 125:22 128:19
139:12 140:11
**questionnaire** [4] 39:15.19.21,
21
**questions** [6] 4:4 58:16 133:7
137:7 139:8 141:24
**quite** [3] 56:11 91:13 93:7
**quote** [1] 139:16

# R

**race** [17] 39:1.13.19 41:20 42:15
43:3 75:21,24 76:7.8.9.24 77:4,
15 78:11 79:2 80:6
**raising** [1] 74:18
**random** [1] 28:17
**ranked** [2] 38:17 125:6
**ranking** [1] 116:4
**rate** [1] 63:20
**rather** [7] 4:4 44:19 62:1 68:8.16
79:3 108:21
**rating** [1] 75:15
**ratings** [1] 75:22
**ratio** [1] 66:22
**re** [1] 35:8
**reach** [1] 111:12
**read** [5] 57:12 71:7,18 142:2.3
**readiness** [1] 127:2
**reading** [1] 136:7
**ready** [3] 88:7 95:9 114:3
**realistic** [2] 90:24 91:6
**realize** [1] 40:4
**really** [20] 16:19 26:11 35:8 40:6
48:3 60:8 61:7 63:1 66:25 67:1
70:21 90:8 93:17 94:5.5 96:2.15
120:9.9 138:15
**reason** [8] 13:8 24:21 46:24 72:9
124:11,16 130:23 132:5
**reasonable** [1] 33:21
**reasons** [1] 61:4
**recall** [9] 5:7 8:25 12:10 40:5 58:
13 68:20 70:1 80:17 88:5
**recap** [1] 126:19
**receive** [4] 27:19 49:17 113:14.
18
**received** [4] 9:11.17 28:4 118:11
**receives** [1] 35:14
**receiving** [1] 141:17
**recent** [3] 10:4 70:7 98:19
**recess** [3] 22:14 87:16 131:13
**recognizing** [1] 52:19
**recollection** [1] 51:17
**recommend** [4] 89:13,20.23 96:
25
**recommendation** [1] 35:9
**record** [17] 4:12 21:3 22:12 26:
17 29:5.7 34:9 56:21,22,24 57:
12 67:6 71:12.16 80:22 87:12,13
**records** [2] 29:6 105:17
**recruit** [1] 50:15
**recruiter** [6] 10:22 11:6.10.11 93:
4 94:2
**recruiters** [2] 91:1 93:25
**recruiting** [3] 11:14 68:13 82:5
**recruitment** [20] 4:23 5:11.12.25
11:2 16:22.24 17:4,8 19:5 50:17.
21 58:12.15 69:10 81:21 92:24

93:9,22 98:12
**redacted** [1] 39:2
**redirect** [1] 132:21
**reduced** [1] 144:8
**refer** [4] 17:9 62:17 63:3 136:6
**reference** [3] 117:15 129:9 140:
12
**referenced** [1] 128:23
**references** [1] 139:16
**referencing** [2] 112:5 130:2
**referred** [3] 14:24 15:8 62:12
**referring** [5] 17:10 21:11 25:17
83:24 95:4
**refers** [1] 82:25
**reflect** [2] 95:17 105:18
**reform** [1] 37:22
**refresh** [1] 55:1
**regarding** [3] 19:25 73:19 110:
15
**regardless** [1] 97:8
**region** [1] 74:3
**regular** [5] 31:13 60:2.22 61:1 66:
5
**regularly** [1] 16:25
**regulation** [2] 73:4 120:21
**regulations** [1] 19:22
**related** [7] 9:6.18,25 10:1 11:20
53:11.19
**relates** [2] 78:3 119:20
**relations** [1] 59:7
**relative** [7] 56:3.7,10.13 74:11
120:3 144:12
**rely** [1] 90:14
**remains** [1] 131:8
**remark** [1] 70:2
**remarks** [1] 20:16
**remember** [8] 32:1 40:3 54:21
58:9 70:3 80:14 132:9.15
**remembered** [2] 32:20 58:17
**remind** [1] 29:21
**renewing** [1] 44:14
**repeat** [9] 13:1 23:1 34:23 51:21
57:6.8 68:3 71:15 75:2
**rephrase** [1] 134:22
**report** [9] 41:18 42:12.14 55:25
75:12,14 76:5 77:20 80:10
**reported** [2] 76:25 78:10
**reporter** [2] 4:5 57:8
**reporting** [1] 77:3
**reports** [3] 55:24 78:1.22
**representatives** [1] 90:5
**request** [10] 35:20.21 42:5 67:25
68:8 69:2 76:12 121:17 122:13
130:11
**requested** [2] 42:3 114:23
**requesting** [4] 44:10 66:23 67:
17 122:8
**requests** [4] 43:23 48:13 67:7
122:2
**require** [4] 71:8 84:5.8 105:21
**required** [4] 83:12 90:2 136:22
139:17
**requirement** [14] 35:16 53:14 54:
19 55:21 72:19.23 83:23 84:17
86:15 108:8 112:23 114:20 116:
19 140:4

