## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID A. DOWS ,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 04-341 Erie** |
| | : | |
| **KATHERINE E. HOLTZINGER** | : | **Judge McLaughlin** |
| **CONNER, ESQ., Chairman** | : | |
| **PENNSYLVANIA CIVIL SERVICE** | : | |
| **COMMISSION and JOHN DOE ,** | : | |
| **Defendants** | : | **JURY TRIAL DEMANDED** |

Part Six, Deposition of Charlene Kolupski, pages one through fifty inclusive

1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                       - - -

4   DAVID A. DOWS,                     )
                                       )
5              Plaintiff,              )
                                       ) Civil Action
6          vs.                         ) No. 2004-3412
                                       ) ERIE
7   KATHERINE E. HOLTZINGER CONNER,    )
    ESQ. Chairman PENNSYLVANIA CIVIL   )
8   SERVICE COMMISSION and JOHN DOE,   )
                                       )
9              Defendant.              )

10                      - - -

11          Deposition of CHARLENE KOLUPSKI

12          Friday, February 24, 2006

13                      - - -

14      The deposition of CHARLENE KOLUPSKI, called as a
    witness by the plaintiff, pursuant to notice and the
15  Federal Rules of Civil Procedure pertaining to the
    taking of depositions, taken before me, the
16  undersigned, Eugene C. Forcier, Stenographer
    Commissioner in and for the Commonwealth of
17  Pennsylvania, at the offices of the Office of Children
    and Youth of the County of Erie, 154 West Ninth
18  Street, Erie, Pennsylvania 16501, commencing at 10:40
    o'clock A.m., the day and date above set forth.
19

20                      - - -

21          COMPUTER-AIDED TRANSCRIPTION BY
            MORSE, GANTVERG & HODGE, INC.
22          ERIE, PENNSYLVANIA
            814-833-1799
23
                        - - -
24

ORIGINAL

 1  APPEARANCES:

 2       On behalf of the Plaintiff:

 3            William Taggert, Esquire
             1400 Renaissance Centre
 4            1001 State Street
             Erie, Pennsylvania  16501
 5
         On behalf of the Defendant:
 6
             Linda S. Lloyd, Senior Deputy Attorney
 7               General
             Office of the Attorney General
 8            Litigation Section
             Strawberry Square
 9            Harrisburg, Pennsylvania  17120

10       On behalf of the deponent:

11            Matthew McLaughlin, Assistant County
                Solicitor
12            Room 114 Erie County Courthouse
             140 West Sixth Street
13            Erie, Pennsylvania  16501

14                          - - -

15  ALSO PRESENT:

16       David A. Dows
         Patrice Berchtold
17
                            - - -
18
     EXAMINATION BY:  Mr. Taggert - Page 4, 87, 90
19                    Ms. Lloyd   - Page 84, 90

20                          - - -

21

22

23

24

25

 1          MR. TAGGERT:  And, first on the record, we

 2     want to get a couple of stipulations that

 3     Attorney McLaughlin and I have discussed, and

 4     Miss Lloyd is aware of.

 5          And that is, number one, we are aware that

 6     Attorney McLaughlin, who is appearing on behalf

 7     of the two deponents, and the agency, but not on

 8     behalf of the Civil Service Commission of the

 9     state, is related to Judge McLaughlin, who is the

10     judge who has the case at hand, and we have no

11     objection to his appearing, even though

12     Judge McLaughlin is the judge assigned to the

13     case.

14          Number two, by way of stipulation, we

15     agree, which I think is acceptable to Miss Lloyd,

16     that all objections, except those as to form, are

17     waived at this particular time, and can be raised

18     later if appropriate.

19          MR. McLAUGHLIN:  Are reserved.

20          MS. LLOYD:  And I do agree to that, on

21     behalf of the Civil Service Commission.

22                         - - -

23

24

25

```
 1                    CHARLENE KOLUPSKI
 2   called as a witness by the plaintiff, having been
 3   first duly sworn, as hereinafter certified, was
 4   deposed and said as follows:
 5                    EXAMINATION
 6   BY MR. TAGGERT:
 7       Q    Miss Kolupski, one, thank you for being
 8   here today.
 9            The way this works, is I ask questions, and
10   if you don't ask me to clarify them, I am assuming
11   that you understand them.
12       A    Okay.
13       Q    So if you don't understand them, don't
14   answer; instead, explain to me what's confusing you,
15   and I will work with you, until the question is one
16   you feel comfortable answering.
17       A    Okay.
18       Q    Okay?
19            If you need a break at any time today, just
20   let us know, it happens in all depositions, so it's no
21   big deal.
22            And, that having been said, and you having
23   been sworn, let's dive in.
24       A    Okay.
25       Q    You are currently an employee of the Office
```

 1  of Children and Youth; is that correct?

 2      A      Correct.

 3      Q      And just to keep the record clear, is that

 4  the current name of the agency?

 5      A      The Office of Children and Youth, yes, it

 6  is.

 7      Q      And what is your current job title?

 8      A      Director of human resources, and clinical

 9  services.

10      Q      And for your purposes, what does it mean to

11  be the director of clinical services; what job duties

12  are involved there?

13      A      I have responsibilities for two clinical

14  service units, within the organization, the truancy

15  unit, and the sexual abuse unit.

16             I'm the program director of those units.  I

17  have a supervisor of each of those units, who report

18  to me, and five caseworkers in each of those units.

19      Q      And you are also the director of human

20  resources?