**requirements** [36] 31:25 33:16
34:12.16.20 35:1,2,12 52:18 54:
13,23 55:7.15.16.17 83:13,18 84:
3,12 85:22 107:14.24 108:3.15
109:9,16 112:4.11.18 117:17.18
137:14 138:1,3,12 141:19
**requires** [3] 35:1 53:10 73:6
**requiring** [1] 71:19
**researched** [1] 27:13
**resource** [10] 4:20 7:17 8:6 9:13
24:23 25:11.13 127:25 128:7.10
**resources** [4] 6:20 9:1.6 128:8
**responding** [2] 82:5.19
**response** [4] 22:6 59:1 82:9.15
**responsibilities** [1] 18:9
**responsible** [4] 15:21 19:2 36:2
111:16
**result** [3] 38:5.16 137:4
**results** [6] 46:7 48:24 49:3.17 68:
2 101:22
**resume** [20] 27:6.7 33:5.11.22.25
35:3.5.6 133:8.9.11.16 134:18.
18 135:4,14.16.19 137:1
**resumes** [4] 133:12.18 134:1.4
**resuming** [1] 88:4
**retain** [1] 50:15
**retardation** [1] 91:8
**retention** [4] 50:18.23 53:3 56:3
**returned** [1] 11:5
**returns** [2] 79:12.13
**review** [13] 5:4 20:25 36:9 39:25
81:7 133:10 135:4.13.14.15 137:
2.3 138:18
**reviewed** [17] 5:8.24 31:12 32:3
35:18 37:11 38:15.21.25 46:15
47:20 48:1.17 54:11 59:16 107:4
135:16
**reviewer** [8] 36:3.5.10.12.23.24
38:25 40:15
**reviewing** [3] 5:7 33:5 36:2
**reviews** [2] 133:8.11
**rising** [1] 66:17
**robin** [2] 15:15.21
**rolling** [3] 47:21.23 106:14
**roman** [1] 114:21
**room** [1] 4:7
**roots** [2] 121:6.7
**rotation** [2] 25:12.16
**rough** [1] 41:14
**roughly** [3] 85:5 111:21 127:7
**route** [5] 36:15 65:22 66:5.10.13
**rule** [7] 49:24 120:20 124:17,18,
23 125:6,9
**rules** [2] 111:12.14
**run** [4] 27:14 60:5 87:7 118:19
**running** [1] 124:1
**rush** [1] 7:8

# S

**s-e-s-s-i-o-n** [1] 88:1
**same** [31] 13:22.24 15:4 19:8 31:
16.18 33:5 37:14 39:21 40:1.1
45:13.13 59:6 64:20 74:25 81:3.
16 84:22 92:6 103:21 118:24
123:9.14 124:25 125:6.19 127:7
130:11.24.25
**sat** [2] 78:5.24