21      A      Correct.

22      Q      Does that mean for the entire organization?

23      A      The Office of Children and Youth, yes.

24      Q      And when did you assume that position?

25      A      I believe in about May of 2005.  '4 or '5,

```
 1   I really --
 2       Q     Just take a moment.  Last year was 2005.
 3       A     Right.  Right.
 4             I would say 2004.
 5       Q     Who was your predecessor?
 6       A     Colleen Locke.
 7       Q     Is Miss Locke still with the agency?
 8       A     She is retired now.
 9       Q     And Miss Berchthold is here today.  Is she
10   in your chain of command, since you are in charge of
11   human resources?
12       A     Not directly.
13       Q     Prior to the positions you currently hold,
14   what position did you have with the agency?
15       A     I was the director of clinical services --
16   or, I'm sorry, ongoing services, and staff
17   development.
18       Q     And would you explain the ongoing services
19   position?
20       A     Again, I had clinical responsibility for
21   three clinical service -- direct service units.
22             In addition, had responsibility, and
23   continue to have responsibility for the staff
24   development program, within the organization, which
25   includes our student intern program.
```

    1      Q      And I believe you are aware that one of the

    2   subjects of interest today will be the student intern

    3   program?

    4      A      Correct.

    5      Q      And it is my understanding that that's one

    6   of the reasons Attorney Micella thought that you might

    7   be an eligible person to drop by today and talk about

    8   that subject; is that correct?

    9      A      Correct.

   10      Q      Now, you may be aware, that for a while

   11   Mr. Dows worked with the agency.

   12      A      Yes.

   13      Q      Are you aware of that?

   14      A      I am.

   15      Q      Did he work with you in any way?

   16      A      He was, for a brief period of time, in one

   17   of the units that I supervised -- that I was

   18   programmatically responsible for.

   19      Q      And do you recall the name of that unit, or

   20   some way we can identify it?

   21      A      The supervisor of that unit would have been

   22   Sue Deveney.

   23      Q      And in turn, Miss Deveney would have

   24   answered to you at that time; correct?

   25      A      Yes, correct.

1    Q    When did you begin having responsibilities

2    relative to the intern program?

3    A    I have had responsibilities relative to the

4    student intern program probably for about 20 years.

5    Q    A long time?

6    A    Yes.

7    Q    Okay.

8         Is that when you actually began with the

9    agency, about 20 years ago?

10    A    I have been with the agency longer than

11    that.

12    Q    When you arrived at the agency --

13    A    Uh-huh.

14    Q    -- was there already an intern program?

15    A    I actually started at the agency as a

16    student intern.

17    Q    Now, previously in this case we have had

18    some depositions down in Harrisburg, where we talked

19    to people at the Civil Service Commission, and I think

20    it's fair to say that it turned out that the Civil

21    Service Commission maintains a civil service list of

22    people who have taken an examination to be

23    caseworkers, of the type that would be hired in your

24    agency; is that right?

25    A    Correct.

 1     Q     And just for the court reporter's sake,
 2   remember, head shaking --
 3     A     Right.
 4     Q     -- is fine, but it always has to get to a
 5   yes or no eventually.
 6           And it turns out there is also an
 7   additional list, and I am not indicating it is of
 8   lesser or greater importance, but concurrently there
 9   is a list of people who have not taken an examination,
10   but have filled out a detailed application, that is
11   then evaluated, and in those depositions we called it
12   various things, but one of them is we began to refer
13   to that as the intern list.
14           Are you aware the Civil Service Commission
15   has a list of interns available for possible hiring by
16   the county agencies, like OCY?
17     A     I am aware that the Civil Service
18   Commission was a student intern list.
19           It is for hiring as a student intern.  That
20   list is for hiring as a student intern.
21     Q     Now, what do you know about how that list
22   comes to exist; what -- what happens, so that
23   particular -- now, the students to begin with, are
24   college students; is that right?
25     A     Correct.

1     Q      That we are referring to.

2            And our understanding, from the people at

3     the post in Harrisburg, is that they are typically

4     junior or senior year college students?

5     A      Correct.

6     Q      And is it required that the students be

7     majoring in social work, or related activity like

8     sociology?

9     A      Yes, it is.

10    Q      So, an English major can't just proceed and

11    get into the internship program?

12    A      Correct.

13    Q      Okay.

14           What mechanisms, that you know of, are used

15    to let students know about the existence of the

16    internship program?

17    A      We have -- at the Office of Children and

18    Youth, for an extended period of time, had ongoing

19    relationships with the area colleges, who have social

20    work programs, and as a part of that, they know we are

21    one of the agencies locally that will accept student

22    interns here, for internships.

23           We meet with them periodically, to talk

24    about our expectations, first, the types of students

25    that we are looking for, what our expectations are, in

1   terms of our internships, because they generally are
2   different than the school's requirement.
3           And we mutually, I would say, have an
4   understanding of the type of student that we hope to
5   do an internship here.
6           There is a -- there are -- there are three
7   colleges, and/or universities, in Erie, that have
8   social work programs.  Mercyhurst and Gannon have BSW
9   social work programs.
10          Edinboro University also has a BSW social
11  work program.  They are a part of a contract, I
12  believe, is how I would refer to it, with the state,
13  referred to as the CWEB program.  That is an acronym
14  for Child Welfare Baccalaureate -- let's see, C -- it
15  is Child Welfare Educational Baccalaureate program.
16      Q    And everybody just calls it CWEB?
17      A    CWEB.
18      Q    For short?
19      A    Yes.
20          So, while we bring all of the students in
21  in the same manner, and that they -- all of our
22  students are -- go through the same interview process,
23  have all of the same requirements, Edinboro, through
24  the CWEB program, does place some additional
25  requirements on their students.

1          They are required to do, prior to their
2   senior year, a 30 hour, what they refer to as a
3   prefield experience.

4          They then come into our, what we would call
5   internship program, as our Mercyhurst and Gannon
6   students would.

7          Since we are an organization that chooses
8   to use the civil service system, they are required,
9   all college students, to do 975 hours of internship.

10     Q     So, that's in the nature of an all or
11  nothing requirement; if they are going to do the
12  internship, they are agreeing to do at least 975 hours
13  of work?

14     A     At our office, yes.  That is beyond the
15  school requirement.

16          With the Edinboro students, they have made
17  a commitment to work in child welfare for one year,
18  following graduation.