**satisfactorily** [4] 86:8,9 87:8
114:9
**saying** [9] 24:11 45:15,16 68:20
78:17 107:6 110:15 125:4 139:7
**says** [4] 32:7 135:19 141:10,15
**scenario** [1] 135:18
**schedule** [1] 144:13
**scheduled** [2] 19:12 136:11
**school** [2] 16:1 120:18
**school's** [1] 89:5
**schools** [4] 13:6.13 16:10 98:2
**science** [1] 89:5
**sciences** [4] 88:16 89:12 135:22
136:2
**score** [14] 48:13.18.20 49:7 106:
17.18 107:2 108:12 137:3 138:5.
13,23 141:2.4
**scoring** [3] 135:13,15 136:23
**scrapped** [1] 45:2
**screening** [1] 8:11
**search** [1] 120:5
**seasoned** [2] 35:8.9
**second** [6] 8:2 36:10.12 45:23
48:9 75:25 91:24 105:11
**secrets** [1] 20:17
**section** [4] 1:17 2:8 18:2 89:6
**security** [1] 8:11
**see** [29] 11:12 12:22 29:14 31:22
33:22 34:21 39:25 40:7.15 42:10.
14 48:12 50:20 54:21 60:7 67:11
75:14.17 76:21 79:5 96:12 99:6
109:5 129:14 130:23 133:20 135:
10 137:13 141:18
**seed** [1] 100:17
**seeing** [2] 82:7 101:24
**seem** [3] 91:9 132:8.14
**seems** [3] 66:22 122:22 125:2
**seen** [7] 40:17.24 41:18.21 74:21
75:6 103:17
**segments** [1] 107:16
**semester** [5] 97:25 108:7.9,13,
20
**send** [11] 14:9.13 47:7 82:19,20
122:5 124:12,13 133:16.18.19
**sending** [2] 82:3 139:23
**senior** [13] 52:6 66:8 70:8.20 96:
13 99:24 100:22.23 104:4,13
108:20 110:13 113:2
**seniors** [6] 52:5.12.14 66:12 88:
20 99:4
**sense** [7] 41:24 52:25 67:20 91:6
99:16 100:13 101:3
**sent** [6] 46:18 91:4.21.23 107:3
114:1
**separate** [3] 33:25 43:4 76:5
**separately** [1] 76:2
**series** [1] 90:22
**serve** [1] 17:6
**service** [75] 1:7 3:12 4:17 7:2.22
9:6.21 10:1 11:18,22 16:1 18:17.
21 19:16.17 21:7 22:23 23:17 26:
22 35:14 37:16 39:15 44:15 48:
25 50:19 51:4,5,13 56:4 58:3 59:
17 73:14 77:10 88:13.19 90:4 96:
8 99:13 100:16.21.24 101:1,4,15,
16,18 102:12 106:11 107:4.25

135:25
thankful [1] 141:24
themselves [1] 49:10
theoretically [3] 123:24 130:7,
10
theory [3] 50:20 99:1 122:15
therein [1] 107:10 109:3
thereupon [4] 22:15 80:20 87:15
142:11
thinking [2] 93:23 102:25
third [1] 82:25
thoroughness [1] 119:23
though [3] 52:11 107:9 138:16
three [4] 46:11 89:1 102:25 103:
3
three-month [8] 104:21,25 105:
6.6.11 106:7 111:18 120:15
throughout [5] 14:10.17 92:1
102:4 126:9
throw [1] 12:21
timely [2] 77:3 114:2
title [28] 4:19,20,22 5:1 6:1 14:11.
13 27:15 33:20 45:13,22 48:7 59:
16.20 60:18 61:6 67:13 78:2 89:
15 91:7 102:12 128:3 134:8.10.
14 138:4 139:2.2
titles [19] 27:15 30:20,22 31:25
32:23 38:1.1 40:22.22 60:13 75:
5 88:25 96:8 97:7 134:6 135:5
136:4.9 137:2
today [13] 3:9.15.17 5:5.14 6:5
19:11 20:17 23:7 30:24 61:21 80:
15 141:25
together [6] 20:7 22:21 56:13 58:
9.14 130:15
tons [1] 133:19
took [4] 10:4 35:18 37:14 57:14
tool [5] 50:17.18.21 53:4 91:11
tools [2] 96:10 136:20
top [1] 54:15
total [1] 22:22
touch [1] 63:13
toward [4] 30:25 82:23 110:25
139:15
track [3] 48:9 109:24 111:17
tracked [2] 76:3 115:5
traditional [1] 113:1
trainee [36] 19:16.21 21:7.9,9 22:
23 23:4.18.19,22 24:24 25:11.13,
15 26:22 27:2.15.17.22,23 28:5
37:15.18 38:1,7 48:7 60:12 66:
23 70:22 85:10 125:3.20 126:10
127:25 128:11.18
trainees [6] 19:17 23:23 37:25
53:24 61:25 125:25
training [32] 8:21 9:5.12.14.17
10:4.8.8 24:13 25:14 26:9 27:19
28:4 31:25 33:14.15.16 34:11,16.
20 35:12 54:12.23 73:10.13 94:6
108:15 110:5 112:3.10 137:25
138:3
transcript [1] 142:4
transcription [1] 144:9
treated [1] 116:18
trips [1] 91:2
true [7] 49:11 62:23 83:8 93:2