19          That is not necessarily in Erie County.  It
20  is in Pennsylvania.

21     Q     Now, in addition to the three colleges and
22  universities mentioned, do you have any other ongoing
23  relationship with any other colleges or universities
24  in Northwest Pennsylvania; Slippery Rock, or
25  Allegheny, or any other schools?

1    A    Not ongoing relationships, no.

2    Q    Now, under the CWEB program --

3    A    Uh-huh.

4    Q    -- are the interns paid for this time they

5  work?

6    A    Not through the Office of Children and

7  Youth.

8    Q    Where does the money come from; from CWEB

9  itself?

10    A    It is a stipend from the state.

11    Q    And does it actually pass through the CWEB

12  program?

13          In other words, if we are tracing the

14  money, would we go to CWEB's office, and their checks

15  go to these interns?

16    A    I really am not able to speak about that

17  program, and its process.

18    Q    Do you know where CWEB gets its funding,

19  for example, the Department of Public Welfare, the

20  Department of Education?

21    A    I am not certain.

22    Q    Are you aware of a contact person, either a

23  position, or a name, within CWEB?

24    A    Yes.

25    Q    And who is that, please?

1    A    Dr. Ed Sites.

2    Q    Would you spell Sites, please?

3    A    S-i-t-e-s, I believe.

4    Q    Just the way it sounds?

5    A    Uh-huh.

6    Q    And where does Dr. Sites work?

7    A    University of Pittsburgh.

8    Q    Now, the interns who wish to come to work

9  at OCY, in an intern capacity, how do they first

10  indicate their interest in doing that; do they -- do

11  they first contact you, or CWEB, or speak to maybe a

12  counselor in their own department in the university?

13    A    They would speak to a professor, an advisor

14  through their program.

15    Q    Are you aware of a name of a contact person

16  at any of these three schools, Mercyhurst, Gannon or

17  Edinboro?

18    A    My contact people would be, at Mercyhurst,

19  Laura Lewis.

20        At Gannon, Charles Murphy.

21        And at Edinboro, either Donna Hixon,

22  H-i-x-o-n, or Allen -- I am forgetting his last name

23  at the moment.

24    Q    Did these people, in each instance, work in

25  the social work department?

1      A      Yes.

2      Q      Of the particular schools.

3             So, would it be accurate that the majority

4   of the time, in your experience, the students have

5   first talked about these matters with their

6   professors, and these contact people that we have just

7   talked about?

8      A      Yes.

9      Q      And they are knowledgeable in the CWEB

10  program, and how it works, and what students should

11  do, if they want to try to move into an internship

12  situation?

13     A      Yes.

14     Q      As I understand it, what steps does the

15  proposed intern, that wishes to be an intern, have to

16  then take; what paperwork do they have to fill out,

17  who do they have to approach?

18     A      At the school?

19     Q      Well, let's start at the schools.

20            Do they fill out anything for the school,

21  or do they go directly to the civil service form?

22     A      My understanding is that there is an

23  application for field, that they complete at the

24  educational institution.

25     Q      Does that application, or a copy of it,

 1  then go to the Office of Children and Youth?

 2      A     We request that as a part of the

 3  information that we want to see from them, yes.

 4      Q     So, would it be correct that for each

 5  proposed intern who wants to come to OCY Erie, that

 6  there is a packet of materials that are completed by

 7  the student, and possibly other people have to do

 8  components, recommendations and so forth?

 9      A     Correct.  Uh-huh.  Yes.

10      Q     And at some point, does all, or part of

11  that packet go to the Civil Service Commission?

12      A     I really am not certain of whether that

13  gets to civil service, or if that's maintained in our

14  offices, and available to them, if necessary.

15      Q     Now, in our discussions, the depositions

16  with some of the workers at Civil Service Commission,

17  it does seem that at some point the Commission

18  actually puts together lists of available interns.

19      A     That's correct.

20      Q     People who want to be?

21      A     Uh-huh.

22      Q     So, does it sound accurate to you, that at

23  least some portions of these packets make it to civil

24  service, so they can maintain these lists?

25      A     Yes.  They do need to complete a civil

 1  service application, and specifically, I cannot tell
 2  you what they are required to attach, but there are
 3  things that they must attach to the civil service
 4  application.

 5      Q      Now, was I correct earlier, when I
 6  suggested, in a question, that mainly these are junior
 7  and senior level college students completing these
 8  packets?

 9      A      Yes.  I believe civil service requires that
10  they must minimally be a junior, in their educational
11  program.

12      Q      In your experience, do the majority of the
13  students try to time this in their education, so that
14  they are performing their internship in their senior
15  year?

16      A      That is the requirement of the school.  It
17  usually is the final part of their educational
18  experience.

19             So that that occurs generally at the
20  completion of their academic careers.

21             Usually, the final semester, or final year.

22      Q      So, this activity, for the interns,
23  generally, not always, but falls in the second
24  semester, final semester of their senior year, if
25  possible?  Is that right?

1    A    Again, each school differs in how they
2  do -- how -- what their requirement is, for the field
3  experience.
4              Sometimes it's the last two semesters,
5  sometimes it's the last semester.
6              Mercyhurst is on a trimester system, not a
7  semester system, so I believe it's their final two
8  trimesters.
9    Q    Now, among these three schools, at all of
10  them is the student in an internship program
11  concurrently still doing class work usually, or by
12  that time is the person pretty much working full time
13  as an intern in the agency?
14    A    It varies from school to school.
15              Gannon students do what they refer to as a
16  concurrent field placement.
17              Meaning, that they are in the field a
18  certain number of hours a week, and in a classroom a
19  certain number of hours a week.
20              Mercyhurst does a combination.  Their
21  second trimester they are in the field as well as in
22  the classroom, and in their final trimester they are
23  primarily in the field.  They have a class, which is
24  referred to as senior seminar, which is related to
25  their field experiences.