102:12 103:8.10
truth [1] 144:6
try [4] 91:6 94:12 96:10 104:15
trying [3] 20:17 128:6.25
turn [3] 3:16 34:21 122:20
turning [1] 43:8
two [20] 10:23 14:15 22:21 42:13
45:7 46:10 93:8 103:2 104:21
105:6.25 106:7 107:16 108:3
111:18 120:15 124:24 125:5.18
126:11
type [10] 10:13 38:6 51:7 60:24 62:
8 93:22 94:6 111:22 132:12
types [1] 96:3
typical [10] 5:25 16:2 27:4 45:7
63:20 81:25 128:3 133:11 135:9.
18
typically [23] 9:22 12:3 14:9 16:
21 36:14 46:10,23 49:6 55:18 63:
22 65:17 81:18 83:6 88:14,21 91:
20 92:2 94:24 97:1 98:11 104:6
128:2,16

## U

u.s [2] 56:9 60:14
un [1] 32:21
unassembled [14] 32:19 33:6
37:9,15 38:13.21.24 40:14 43:2
135:12.15 137:3 140:12.13
unaware [1] 59:13
under [13] 17:3 52:23 56:6 63:17
89:8 109:9 111:14 115:4.23 130:
24,25 132:14 135:24
underclassman [1] 89:18
understand [15] 3:18.23 11:8 19:
25 25:8 27:21 45:18 63:7 64:24
96:7 97:3 99:11 117:9 125:4 130:
14
understandable [1] 30:5
understanding [17] 21:4 29:9
34:4 37:24 46:4 48:15 50:8 61:9.
11 68:21 72:10 103:4.13 105:13
116:11,13 122:1
understood [3] 3:20 32:5 127:5
undoubtedly [1] 52:13
unified [1] 44:7
unit [5] 15:11 18:8.24 19:1 115:
15
united [1] 1:1
universities [9] 12:13 15:20 16:
10 47:10 61:23 88:11 90:7 91:22
92:1
university [5] 13:7 15:2.5.24 95:
5
unless [3] 26:6 80:10 91:16
until [15] 3:24 11:7.12 48:6,13 54:
20 100:22.23 109:12 114:20.24
115:18 116:19 118:6.11
up [22] 14:12 30:1.16 32:16 43:3
47:11 48:1 58:23 81:24 93:8.10
95:13 96:18 97:24 101:18 103:
17 120:13.23 124:1 126:2 133:4.
8
uses [1] 105:5
using [7] 36:19 37:17 55:25 59:
10.24 84:1 136:20

## V

vacancy [2] 122:25 128:7
vaguely [2] 57:11 131:22
validation [1] 59:9
valuable [1] 83:1
varies [1] 44:22
various [9] 9:5 13:13 20:11 30:
20 52:19 54:12 55:22 56:8 95:17
vary [1] 139:1
venango [1] 12:8
verb [1] 78:15
versus [3] 56:5 66:23 67:18
veterans [2] 49:21 103:14
video [2] 90:21.25
videos [1] 91:15
videotapes [1] 90:18
views [1] 67:24
visit [2] 11:16 15:25
visits [3] 91:20 97:24 98:2
vs [1] 1:6