1          With Edinboro, it is their final semester,
2  and it is, what we would refer to as a block field
3  experience, meaning that they are in the field
4  30 hours, approximately 30 hours a week, and then they
5  have what is referred to as a senior seminar, one
6  class.  That again, is related to the field
7  experience.

8          Certainly, there are, you know, sometimes
9  exceptions, where a student may need to take an
10 additional class, but that's not the prescribed way
11 that the field is done.

12     Q     In your experience, with these three
13 schools, are most of the students traditional
14 students, by which I mean, they are students who have
15 gone from high school, pretty much directly into
16 college, and have been going through college straight
17 through?

18     A     The students that we take into our
19 internship?

20     Q     Who wind up in these internship programs,
21 through these three colleges we have been talking
22 about?

23     A     At our office?

24     Q     Yes.

25     A     I would say that it is probably 50/50

1 combination of traditional and nontraditional

2 students, here at the Office of Children and Youth.

3      Q      And would it be fair to say that the

4 nontraditional people can be highly individualized, in

5 their stories?

6      A      Yes.

7      Q      Different ages, different prior

8 backgrounds, and so forth?

9      A      Uh-huh.  Absolutely.

10      Q      Now, what is the relationship, if any,

11 between people progressing through the internship

12 system successfully, completing all of their hours and

13 presumably meeting the minimal or better requirements,

14 and their then being hired by the agency?

15      A      I'm sorry, can you ask me again?

16      Q      Sure.

17           If a given student carries out all of the

18 hours, performs adequately, and wishes at the end of

19 all of that to work for OCY, is the individual

20 guaranteed a job, probably going to receive the job,

21 what are the possibilities of that individual then

22 moving into a caseworker 1 position, from the

23 internship?

24      A      An intern is never guaranteed a position

25 here within the agency.

1    Q    In your experience, of those people who
2  successfully complete their internship, and desire to
3  work for OCY as a caseworker, do the great majority of
4  them in fact obtain positions with OCY?
5    A    Upon successful completion of an
6  internship, an interview process, yes, a high number
7  of our interns are hired into caseworker 2 positions.
8    Q    And, at very roughly, in other words, I
9  want you to feel comfortable with your answer, don't
10  try to come up with precision, when you say a high
11  number, would you say, you know, it is 50 percent,
12  75 percent; what percentage of people who have
13  completed their requirements, and interviewed
14  successfully, then seem to be hired as OCY
15  caseworkers?
16    A    Certainly more than 50 percent.
17    Q    Now, you mentioned that they are hired as
18  caseworker 2's.
19    A    Yes.
20    Q    Is there also a category called
21  caseworker 1?
22    A    Yes, there is.
23    Q    Why -- since they have been, quote, just
24  interns, and if that's fair to interns but, you know,
25  from a lay, outsider's viewpoint --

```
 1      A      Sure.

 2      Q      -- why is it that they begin as

 3  caseworker 2's as opposed to caseworker 1's?

 4      A      I don't know that I can answer that

 5  question in great depth, other than to say that as

 6  a -- the Civil Service Commission says, that once they

 7  have completed their internship successfully, they are

 8  to be promoted to the status of caseworker 2.

 9      Q      So if we use a hypothetical graduating

10  senior --

11      A      Uh-huh.

12      Q      -- who has done all of the right things in

13  the training program --

14      A      Uh-huh.

15      Q      -- interviewed well, seems to have the

16  right attitude for the job --

17      A      Uh-huh.

18      Q      -- and that person were hired, that

19  individual's first pay grade, with OCY, as before they

20  have been paid under this other program, would be as a

21  caseworker 2?

22      A      That's correct.

23      Q      Is that correct?

24             Do caseworker 2's make more money than

25  caseworker 1's, per hour, per --
```

1      A      Starting salary, yes, uh-huh.

2      Q      Now, once an individual is a caseworker 2,

3   is he or she being paid out of the same funds as the

4   caseworker 1's?  In other words, the money all comes

5   from the same place?

6      A      I really do not deal with the fiscal end of

7   business here.

8             But, generally speaking, I would say yes.

9      Q      Now, there is also the so-called merit

10  testing, to be a caseworker; is that right?

11     A      Uh-huh.

12     Q      And that system is run by the civil service

13  authorities, the Commission; is that right?

14     A      Yes.

15     Q      Okay.

16            Have you had occasion to hire people who

17  came off of that list?

18     A      Yes, I have.

19     Q      How is the decision made, here at OCY, over

20  the past couple of years, to ask for the merit list,

21  in order to hire from it?  You know, you have your

22  interns, that you hope to hire some people from?

23     A      Uh-huh.

24     Q      And then, when does the agency decide, and

25  what standards are used, to ask the Commission for the

1    merit list?

2        A        I would say it depends on a number of

3    factors.

4        Q        Okay.

5        A        It certainly depends on the number of

6    openings, vacancies, we have to fill.

7                 It depends on the number of student interns

8    that we believe would be appropriate to fill

9    vacancies.

10               If we have vacancies, and students that

11    have met the grade, and are capable of doing the work,

12    they will be hired.

13               If we have additional vacancies, we will

14    request the civil service list.

15               If we have students who are available for

16    hire, and we do not feel have met the grade, we will

17    not hire them, and we will request the civil service

18    list.

19        Q        I want to make sure I am assimilating the

20    information correctly, from you, so I am trying to

21    check off with you.

22        A        Uh-huh.

23        Q        Does OCY begin with looking for a given

24    number of slots, you know, that you will need, for

25    example, 20 caseworkers at a given time frame, and is

1  your first hope that you will be able to fill these

2  positions out of qualified people from the trainee

3  program, from the intern program?

4       A     I'm not totally understanding your

5  question.

6       Q     Okay.

7             I sense that you are saying there was a

8  preference to first hire the trainees, if they met all

9  of the requirements.