## W

w/attachment [1] 145:6
wait [3] 100:19.22.23
waiting [1] 101:23
walk-in [1] 133:22
walking [1] 81:25
wanted [6] 18:12 80:4 108:1 129:
15,17 134:4
wants [3] 106:3 113:22 123:20
waste [1] 66:14
wasting [1] 104:12
water [1] 4:7
way [42] 13:19,24 19:4 29:10 36:
17 45:12 46:6 47:3 63:10 65:16
70:17,22 71:4.4 72:15.20.24.25
73:8 76:22 79:10 80:12 86:17 97:
14 101:15 106:8.14 111:23 118:
13.14 120:23.25 122:19 123:18
124:4.6.7.9 128:19 133:14 135:5.
8
ways [4] 50:19 86:10 99:3 133:13
website [1] 136:6
welfare [6] 17:14.17 18:3.5.17 61:
17
western [1] 1:2
whatever [9] 19:22 22:4 78:3 89:
19 96:10 114:5.6 136:20 140:17
whenever [2] 34:9 64:22
whereas [1] 137:3
wherein [1] 117:6
whereof [1] 144:14
whether [13] 33:19.19 35:23 51:
6,16 59:22 61:24 83:22 86:7 96:
12 101:16,17 138:5
whoever [1] 110:9
whole [1] 144:6
whom [1] 57:24
wide [1] 88:22
will [89] 3:19.23 4:8 7:6 11:9 12:
21 14:6,9 16:3 17:1,6 19:12 20:7
25:10.11 29:23 30:11.12.13 32:8
35:24 36:9 39:17 41:19 42:14.15.
16 45:6.17.18 46:6,9 48:1 49:7.
17.21 62:6 66:15 71:16 72:3 75:
14.16.21.24.25 79:13 83:12 88:7,

15 89:6,6,8 96:11.22 98:23 100:
10 105:9 106:13 111:5,24 112:7
113:11,25 114:5.15.17.22.23
122:5 123:13 124:5.7.8.9 128:11
130:4 131:10 133:16.24.25 134:
2 135:18.23,23 136:1.20 139:1
142:7
william [2] 2:3 3:8
willing [1] 129:24
wind [3] 30:16 47:11 48:1
wish [1] 102:7
within [10] 10:10 50:3 55:24 59:
17 64:19 74:17 90:20 111:11
117:15 121:13
without [7] 54:16 71:21 72:9 85:
7,9 122:7 144:11
witness [14] 1:14 3:2 7:9 21:22
56:15.18 71:14 126:13 132:24
133:2 142:1,5.9 144:14
wood [2] 57:25.25
word [5] 23:22 35:9 36:20 72:3
86:22
words [8] 54:18 77:2 81:23 85:
25 94:14 97:18 100:4 124:5
work [61] 3:23 4:16,23 7:12 8:6.
25 9:2 12:16 13:25 14:2 15:16
16:9 19:11.15 20:7 27:22 30:13
41:23 51:4.5.7.9.13 52:17 53:5.
11,11 54:2,17 65:4 74:9.10.15
75:13 83:1.20 84:8,11 86:13 88:
16 94:23 95:7 97:17.19 98:3,10,
20 100:21 101:15.20 102:7 103:
17 113:7.15 118:13,15,20 121:5
127:2 128:18 130:21
worked [6] 7:11.13 8:4.8.10 90:
15
worker [8] 82:4 89:15 106:4 113:
23 116:23 117:19 120:3 129:18
workers [4] 13:11 120:8 122:17.
20
working [16] 4:22 11:2 43:25 47:
9 62:13 63:3.18 68:5 92:23 101:
9 102:9 110:23.25 114:14 128:
25 132:6
works [6] 5:16 20:18 51:4 83:10
111:21 114:13 118:17 131:24
worry [1] 30:16
worth [1] 108:10
write [1] 29:20
writing [3] 10:10 25:25 57:17
written [12] 6:2 32:24 50:9 64:20
67:16 93:12 115:18.23 140:14,
19,21 141:3

## Y

year [32] 6:14 14:14.15 15:25 16:
3.3 45:7 46:10 52:6,10 66:18 89:
18,19 90:20 94:25 94:25 95:6.10
99:24 100:9.22.23 104:4.4.13.16
106:6 108:7.9.13 113:2 120:14
years [7] 6:13 7:3 31:16 41:24 45:
7 46:11,11
yesterday [7] 20:19 32:15 37:21
49:25 54:5 139:4.20
yielding [1] 126:6
york [2] 8:10.14
yourself [6] 20:24 81:11 92:21