10            MR. McLAUGHLIN:  Objection to the question.

11            You may answer.

12            MR. TAGGERT:  I will withdraw that.

13  BY MR. TAGGERT:

14       Q     What standards does the agency look at,

15  deciding whether to look first to fill a position out

16  of the trainee, or intern group, as opposed to looking

17  to the civil service merit list?

18       A     If we have student interns who have

19  performed well in their placement, and we believe they

20  are capable of doing the job, and we have a vacancy,

21  we will interview our students, and if they meet our

22  criteria, they will be hired.

23       Q     And then, if there were still slots

24  remaining, that you needed to fill, what steps would

25  you take?

1    A    We would then request a civil service list.

2    Q    What are the reasons that the agency would

3  look first to the trainee intern group, and then

4  secondarily, to the civil service list group?

5    A    The civil service student intern

6  classification was created by civil service to recruit

7  and retain qualified staff in child welfare, and

8  mental health service; for our purposes, child

9  welfare.

10        That is the intent of the classification.

11        It gives the agency -- and I believe they

12  speak of this in their bulletins, it gives the agency

13  the opportunity to see if these individuals are

14  capable of doing the work, and it gives the individual

15  the opportunity to determine if this is the type of

16  work they would like to do.

17        So that we have some experience with these

18  individuals, some knowledge, and some sense of whether

19  or not they can perform the job.

20        Additionally, we have had them for

21  975 hours, they have knowledge and experience of the

22  agency, knowledge and experience of the type of

23  services that need to be provided, the client

24  population, et cetera.

25        And they have actually been in a 975 hour

1  training period.

2         So that once they would be hired, they

3  would be able to assume more responsibilities, more

4  quickly, than someone that has not been a part of the

5  organization for the last six-month period of time,

6  and has not had that education, training, and

7  on-the-job experience, and that is the intent of the

8  program.

9      Q    If an individual, in this example, had

10 taken the civil service exam, and had the requisite

11 prior college training, had been a sociology, or

12 social work major, that sort of thing, is there a

13 track or option for someone like that to enter into

14 the training program?

15     A    The student intern program?

16     Q    Yes.

17     A    Not to my knowledge.

18     Q    So, you haven't encountered an example of

19 that happening?

20     A    Correct.

21     Q    On a practical level, the people who start

22 out as caseworker 1's, are being paid slightly less

23 than the caseworker 2's; is that right?

24     A    Right.

25     Q    And the caseworker 1's would typically be

1  the people who come off the civil service merit list?

2      A      Not normally.  We normally hire, if we go

3  to a list, we normally hire off of the caseworker 2

4  list.

5      Q      So, even under the competitive exam list,

6  there is caseworker 1 list, and caseworker 2 list?

7      A      That's correct.

8      Q      And your preference is to go, if possible,

9  to the caseworker 2 list?

10     A      Correct.

11     Q      Is that right?

12            What is your understanding about the

13  differences in how those two lists are put together,

14  so that you have a preference for the caseworker 2

15  list?

16     A      There is a difference in terms of

17  knowledge, experience and education between the

18  caseworker 1 and the caseworker 2 list.

19            The caseworker 2 list requires generally a

20  social work degree.  If not a social work degree, it

21  requires a degree of related field, with some

22  experience.

23            And so, our preference to hire from that

24  list, would be that we would have -- we would be

25  hiring people with the type of degree that fits the

1  organizational need, or has had some work in the

2  social work field, not child -- necessarily child

3  welfare.

4          And, so, they would have some experience,

5  not necessarily child welfare experience.

6      Q    So, would it be the case in your

7  experience, that sometimes people who are on the civil

8  service merit list, through their professional

9  experiences, may have experience that makes them as

10  likely to succeed, as the interns that you have had?

11      A    I really don't --

12          MR. McLAUGHLIN:  Objection to the form of

13      the question.

14      A    -- know that I can answer that question.

15      Q    Have there been times where you have hired

16  off the civil service list, before turning to the

17  interns, to see if there are enough people to fill

18  your available positions?

19      A    Not to my recollection.

20      Q    What rate of pay do the student interns

21  receive, for their time, their work?

22      A    Again, that would vary.

23      Q    Oh, it's different, with --

24      A    Well, again, we do not pay Edinboro

25  students, who are part of the CWEB program.

1    Q    Now, they are still paid, but they are paid
2  by CWEB?
3    A    They are not paid.  They receive an
4  academic stipend.  Like a fellowship, or an
5  assistantship.
6         More like a fellowship, I guess, or a
7  scholarship, I guess, is more what I would refer to
8  that.
9         It is not a payment, that they receive.
10    Q    So that I understand it correctly, I am
11  just trying to check off with you --
12    A    Uh-huh.
13    Q    -- the Edinboro students would receive some
14  flat sum of money?
15    A    Correct.
16    Q    Whatever the school chooses to call it, it
17  would be a one fixed amount, for all of their work?
18    A    Uh-huh.
19    Q    But that would still come through
20  CWEB?  That would still pass from that, coming through
21  that funding stream?
22    A    That comes from the contract, yes.
23    Q    While Mercyhurst and Gannon use an hourly
24  payment rate?
25    A    Correct.

1    Q    And as to those two schools, how much do
2  they pay per hour?

3    A    Currently, it is $9 an hour.

4    Q    When individuals are functioning as
5  interns, do they have any fringe benefits of any kind?

6    A    No.

7    Q    Healthcare, anything like that?

8    A    No.

9    Q    And did they have -- if they are not
10  accepted for a position, do they have any sort of
11  internal appeal process, you know, within either OCY,
12  or their individual college, to challenge that?

13    A    Not that I am aware of.

14    Q    So you have never seen an example of that?

15    A    Nope.

16    Q    Now, if an individual has completed the
17  training process you have described today, and then
18  been hired to be a caseworker 2 --

19    A    Uh-huh.

20    Q    -- does that same individual go into a
21  probationary status, as a caseworker 2?

22    A    Not upon successful completion of the
23  student intern program.  They are promoted to
24  caseworker 2 per civil service regulations, with
25  permanent status.

1    Q    From the beginning?

2    A    Because their internship is considered, for

3  all intents and purposes, their probationary status.

4    Q    Got it.

5         Now, if individuals are hired off the civil

6  service list, and begin as a caseworker 2, those

7  individuals would be subject to a probationary period?

8    A    Correct.

9    Q    And how long would that period be?

10    A    For the caseworker 2, it would be six

11  months.

12    Q    During that period, are the caseworker 2's

13  paid a lesser sum, because they are on probation, and

14  then when they succeed, and go off probation, will

15  they receive a raise?

16    A    I do not believe so.

17    Q    And what's your understanding, in this

18  context, for caseworker 2's, off the civil service

19  list, of the meaning of being on probation?

20         For just suggestively, does it mean they

21  can be fired without any hearing, or for any cause;

22  what is your understanding of the caseworker 2's being

23  on probation?

24    A    My understanding is that certainly we would

25  have to have some reason to believe that they wouldn't

1  be making the grade, wouldn't be able to do the work

2  but, yes, that they could be terminated in that period

3  of time.

4       Q       Have you ever had occasion to ask the Civil

5  Service Commission to remove somebody from the civil

6  service list?

7       A       Myself, personally?

8       Q       First, you, personally?

9       A       No.

10      Q       Have you been aware of situations, say in

11  the last five years, where OCY requested a person or

12  persons be removed from civil service lists?

13      A       Yes.

14      Q       And what names come to mind?

15      A       Mr. Dows.

16      Q       Do any other names come to mind?

17      A       No.

18      Q       Did you initiate that effort to remove

19  Mr. Dows from the civil service list?

20      A       Did I?

21      Q       Yes.

22      A       As an individual?

23      Q       Yes.

24      A       No.

25      Q       Do you know who the moving party was,

 1   within OCY, to request to the Civil Service Commission

 2   that Mr. Dows be removed from the civil service list?

 3        A      I don't know specifically.

 4        Q      Do you know certain names and you are

 5   confident that one or more of those people was

 6   involved?

 7        A      Normally, that type of action would stem

 8   from the executive director of the organization.

 9        Q      In 2004, who was the executive director?

10        A      Debbie Liebel.

11        Q      Is Miss Liebel no longer with the

12   organization?

13        A      She is no longer employed here, correct.

14        Q      And do you know where she is employed now?

15        A      No, I do not.

16        Q      Do you know if she resides in Erie County?

17        A      I believe she does.

18        Q      Were you asked to participate, in any way,

19   in the request to the Civil Service Commission to

20   remove Mr. Dows from the civil service list?

21             MR. McLAUGHLIN:  I am going to object to

22        this line of questioning, and I will just put a

23        continuing objection, so I don't interrupt you on

24        a regular basis.

25             But my understanding is that OCY's alleged

 1      involvement, in asking -- or requesting Mr. Dows

 2      be removed from the civil service list, there has

 3      been a settlement on that issue.  They have paid

 4      moneys, and a release has been executed by the

 5      parties, and in terms of the lawsuit against the

 6      Civil Service Commission, I'm having a tough time

 7      understanding how OCY's involvement, or alleged

 8      involvement in asking that Mr. Dows be removed

 9      from the list, is in any way, shape or form

10      relevant to this litigation.

11          But I will put a continuing objection on

12      the record, to that line of questioning, allow

13      her to answer, just so we have an understanding

14      that the objection has been preserved, and not

15      waived.

16          MR. TAGGERT:  And as a point of

17      information, just as I have been laboring with

18      these materials longer than you have, there are

19      two fairly distinct clusters of events, and one

20      of them led to the settlement that you mentioned

21      a moment ago, and then prior in time there had

22      been, under civil service regulations, a request

23      from OCY to remove Mr. Dows, that was objected to

24      by Mr. Dows, and eventually, as part of other

25      proceedings, but Mr. Dows wasn't lost in the

1      shuffle, the Commission declined to remove him,

2      and in fact, ordered that he be hired.

3           And that was the cluster of events, prior

4      to the one that occurred later, and was settled.

5           But I understand that your objection is

6      continuing.

7    BY MR. TAGGERT:

8      Q     In the request, that -- to the Commission,

9    that Mr. Dows was to be removed, were you asked to

10   provide any input to that decision; you know, were you

11   asked for your opinion, or facts, or -- to do anything

12   to support that request?

13     A     I don't remember anything specifically.

14     Q     And later, there was a hearing that

15   involved a number of issues, but one of them was that

16   request, it was held in Pittsburgh, Pennsylvania.  Did

17   you appear at that hearing, or testify at that

18   hearing?

19     A     No, I did not.

20     Q     If an individual has become a caseworker 2,

21   because he or she has come through the internship

22   system successfully, and then you later decide the

23   individual's work is not successful, what -- and you

24   are not able -- the individual isn't able to fix it,

25   after guidance, and after counseling, and so forth --

1       A       Uh-huh.

2       Q       -- what steps do you have to do, to remove

3   a caseworker 2, for poor performance?

4       A       Again, I'm not exactly certain what it is

5   that you are asking me.

6       Q       Well, you may recall that earlier I learned

7   from you that when an individual has been a successful

8   intern --

9       A       Uh-huh.

10      Q       -- and is hired as a caseworker 2, he or

11  she is deemed to have already been through the

12  probationary period?

13      A       Uh-huh.

14      Q       There is no ongoing probation?

15      A       Uh-huh.

16      Q       So if you, or other supervisors, then

17  become dissatisfied with that individual's work, and

18  after counseling, and whatever other positive

19  interventions there are, the person's work does not

20  improve adequately, what does OCY have to do,

21  procedurally, to try to remove that individual, if he

22  or she won't leave voluntarily?

23      A       Well, we could terminate their employment.

24              I --

25      Q       And it would then be subject to whatever

1   rights that person might have, under the civil service

2   rules?

3       A       Civil service, or we do have a collective

4   bargaining unit, that our caseworkers belong to, and

5   so they would have a grievance procedure, either

6   through civil service, or through the collective

7   bargaining unit.

8       Q       Now, when the people are serving as

9   interns, they are not considered part of the

10  collective bargaining unit; is that right?

11      A       Correct.

12      Q       And then they are, once they become

13  caseworker 2's?

14      A       Yes.

15      Q       And when people are hired off the civil

16  service list, they begin in a probationary status; is

17  that right?

18      A       Correct.

19      Q       And in that status, is it correct that they

20  are considered members of the union, but don't have

21  access to the grievance process until the probationary

22  period is over?

23      A       I don't believe that's correct.

24      Q       So, a caseworker 1, as you understand it,

25  can grieve any grievable topic --

```
 1      A       Uh-huh.

 2      Q       -- once he or she is employed?

 3      A       Yes.

 4      Q       And that could include disciplines, and/or

 5  termination?

 6      A       Correct.

 7      Q       Even before the termination -- even before

 8  the probationary period is expired?

 9      A       I believe that's correct.

10      Q       Okay.  Now, you mentioned you personally

11  were an intern, once upon a time?

12      A       Yes.

13      Q       Do you know, was the funding source the

14  same back then?

15      A       No, there was not -- there was no funding

16  source.  The Office of Children and Youth has a long

17  history of taking student interns, as most

18  organizations, most social work organizations do.

19              I was an unpaid intern.

20      Q       The less desirable form, from a student's

21  viewpoint?

22      A       There was no program to pay student

23  interns.

24              But it was always the intent of the

25  organization, again, to train those individuals, and
```

 1  to hire them, if possible, through appropriate civil

 2  service means.

 3      Q      And when interns weren't paid, at the end

 4  of the internship, if it was successful, back then,

 5  did they become caseworker 2's?

 6      A      At the time that I completed my internship,

 7  there were different civil service classifications.

 8          Again, you would -- because there was no

 9  intern program through civil service, whether you did

10  an internship or not, you had to take the civil

11  service test.

12          I believe it was in 1988, that the Civil

13  Service Commission created the student intern

14  classification.

15      Q      Do you know what caused the change at that

16  point in 1988, in the development of the paid program?

17      A      The -- again, I can give you my opinion.

18          I don't know factual.

19          I mean --

20      Q      What's your opinion, as to why that

21  happened?

22      A      My opinion is, and again, as -- I have

23  worked through the system, child welfare has a high

24  turnover rate, often times it is difficult to get

25  qualified people who want to work in the field, and so

1   it was an attempt on the part of civil service to

2   assist county agencies in recruitment, and retention,

3   and I do believe their bulletin speaks to that piece

4   of it.

5           And, that it sometimes, what would

6   happen -- well, what would happen prior to the civil

7   service classification, if an individual completed an

8   internship, they would have to do a -- they would have

9   to take the civil service test.

10          And, there, I believe, that there could

11  have been times when they, the agencies -- and I am

12  not -- I am talking generally, in Pennsylvania -- had

13  interns that they wanted to hire, and because of

14  numbers of people on the list, et cetera, and numbers

15  of vacancies, they may not have been able to hire

16  those people.

17      Q     So if I understand correctly, it is your

18  belief that approximately prior to 1988, you are not

19  guaranteeing that date, that there was some time where

20  students would complete an internship, but then have

21  to take a competitive merit style civil service

22  test --

23      A     Correct.

24      Q     -- and actually sit for an exam, just like

25  everybody else, and fill it out?

1      A      Correct.

2      Q      And did you know, did those students have

3   the benefit, if applicable, of a veterans preference?

4      A      Yes.

5      Q      And, so, the employers -- and the proposed

6   employers would be OCY's, and mental health agencies,

7   and area agencies on aging?

8      A      Yes.

9      Q      -- could then face the problem that their

10   interns may not have been under the Rule of 3, as they

11   call it, available to be hired?

12      A      That occurs on our student intern list

13   currently.  I mean, we have to follow those civil

14   service rules, to bring the student into our program,

15   from that civil service list.

16             We have to follow, you know, the Rule of 3,

17   the veterans preference, et cetera, when we are

18   bringing interns in.

19      Q      Right.

20             Even on the student intern list?

21      A      On the student intern list.

22             So those criteria apply to the students at

23   some point in time.

24      Q      But at least all of the people on your

25   current version of the student service list, have been

 1  through the kind of training program we have been
 2  discussing today?

 3      A      We have had students that have appeared on
 4  our list, that we have had to interview, because we
 5  have not had knowledge of them through colleges,
 6  through the particular contact people at the colleges
 7  and universities.

 8      Q      Can you give me -- just because I am trying
 9  to conceptualize that.

10      A      Uh-huh.

11      Q      Can you give me an example, no name
12  required --

13      A      Uh-huh.

14      Q      -- let's say, Mr. or Miss X went through
15  the program, but somehow there wasn't enough knowledge
16  of what the person was like, or what their work was
17  like; in other words, what piece of the puzzle is
18  missing for you?

19      A      I don't believe that's what I am saying.

20      Q      I am trying to understand you.

21      A      What I am saying is that while we do
22  recruitment with the schools, there are individuals
23  who become aware of the student intern classification,
24  through civil service postings, perhaps through their
25  academic program, they actually do the paperwork,

 1  apply to get on the student intern list.

 2          When we request the list, their name

 3  appears.  We need to interview those individuals, as a

 4  part of the process.

 5      Q    So, if -- and, for example, in earlier

 6  depositions, Bloomsburg State was mentioned as a

 7  school that had a strong social work program.  If

 8  students originated from other locations, you might

 9  have less data about them and, therefore, you would

10  feel the need to personally interview them, if they

11  had come up on the intern list?

12      A    We interview all of our students, prior to

13  bringing --

14      Q    No matter where they came from?

15      A    That's correct.

16          And we have to interview all students that

17  would show up on an interview list -- on a civil

18  service list, and we would have to follow the civil

19  service rules.

20      Q    On the intern civil service list, are you

21  allowed to give any preference to people who have

22  attended these local schools --

23      A    No.

24      Q    -- where you have a strong relationship?

25      A    Not to our knowledge.

1          We are required to follow the civil service

2    rules, the Rule of 3, the veterans preference,

3    et cetera.

4          Q    Are you allowed to give any preference to

5    the people actually living, the interns actually

6    living in Erie County, and does that get them hired

7    ahead of people from Bucks County, or something?

8          A    If they want to do an internship here, we

9    have to follow the civil service rules.

10         Q    Period?

11         A    There is no -- correct.

12         Q    Do you find that, is it fairly rare to have

13    people applying from out of the region, for the intern

14    program?

15         A    To show up on our civil service list?

16         Q    On the intern civil service list?

17         A    Well, again, we request a list.

18              I mean, generally, lists come from people

19    who want to be employed in Erie County.

20              So, if there would be someone -- has it

21    happened that we have received other counties?  No.

22    But we have received other students, and we have hired

23    them as student interns, that we did not have a prior

24    knowledge of.

25         Q    Now, your experience, as you said, goes

1    back to a time when even people who have taken the

2    intern -- gone through an internship successfully,

3    still had to sit for the competitive exam?

4         A      Uh-huh.

5         Q      Is that right?

6                And did you personally have that

7    experience?

8         A      Yes, I did.

9         Q      Did you sit for the exam?

10               Looking at it, as professionally, and as a

11   manager, what did you see as the drawbacks of that

12   system?

13               In other words, do you see any negative

14   aspects of having the interns actually take the

15   competitive exam?

16               MR. McLAUGHLIN:  Object to the form of the

17        question.

18   BY MR. TAGGERT:

19        Q      In your experience, have you observed any

20   problems in having interns take the competitive exam?

21        A      I don't know that any examination gives you

22   information as to whether or not someone can work in

23   child welfare, and so I guess that would be the

24   negative aspect.

25        Q      Have you ever been involved, in any way, in

 1  helping develop, or shape, or critique the civil

 2  service exam for caseworkers?

 3      A      I have not.

 4      Q      Have you ever been informed by the Civil

 5  Service Commission what standards they look for, and

 6  what they are trying to do, in putting together the

 7  civil service exam for caseworkers?

 8      A      Minimally.

 9      Q      And how did you learn about that?

10      A      Basically, through their requirements of

11  the criteria for hire.

12             I know that the Civil Service Commission is

13  trying to make some changes to accommodate the needs

14  of local agencies.

15             And again, I can only speak of child

16  welfare, because I think that there have been concerns

17  about the individuals that have taken the civil

18  service exam, and not fit into the field.

19             And I speak of that more from other

20  counties' experience.

21             Or they do not have individuals available

22  on a civil service list, that are interested in

23  working in their counties.

24             And so, that the Civil Service Commission

25  has, to my knowledge, been trying to address those

 1  issues with the counties.

 2      Q     If you know, are there proposed changes

 3  pending in the civil service test, for caseworker?

 4      A     I believe that I just received an e-mail,

 5  within the last month, that they are looking at

 6  changing the questions of the civil service test for

 7  caseworker, and have requested input -- have requested

 8  input from the counties.

 9          MR. McLAUGHLIN:  Off the record for just

10      one moment.

11          (Discussion off the record.)

12          (Recess taken.)

13  BY MR. TAGGERT:

14      Q     We are back after a little break.

15      A     Uh-huh.

16      Q     Question:  Have you ever had occasion to

17  suggest to interns, for caseworker positions, that

18  additionally they take the competitive civil service

19  exam, you know, as a way of having another way they

20  might get to their goal?

21      A     I do believe there have been times when we

22  have done that.

23      Q     Now, would it be correct, in terms of

24  comparing and contrasting people who come in through

25  the intern program, as opposed to coming off the

 1  competitive civil service list, that with the civil
 2  service list people, the competitive exam list, the --
 3  your agency then still needs to put them through
 4  various formal training components; is that right?
 5      A     Coming off of the civil service list?
 6      Q     Correct.
 7      A     Yes.
 8      Q     And these are provided at OCY's expense; in
 9  other words, whatever trainings are provided --
10      A     Correct.
11      Q     -- are paid for?
12            And, it's my understanding, just from
13  hearing the -- the stories, and doing the case, that
14  the OCY employees may have to go off-site, to Warren,
15  or Franklin, or Meadville, or whatever, for some of
16  the components of their training, that they may --
17      A     The state training program, correct.
18      Q     Now, when these employees go to the state
19  training programs, is the state paying all of the
20  costs of the programs, so that your agency doesn't
21  have to pay toward the tuition, or fees, to attend the
22  program?
23      A     They pay for the delivery of the training.
24      Q     Okay.  The actual trainers, and the rental
25  of the location where they are teaching?

```
1       A       Correct.

2       Q       But OCY has to pay for travel?

3       A       Travel.

4       Q       And if there are overnight needs

5       A       Correct.

6       Q       Then there could be food or lodging issues

7  as well?

8       A       Uh-huh.

9       Q       Plus you are actually paying the person by

10  the hour --

11      A       Correct.

12      Q       -- to be at the training?

13      A       Correct.

14      Q       So would it be fair to say, that for some

15  period, after a caseworker off the civil service

16  competitive list starts, he or she has a portion of

17  time used up with this in-house education, that's

18  necessary?

19      A       Some of it is in-house, some of it is

20  delivered by the state, correct.

21      Q       And, is there a rough hour figure, that

22  goes with that; you know, so many hours, or hundreds

23  of hours of training are to be provided to a new

24  caseworker?

25      A       The state program current -- well -- well,
```