IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. DOWS , | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 04-341 Erie |
| | : | |
| KATHERINE E. HOLTZINGER | : | Judge McLaughlin |
| CONNER, ESQ., Chairman | : | |
| PENNSYLVANIA CIVIL SERVICE | : | |
| COMMISSION and JOHN DOE , | : | |
| Defendants | : | JURY TRIAL DEMANDED |

Part eight, Deposition of Patrice Berchtold,  pages one through forty eight inclusive

```
1            IN THE UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                        - - -

4   DAVID A. DOWS,                      )
                                        )
5             Plaintiff,                )
                                        )  Civil Action
6        vs.                            )  No. 2004-3412
                                        )  ERIE
7   KATHERINE E. HOLTZINGER CONNER,     )
    ESQ. Chairman PENNSYLVANIA CIVIL    )
8   SERVICE COMMISSION and JOHN DOE,    )
                                        )
9             Defendant.                )

10                       - - -

11           Deposition of PATRICE BERCHTOLD

12              Friday, February 24, 2006

13                       - - -

14        The deposition of PATRICE BERCHTOLD, called as a
    witness by the plaintiff, pursuant to notice and the
15  Federal Rules of Civil Procedure pertaining to the
    taking of depositions, taken before me, the
16  undersigned, Eugene C. Forcier, Stenographer
    Commissioner in and for the Commonwealth of
17  Pennsylvania, at the offices of the Office of Children
    and Youth of the County of Erie, 154 East Ninth
18  Street, Erie, Pennsylvania  16501, commencing at 1:18
    o'clock A.m., the day and date above set forth.
19

20                       - - -

21          COMPUTER-AIDED TRANSCRIPTION BY
              MORSE, GANTVERG & HODGE, INC.
22                 ERIE, PENNSYLVANIA
                     814-833-1799
23
                         - - -
24

25
```

ORIGINAL

```
 1  APPEARANCES:

 2        On behalf of the Plaintiff:

 3              William Taggert, Esquire
                1400 Renaissance Centre
 4              1001 State Street
                Erie, Pennsylvania  16501
 5
          On behalf of the Defendant:
 6
                Linda S. Lloyd, Senior Deputy Attorney
 7                General
                Office of the Attorney General
 8              Litigation Section
                Strawberry Square
 9              Harrisburg, Pennsylvania  17120

10        On behalf of the deponent:

11              Matthew McLaughlin, Assistant County
                  Solicitor
12              Room 114 Erie County Courthouse
                140 West Sixth Street
13              Erie, Pennsylvania  16501

14                            - - -

15  ALSO PRESENT:

16        David A. Dows

17                            - - -

18  EXAMINATION BY:  Mr. Taggert - Page 3, 46
                     Ms. Lloyd   - Page 41
19

20                            - - -

21

22

23

24

25
```

```
 1                   PATRICE BERCHTOLD
 2  called as a witness by the plaintiff, having been
 3  first duly sworn, as hereinafter certified, was
 4  deposed and said as follows:
 5                   EXAMINATION
 6  BY MR. TAGGERT:
 7       Q    Well, ma'am, you were here through the
 8  earlier testimony today; is that right?
 9       A    Yes.
10            MR. TAGGERT:  And we are continuing with
11       the same stipulations we had at the beginning of
12       the prior deponent's testimony.
13       Q    I want to remind you, that if you don't
14  understand the question, do not answer it.
15       A    Okay.
16       Q    But instead, talk to me about what the
17  confusion is, until we reach an understanding where
18  you feel confident that you understand the question.
19            Okay?
20       A    Okay.
21       Q    And if you need a break, just let us know.
22       A    Okay.
23       Q    And this involves a case that is not
24  against your agency, it is not against you, and it has
25  to do with the state Civil Service Commission, but
```

 1    there are certain facts that may be in your

 2    possession, and that of the agency, that may be

 3    relevant to that case, and that's why we are talking

 4    about these matters today.

 5              First real basics, what is the proper

 6    pronunciation for me to use of your name?

 7        A    Patrice Berchtold.

 8        Q    Berchtold.  Thank you.

 9              I will try to get it right, as we go.

10              And, what is your current position with the

11    agency?

12        A    My civil service title is human resource

13    analyst.

14        Q    And in fact, are most of your duties human

15    resource duties?

16        A    Yes.

17        Q    And how long have you been working in human

18    resource activities, at OCY?

19        A    I believe since November of '99.

20        Q    Before that, were you with the agency?

21        A    Yes.

22        Q    What did you do then?

23        A    Administrative assistant.

24        Q    To whom?

25        A    Paul Concella.

 1       Q      And in that role, did you have some human

 2   resources activities, that you carried out?

 3       A      Very little.

 4              There was a human resource analyst.

 5       Q      And currently, who is your boss?

 6       A      Gary Lucht.

 7       Q      So you report directly to the head of the

 8   agency?

 9       A      Correct.

10       Q      I am going to ask you to turn back to the

11   calendar year 2004, and there came a time when OCY

12   asked the Civil Service Commission to remove Mr. Dows

13   from the civil service list, for caseworker.

14              Do you recall that that happened?

15              MR. McLAUGHLIN:    Other than continuing to

16          interrupt you, I will just place the continuing

17          objection, the same objection that I placed

18          regarding the questions, with regard to the last

19          deponent, into this area of inquiry, for the

20          reasons I stated previously.

21              MR. TAGGERT:    Thank you.

22   BY MR. TAGGERT:

23       Q      Are you aware of which person or persons at

24   the Civil Service Commission were contacted, or on

25   their own contacted OCY, about removing Mr. Dows?

```
 1      A      Yes, I know Steve Shartle was contacted.
 2      Q      And who initiated the contact with
 3  Mr. Steve Shartle?
 4      A      I don't remember if it was myself, or if
 5  our executive director also contacted him.
 6             There was contact was to be made on
 7  inquiring how to go about removing someone from a
 8  list.
 9      Q      Who was then the executive director?
10      A      Deborah Leibel.
11      Q      Did you eventually receive information, no
12  matter how it was originally requested, about how to
13  request to try to remove someone from the civil
14  service list?
15      A      yes.
16      Q      And from whom did that information come?
17      A      I believe it was Mr. Shartle.
18      Q      And was the information provided in
19  writing, a phone call, or some other way?
20      A      I know there was a phone call.  I don't
21  remember if there was any additional means of
22  providing that information.
23      Q      Were you a party to the phone call?
24      A      I had a conversation with Mr. Shartle, yes.
25      Q      But it was a separate telephone
```

 1  conversation, than the first one you mentioned?

 2      A     Yes.

 3      Q     Okay.

 4            Was the first -- with whom was the first

 5  call, Mr. Shartle and who else?

 6      A     Say that again.

 7      Q     Now, there was someone, other than you,

 8  that had occasion to speak with Mr. Shartle; is that

 9  right?

10      A     I believe our executive director also may

11  have had a conversation with him, yes.

12      Q     Were you a party to that first phone call

13  with the executive director?

14      A     No.

15      Q     Okay.  Then there was a second phone call,

16  that was you and Mr. Shartle talking?

17      A     Correct.

18      Q     Is that right?

19            And would you tell us the substance of that

20  conversation, who said what?

21      A     I believe I inquired about how we would go

22  about removing someone from a list, and he explained

23  the process of documentation that we needed to send to

24  the person that we wanted to have removed, the

25  documentation that we needed to send into civil

 1   service, and I don't remember if we discussed anything
 2   else at the time.

 3       Q      Had you personally initiated looking into
 4   how to remove someone, or had some other employee of
 5   OCY begun that inquiry?

 6       A      I don't remember.

 7       Q      What was the motivation to look into how to
 8   remove someone from the list, from the civil service
 9   list?

10       A      Motivation was, that we wanted to have
11   someone removed from the list.

12       Q      And who was that someone?

13       A      Mr. Dows.

14       Q      Who had concluded that Mr. Dows should be
15   removed from the list; who at OCY had reached that
16   conclusion?

17       A      I believe administrators, and I would have
18   gotten my direction from our executive director.

19       Q      So had you independently, for yourself,
20   concluded that Mr. Dows should be removed from the
21   civil service list, or were you implementing the
22   decision of other people with whom you worked?

23       A      I was implementing the decision of other
24   people.  I don't have that deciding power.

25       Q      And what steps did you take, toward the

 1  possible removal of Mr. Dows from the civil service

 2  list?  What did you actually do?

 3            You had the phone call.

 4      A     Correct.

 5      Q     That you told us about.

 6            And after the phone call, did you take any

 7  steps to actually further the removal of Mr. Dows from

 8  the list?

 9      A     At some point we did.  I don't remember how

10  far from the telephone call, to the actual proceeding

11  with removing, how long that was.

12      Q     And though you don't recall the amount of

13  time that elapsed, what activity did you actually

14  carry on?

15      A     I know we had to -- the administrators had

16  to gather the information.  There is a form, I

17  believe, from civil service, that we have to complete,

18  with the reasons on it.

19            That was developed, and I believe sent to

20  the Civil Service Commission, and at the same time

21  sent to Mr. Dows.

22      Q     What was your next dealing -- are you the

23  person who actually mailed out the materials you just

24  discussed?

25      A     Yes.

 1      Q     And what was your next involvement, with
 2   the matter of removing, trying to remove Mr. Dows?
 3      A     What do you mean by our next --
 4      Q     Did you receive word back from the Civil
 5   Service Commission; did they ask you to do more; did
 6   you go have to make other contacts; what else did you
 7   do?
 8      A     I know at the time they instructed us that
 9   we can continue with our normal hiring process, until
10   it was determined on whether Mr. Dows would be removed
11   or not from the list.
12            Mr. Dows had an opportunity to respond to
13   the reasons why we were asking his name to be removed,
14   and then I believe we were able to respond to his
15   comments to the Civil Service Commission.
16      Q     Was it your understanding, that while there
17   was a request to remove Mr. Dows pending, that he did
18   not have to be offered a job?
19      A     Yes.
20      Q     And in turn, the way events played out, at
21   that time, were there other people you were able to
22   offer jobs to, instead of Mr. Dows?
23      A     Yes.
24      Q     And do you recall who those people are?
25      A     No, I don't.

1    Q    But you have records you could consult,

2  that would tell you that?

3    A    Correct.

4    Q    And would it refresh your memory, that the

5  people who were hired during that period, for

6  caseworker with OCY Erie, were women?

7    A    Oh, I don't -- I mean, I don't know without

8  looking back at our hiring list.

9    Q    Was Mr. Dows ever actually removed from the

10  civil service list?

11    A    No, he was not.

12    Q    And that was based on a decision of the

13  Civil Service Commission?

14    A    Yes.

15    Q    In 2004, what was Mr. Peter Callan's job?

16    A    He is the county personnel director.

17    Q    And would it be correct that Mr. Callan, to

18  some extent, became involved in the request to remove

19  Mr. Dows?

20    A    I believe his signature is required on the

21  paperwork, along with our executive director.

22    Q    Would it refresh your memory, that while

23  Mr. Dows was suspended from being on the list, because

24  of the request that he be removed, that

25  Camille Carideo was hired?

1    A    Without looking at my list, I don't
2  remember when she was hired.

3    Q    And same question as to Miss Linda Bell?
4    A    The same thing, I would have to check the
5  dates, and I don't remember what years they were
6  hired.

7    Q    The best information available to us,
8  through the course of this case, is it was February 2,
9  2004, when the written request was made to remove
10 Mr. Dows from the civil service list.

11          Does that sound about right to you?
12    A    Yes.

13    Q    Similarly, in discovery, it seems that the
14 hire date for Camille Carideo and Linda Bell was
15 April 19th, 2004.

16          It also seems that on April 26th, 2004,
17 Christina Kirkpatrick was hired.

18          On May 23, 2004, based on discovery
19 materials, Angela Lawton was hired.

20          And on May 10th, 2004, Nicole Johnson was
21 hired.

22          And on May 17th, 2004, Julia Howser was
23 hired.

24          Are the names of those people familiar to
25 you, even though the details may not be?

1       A       Yes.

2       Q       On May 20th, 2004, Deborah Liebel, as

3    interim executive director of OCY, offered Mr. Dows a

4    position, as in civil service appointment.

5               Does that refresh your memory, that he was

6    in fact offered a county caseworker 2 position?

7       A       In what year?

8       Q       May 2004?

9       A       Correct.

10      Q       Okay.

11              So if the information I gave you is correct

12   about the hiring dates of those other people, they

13   were hired during the period Mr. Dows could not be

14   hired, but as the request to remove him was pending;

15   is that right?

16      A       Correct.  Yes.

17      Q       Who, if anyone, at the Civil Service

18   Commission, informed you that Mr. Dows would not be

19   hireable until the effort to remove him was decided?

20      A       I believe that information came from

21   Steve Shartle.

22      Q       Now, you stated earlier that you had been

23   in personnel work for about eight o ten years?

24      A       Since I believe it was '99, November '99.

25      Q       So longer.

```
 1            And, that '99 start date, is that here at
 2   OCY, or was your personnel work at some other
 3   location?
 4       A     No, that was all here at OCY.
 5       Q     What familiarity do you have with the
 6   intern program?
 7       A     I have some knowledge of it, because I am
 8   the one that does the paperwork, through civil
 9   service, and accounting, for all of our hires.
10       Q     Even the interns?
11       A     Correct.
12       Q     Is it correct that the great majority of
13   the intern hires come from Mercyhurst, Gannon or
14   Edinboro?
15       A     Correct.
16       Q     When, as part of your professional duties,
17   as you say, doing the paperwork -- do you do the
18   actual paper work that moves the interns onto the
19   payroll?
20       A     Yes.
21       Q     It actually causes all of the right forms
22   to be filled out, in the payroll system?
23       A     Yes.
24       Q     When does that occur in the time of an
25   intern; at the end of the internship, when he or she
```

1   may be accepted as a caseworker 2?

2       A       It depends on what type of intern we are

3   talking about.

4                The CWEB students, because they are not

5   paid by the county, are not considered county

6   employees.

7                You can't be an employee, if you are not

8   getting paid.

9       Q       Right.

10      A       If it would happen to be a Mercyhurst, or a

11  Gannon intern, they then are placed on the payroll at

12  the date of their hire of internship.

13      Q       The CWEB program is only available to,

14  where, Behrend, or for Edinboro?

15      A       It is a State College.

16      Q       Only?

17      A       Only.

18      Q       Program.

19               So these private schools, Mercyhurst and

20  Gannon, don't have the benefit of that program?

21      A       Correct.

22      Q       But your agency is able to have funding to

23  pay for the interns, or do the colleges, Mercyhurst,

24  and Gannon find that money somewhere?

25      A       No, it would be paid by the county.

1    Q    And that's on the hourly basis, that you
2  may have heard discussed in earlier testimony today?
3    A    Yes, hourly basis.
4    Q    About $9 an hour?
5    A    Yes.
6    Q    Approximately?
7    A    Yeah.
8    Q    And would it be correct, the interns don't
9  receive any fringe benefits of any kind?
10    A    Correct.
11    Q    They don't have health coverage, or
12  anything like that?
13    A    No benefits at all, no holidays.
14    Q    Now, of the various funding sources that
15  pour in -- well, dribble in to OCY, where does the
16  money come from, to pay the interns that -- the
17  Mercyhurst and the Gannon interns?
18    A    It's part of our budget of state, federal
19  and local money.
20    Q    Do you know which part, or funding stream,
21  brings the money for them, the Gannon and Mercyhurst
22  students?
23    A    No, I don't.
24    Q    And, are you familiar with the alphabet
25  soup of sources of money, 4D, and 4E, and all of those

```
 1  sources?
 2      A    I have heard the names, 4E, Title 20.
 3      Q    Right.
 4      A    I don't know much detail about them.
 5      Q    But you can't associate any one of those
 6  with the money that makes it to the Mercyhurst or
 7  Gannon intern?
 8      A    No.
 9      Q    Well, neither can I.
10           Now, you have occasion to see the paperwork
11  for all of the interns at OCY?
12      A    Yes.
13      Q    And you get to actually meet most of them?
14      A    Yes.
15      Q    Face to face, at some point, for some
16  reason?
17      A    yes.
18      Q    Are most of them involved in the program as
19  juniors and seniors, at these colleges?  They are
20  either in their junior or senior years, at the
21  colleges that we have been talking about?
22      A    The interns, that we hire?
23      Q    Your OCY interns?
24      A    They have all been in their senior year.
25      Q    So it's pretty much, just in case there is
```

 1  an exception, there is always a wild card, but in your

 2  experience, the great majority of the time they are

 3  seniors?

 4        A     Yes.

 5        Q     And are most of the students able to

 6  arrange things, so that their internship is ending at

 7  the end of their senior school year?

 8        A     Yes.  Most of them.

 9        Q     So, they are pretty much finishing about

10  the time they graduate?

11        A     Correct.

12        Q     In your experience, what percentage of the

13  people that participate as interns, choose to actually

14  seek permanent employment with OCY?

15        A     I would say probably 75 percent.

16        Q     And of the 75 percent, what percentage of

17  them actually are hired, brought on board?

18        A     That same percentage.

19        Q     So, there seems to be, usually, enough

20  slots for the trainees to obtain caseworker 2 jobs, if

21  they have performed adequately as trainees?

22        A     Correct.

23        Q     And do you hear about it in your job, if

24  trainees don't work out, and they have to be asked to

25  leave?

1    A    yes.

2    Q    What's the wash-out rate like?  How do the

3  trainees do?  Most of them stay, and then only quit

4  voluntarily after they have worked some normal work

5  span?

6    A    The majority of them.

7         However, we have had several that have not

8  made the grade, and have not been even asked to finish

9  their internship.

10   Q    So, some -- I keep starting to call them

11  kids, because I am so old now, but some students don't

12  make it through the internship process?

13   A    Correct.

14   Q    And then, some are brought on as

15  caseworker 2's, but then they are not a fit for the

16  job, or vice-versa, and they leave after a fairly

17  short period of time?

18   A    And we have also had -- that's correct,

19  although we have also had interns that are not from

20  this area, have wanted to move back to their home,

21  like the Pittsburgh area, and so they have transferred

22  to other child welfare agencies, after their

23  graduation.

24   Q    So really, their reasons were more

25  personal, things that set their life better, by

 1   working in the same sort of job, but somewhere else?

 2        A     Correct.

 3        Q     And we have heard testimony today that

 4   individuals, who have performed successfully as

 5   interns, then get to start as caseworker 2's?

 6        A     Correct.

 7        Q     Rather than 1's.

 8        A     Right.

 9        Q     How much more do caseworker 2's make, than

10   caseworker 1's?

11        A     Probably 4.2 percent.

12        Q     So it's a tad of difference.

13              But they don't pick up -- their start date

14   isn't until they are on the county payroll, for --

15   their service date, for computing seniority, and

16   things like that, is when they become a caseworker 2?

17        A     Right.  The date that they are promoted,

18   through civil service, and then promoted at the same

19   level, through the county, is the start of their

20   seniority date.

21        Q     Does the county, whether the personnel

22   component, or the rest of OCY, play any part in how

23   Civil Service Commission ranks the intern list?  Or is

24   that completely done by civil service, and OCY has no

25   participation in that at all?

 1       A       That's completely done by civil service.

 2       Q       Now, do you, on your own authority, at

 3   times ask for the competitive exam civil service list,

 4   or do you only do that when someone else at OCY asks

 5   you to request it?

 6       A       It's usually a joint process.

 7               If we know we are going to be having

 8   openings, I may send for a list; it was within

 9   discussion with other administrators, or the executive

10   director.

11       Q       What are the main factors that cause you,

12   individually, to either decide, or offer an opinion,

13   you know, if it's a group decision, that the civil

14   service merit list, for a caseworker, should be

15   requested?

16               What circumstances cause you to ask?

17       A       Well, it could be we have openings, there

18   are no interns to consider.  You know, we only have

19   interns that graduate either in December or

20   May.  Those are the only times, after graduation, that

21   they can be considered for openings.

22               So it's August, we have caseworker

23   openings, it's almost an automatic that we are going

24   to send for a civil service list.

25       Q       So --

1     A     Unless we have gotten an inquiry from

2 another agency, of someone wanting to transfer.

3           I mean, there is many circumstances of

4 bringing in legal hires.

5     Q     Now, as to the, what I will call the

6 timing, t-i-m-i-n-g, of hiring, you basically have two

7 crops each year of interns, in terms of time of year,

8 when they are available?

9     A     Correct.  Yes.

10    Q     And if slots are open, and it's financially

11 possible to fill them, you and your co-workers may at

12 times decide that rather than wait until interns are

13 available, you will try to hire off of a civil service

14 merit list, that you request?

15    A     Oh, absolutely.

16    Q     Is that right?  Okay.

17          You also say that there are mechanisms for

18 accepting transfers, they are almost like lateral

19 moves, from other counties; is that right?

20    A     Correct.

21    Q     Would these be people who are county

22 caseworkers 1 or 2, but in other counties?

23    A     Correct.

24    Q     And then for whatever reason, have a desire

25 to move to OCY area?

1      A      Yes.

2      Q      Okay.

3             Do any other circumstances come to mind,

4  other than the timing one, that cause you to request a

5  civil service merit list for caseworkers?

6      A      Say that again, I am not sure I understand.

7      Q      Sure.

8             You explained to us a few minutes ago, that

9  one of the reasons to ask for a civil service merit

10 list, is that one or more jobs are open, and it's just

11 too long until interns will be available to fill them.

12            Do you recall that?

13     A      Yes.

14     Q      What other circumstances arise, that cause

15 you, and your co-workers, to request merit lists for

16 caseworkers?

17     A      Openings.

18            I mean, that's --

19     Q      So, the timing of openings?

20     A      Yeah, we have to have available -- we have

21 to have openings, or anticipated openings, to send for

22 a list.

23     Q      And it would be mostly anticipated openings

24 that are not occurring close to the time when the

25 interns would be graduating from college?

 1      A      Correct.

 2      Q      Because you find that you are able to fill

 3 most slots with interns, if the slots are near the

 4 time when the students are graduating; is that right?

 5      A      Sometimes.

 6             I mean --

 7      Q      Do you have a rough idea of what percentage

 8 of your caseworkers come off the merit list, and what

 9 percentage comes off the intern list?

10      A      No, I really don't.

11             I would say the majority come off the

12 caseworker list.

13             We have hired probably more people off the

14 caseworker list, than we have interns, at least in the

15 last two years.

16             There is not enough interns to fill all of

17 the vacancies that we have had in the last couple of

18 years.

19      Q      Now, people who have completely similar

20 programs, similar intern programs, in other counties

21 in the state, are also able to come in under the

22 intern program; is that right?

23             Let's use an example.  Someone has gone to

24 the social work program at Shippensburg State,

25 completed it, been in an intern program down in that

1   county, did fine, that person can be brought in as a

2   caseworker 2 in Erie if that person wants to work

3   here; is that right?

4        A    Correct.

5        Q    But even with transfers from other

6   geographic areas, sometimes you just don't have as

7   many people as you have slots?

8        A    Correct.

9        Q    Have you, as a human resources specialist,

10  done any studies, and I don't mean that in any real

11  fancy way, but just looked at your own figures, how

12  long do people remain as caseworkers, as an average,

13  caseworkers 1 and 2, with OCY?  What's an average

14  life-span?

15       A    I don't have any statistics.  We either

16  have people who have more than 15 years, or very new

17  people.

18            I don't have the statistics, though.

19       Q    So it's not a nice bell shaped curve, it

20  tends to be lots of new people, and then not a lot of

21  mid range people, and then people who have very long

22  careers?

23       A    It depends on the year.  The last two

24  years, I would say, we have a lot of new staff.

25       Q    Do you attribute the differences in the

 1  last two years, to any different factors?

 2      A     I -- yes, a lot of negative publicity in

 3  the press, and circumstances that have happened, and

 4  we have had a lot of additional positions added to the

 5  agency, also.

 6      Q     Was that additional funding, that became

 7  available to the agency in the last year or two,

 8  increases, or new funding sources?

 9      A     I don't know.

10      Q     In these last two years, have a number of

11  caseworkers, an unusually large percentage of

12  caseworkers, been taking early retirements?

13      A     Early retirements, no.

14            The county offered, I believe it was more

15  than two years ago, an early retirement, and that was

16  more people with more seniority took that, more

17  supervisors, or administrators, than caseworkers.

18      Q     Was that kind of a closed period program?

19      A     Yes.

20      Q     Sometimes called the golden parachute?

21      A     Yes.

22      Q     And a number of people availed members of

23  that; is that right?

24      A     Correct.

25      Q     But they were disproportionately

 1  administrators?

 2      A    I believe so, compared to caseworkers,

 3  yes.  We didn't have that many caseworkers retire at

 4  that time.  One or two, maybe.

 5      Q    Do you know if Debbie Liebel, aside from

 6  communications you were a part of, had contacts with

 7  Mr. Shartle, regarding removing Mr. Dows from the

 8  civil service list?

 9      A    I don't know.

10      Q    She never said anything to you, indicating

11  that she had to have independent discussions about

12  removing Mr. Shartle -- removing Mr. Dows, rather?

13      A    I don't remember if she did.

14      Q    Did you ever discuss the removal of persons

15  from the civil service list, with Civil Service

16  Commission employee Marie Thau, T-h-a-u?

17      A    I may have.

18           She would have answered the phone, if you

19  would call.  There is one number for both of them, so

20  I may have; I don't recall, if I did specifically or

21  not.

22      Q    Did you ever discuss the topic of removing

23  people from the Civil Service Commission list, with

24  Karlos DelToro?

25      A    No.

1      Q      Are you familiar with that name?

2      A      No.

3      Q      Did you used to have contact with a civil

4   service employee named Benito Martinez?

5      A      No.  I don't believe so.

6      Q      In your job, over the past, say, four

7   years, have you done any outreach work, where you go

8   to colleges or universities to talk about the

9   availability of positions with OCY, or to encourage

10   people to be in the intern program?

11      A      I do job fairs.  We are not specifically

12   looking for interns, we are looking for permanent

13   caseworkers, to take the civil service test for

14   caseworker 2.

15      Q      And are these college job fairs, or just

16   those directed to the general public?

17      A      Both.

18      Q      And, when you are suggesting to people that

19   they might apply for the civil service exam to be a

20   caseworker, do you have materials with you, that you

21   provide to them?

22      A      Yes.

23      Q      And what sort of materials are they?

24      A      We have materials explaining the mission of

25   the agency, and what we do.

1              I give them information on the on-line

2    testing, or I have paper applications for the civil

3    service test with me also.

4        Q     So you have both your own written

5    materials, and various materials the Civil Service

6    Commission provides to you?

7        A     Correct.

8        Q     And, do you have any feedback as to how

9    many of the people you talk to, about taking the

10   caseworker tests, actually go ahead and do it?

11       A     Other than remembering the names, and

12   seeing them on the list, I don't have any formal

13   statistics.

14       Q     Have you ever been aware of any particular

15   contact person, for your agency, with the Pennsylvania

16   Department of Public Welfare?

17       A     No.

18       Q     Same question, as to having contact with

19   the Governor's Office of Administration?

20       A     No.  I don't.

21       Q     Have you ever received any training, or

22   explanation from the Civil Service Commission, about

23   how it evaluates and ranks internship candidates'

24   applications?

25       A     No, I really don't get involved in how they

1  do that.

2       Q     I don't know if I will need to make it part

3  of the record, it's actually an exhibit from prior

4  depositions in the same case, but this is a document

5  previously called Deposition Exhibit 1, in our civil

6  service depositions, and it's called Management

7  Directive from Governor's Office, I35.5 amended.

8            Let me just show this to you, and take a

9  moment with it, and let me know if you have ever had

10  occasion to read that document before, or use it in

11  your work?

12       A     Yes, it's familiar to me.  We get copies of

13  all management directives, and I have a booklet of

14  them, and refer to it often.

15       Q     Does -- there is no trick question here, it

16  is not like I am sitting here with 15 management

17  directives.

18            Is that particular management directive one

19  that applies to your work, utilizing civil service

20  lists?

21       A     Well, it says "Use of trainee classes,"

22  which there really aren't trainee classes any more.

23            So I don't know if this is a current, or if

24  you are referring to the internship program.

25            There used to be a caseworker trainee

1  classification, which no longer is in existence.

2      Q      Right.   That was kind of my next question,

3  is:  Were you working here when there was a trainee

4  class category?

5      A      I don't believe so, no.

6      Q      That was very old; that went away a long

7  time ago?

8      A      Correct.  Yes, as far as I know.

9      Q      Do you have any understanding, of how it

10  worked?

11      A      No, I really don't.

12      Q      Okay.

13              Now I am showing you what has in prior

14  depositions, in the same case, been Deposition

15  Exhibit 2.  It's management directive, but it's

16  substantially newer, it is eight years newer, called

17  580.38.

18              And if you could take a moment with that.

19              Have you seen that management directive

20  before?

21      A      I believe I have.

22      Q      And is it pertinent to interns, as opposed

23  to just trainee classes?

24      A      Yes, this looks like it's for all job

25  titles for interns.

```
 1              We use the specific one that was for social

 2   work interns.

 3       Q     So --

 4       A     For the county casework interns.

 5       Q     So to the best of your knowledge, there is

 6   a specific management directive, that targets

 7   caseworker interns?

 8       A     Yes.  It is specific just to that one

 9   caseworker intern program.

10              I think this covers a lot of different

11   intern programs.

12       Q     Thank you.

13       A     Uh-huh.

14       Q     And so, in guiding your activities, one of

15   the documents you look to is the management directive

16   for interns in caseworker programs?

17       A     Correct.

18       Q     Whatever number?

19       A     Or bulletins, or whatever.

20       Q     Okay.

21              Now, as -- is bulletin a term of art, you

22   know, something specific, as contrasted with

23   directive?  In other words, do you get directives, and

24   do you get other documents, called bulletins?

25       A     Yes.
```

1    Q    And what's the nature of the bulletins?  Do
2  they address the same information, do they come out
3  more often, what are they all about?

4    A    The bulletins give, from what I understand,
5  more specific information, that could be discussed in
6  a management directive.

7          It will give more specific procedures, you
8  know, explain it in maybe lay terms, as compared to
9  the way the management directives --

10    Q    Which we will note, for the record, are in
11  governmentese?

12    A    Very technical, yes.

13    Q    Okay.

14          Do you recall consulting any management
15  directives, or bulletins, relative to trying to have
16  Mr. Dows removed from the civil service list?

17    A    Yes.

18    Q    And what guidance, if any, did you draw,
19  out of the documents that you looked at?

20    A    That we, you know, had the right to request
21  a removal from a list, but of course, being the
22  language that it's in, would follow up with a phone
23  call to civil service, to make sure that we were
24  following the correct procedure.

25    Q    Until the request was made, about removing

1    Mr. Dows from the civil service list, had you ever

2    been involved in trying to have anyone else removed

3    from the civil service list?

4         A       Me, personally?  No.  I don't believe so.

5         Q       And by personally, I mean in your

6    professional work that you are involved in?

7         A       Right in my position, no.

8         Q       And since trying to remove Mr. Dows, have

9    you been involved in trying to remove someone from the

10   civil service list?

11        A       No.

12               MR. TAGGERT:  Let's just take a deep

13          breath, and be off the record.

14               (Discussion off the record.)

15   BY MR. TAGGERT:

16        Q       Some documents from the Civil Service

17   Commission refer to a category called a county

18   caseworker 3.

19               Are you familiar with that category?

20        A       I know the category exists.

21        Q       Do you have it at OCY?

22        A       No, we do not.

23        Q       Does OCY have available, onsite, the county

24   social caseworker intern materials, the application?

25        A       Yes.

1      Q      For people who may need it?

2      A      Yes.

3      Q      Are you approached very often by people

4   requesting that?

5      A      For the interns?

6      Q      For the interns.

7      A      Not as often as I am for regular caseworker

8   positions.  I get more phone calls about people

9   wondering how to take the civil service test for

10  permanent work.

11     Q      And, your office, at OCY, is one place they

12  can go, and actually obtain the necessary civil

13  service application documents?

14     A      Yes.

15     Q      To take the caseworker test?

16     A      Yes.

17     Q      Do you have any knowledge as to whether or

18  not there are internship programs for other kinds of

19  agencies, in addition to Offices of Children and

20  Youth?

21     A      Caseworker internship programs?

22     Q      Yes.

23     A      At other child welfare agencies?

24     Q      Well, for other kinds of agencies, in

25  addition to Children and Youth agencies?

1     A     That, I don't know.

2     Q     Earlier today there was mention that mental

3  health agencies have internships.  Have you

4  encountered that?

5     A     I don't know.

6     Q     And the same question, if have you run into

7  internships with area organizations for the aging?

8     A     I don't know if they have them or not.

9     Q     Okay.

10           Does OCY cooperate, or participant in any

11  other internship programs, except the internship

12  program to be a caseworker?

13     A     Yeah, I believe that's the only formal

14  internship program that we have.

15     Q     If you know, is OCY actually a signer of a

16  contract that governs its participation in the

17  internship program?

18     A     I don't believe there is a formal signed

19  contract.

20           Are you talking about with the colleges, or

21  with --

22     Q     Well, with the colleges, or with the

23  funding sources?

24     A     No, I don't believe there is anything in

25  writing.

 1       Q       Is there any affirmative action aspect of
 2  the internship program, you know, reaching out to
 3  minority persons, or any other class of persons, to
 4  encourage them to be social work interns?
 5       A       That we do, or that the colleges do?
 6       Q       First that OCY does?
 7       A       We do.  I believe, there are, through the
 8  training program, there is staff members that go out
 9  and speak to high schools, I believe, even, they start
10  as, you know, early as trying to get high school kids
11  interested in social work, and there are people that
12  talk to local colleges, and we have, through our
13  training programs, staff that do go out and try to
14  recruit all types of people for permanent employment
15  or, you know, if they are going to high school kids,
16  going the route of social work in college.
17       Q       Then the next step, which I had started to
18  bring up, are you aware of the colleges that you work
19  with, locally, having any affirmative action
20  activities relative to the internship programs?
21       A       I don't know if they do or not.
22       Q       And third, and last, are you aware of the
23  Civil Service Commission doing anything by way of
24  affirmative action to reach out to minority people, or
25  women, relative to these internship programs?

 1        A       I don't know that either.

 2        Q       Okay.

 3                MR. TAGGERT:  I am going to call a

 4        unilateral two minute caucus, to see if there is

 5        anything else.

 6                (Recess taken.)

 7  BY MR. TAGGERT:

 8        Q       Ma'am, among the three universities and

 9  colleges we have mostly discussed today, Edinboro,

10  Gannon and Mercyhurst, what are the rough ratios of

11  where you get your interns?

12        A       The majority of them are from Edinboro.

13        Q       A true majority, over half than from the

14  other schools?

15        A       Yes.

16        Q       And how about the split between Gannon and

17  Mercyhurst?

18        A       It's about the same, we normally would

19  maybe have one student from Gannon/Mercyhurst, as

20  compared to maybe three from Edinboro, at any one

21  time.

22        Q       What does the starting caseworker 2 make?

23        A       $13.08 an hour, 25,506 annually.

24        Q       That's impressive.

25                And the same question with the

1   caseworker 1's?

2      A      In caseworker 1, I don't know off the top

3   of my head, because we don't --

4      Q      Normally would be $12 and something?

5      A      Yes, probably 12.50, something like that,

6   an hour.

7             We normally hire from the caseworker 2

8   list.

9      Q      Do you have occasions where you are

10  requesting, at the same time, the caseworker intern

11  list, and the caseworker competitive list?

12     A      It may happen, I don't -- normally, it's

13  not at the same time.

14     Q      How do you handle veterans preference

15  issues, on the trainee list -- I mean, on the intern

16  list?

17     A      Well, they would have absolute preference,

18  if they are available for the position.

19             I don't recall us having a vet on the

20  intern list, but we would follow the same procedures

21  as a vet on any list.

22     Q      In your experience, do more vets show up on

23  the competitive exam group, than on the intern list?

24     A      Yes.

25     Q      Now, we have briefly talked about a

1    severance program that developed in 2004.  Do I have
2    that year right?
3         A    I don't --
4         Q    That was a program to encourage people to
5    leave, I guess, to save money?
6         A    From the county, yeah.
7         Q    And that included your agency, was one of
8    the agencies to which it applied?
9         A    Correct.
10        Q    Now, the testimony mentioned that various
11   administrators left, under that program.
12        A    Right.
13        Q    Did also some caseworkers leave under that
14   program?
15        A    Yes, I believe there was maybe one or two.
16        Q    And then, was there a third aspect, that
17   once some administrators left, some caseworkers moved
18   up into administrative positions?
19        A    Well, there would have been a domino
20   effect, eventually probably supervisors would have
21   been put into administrator positions, caseworkers
22   would have been promoted into supervisor positions,
23   thus at the end of probably eight months or so later,
24   would have created caseworker vacancies.
25        Q    It is just a time line that all of these

```
 1  dominos have to fall, to go through?
 2       A     Right.
 3       Q     Do you know where Miss Liebel works, or
 4  lives now?
 5       A     I don't know.
 6             I know she lives in Erie.  I don't know if
 7  she is working or not.
 8       Q     The same question as to Miss Locke?
 9       A     Miss Locke also lives in Erie.
10             I do not believe she is working.  She
11  retired.
12       Q     And Mr. Concella?
13       A     He also lives in Erie, and retired, and I
14  do not believe he is working anywhere.
15             MR. TAGGERT:  Except for redirect, I am all
16       done.
17             Thank you.
18             THE WITNESS:  Okay.
19                         EXAMINATION
20  BY MS. LLOYD:
21       Q     Just a couple of questions.
22       A     Okay.
23       Q     When you were talking about the
24  conversation that you think you had with
25  Steve Shartle about list removal procedures, I think
```

 1  your testimony was Mr. Shartle told you you could

 2  continue with your normal hiring process, while your

 3  request was pending; is that correct?

 4       A     Yes.

 5       Q     Did he inform you that if Mr. Dows wasn't

 6  removed from the list, this would create an issue for

 7  you later, if you had hired other people off that

 8  list?

 9       A     I believe, yes, he did caution us, that if

10  Mr. Dows' name was not removed from the list, we would

11  have to have an opening for him to go into.

12             I believe we knew we were going to have

13  openings, so didn't feel that would be a problem, we

14  would have a vacancy.

15       Q     So that is indeed what happened?

16       A     Yes, and we did have a vacancy, and he was

17  placed into that.

18       Q     If you recall, the list that you were using

19  to hire other caseworkers at this time, was Mr. Dows'

20  name still physically on that civil service list, if

21  you remember?

22       A     I believe his name was showing up on the

23  list at the beginning of the year, when we had asked

24  for his name to be removed.  And we were told to

25  annotate the list, that it was pending a removal, and

1  we could pass the name over.

2       Q      And there was some testimony from you,

3  about different ways that you can bring in legal

4  hires, and I believe you had said one would be a

5  transfer from another agency, another county OCY --

6       A      Yes.

7       Q      -- agency.

8              One other way would be interns that were

9  now ready for promotion from an intern to a

10 caseworker 2; is that correct?

11      A      Correct.

12      Q      Do you do any promotion from within, from a

13 caseworker 1 to a 2?

14      A      Because we don't have many caseworker 1's,

15 no, we normally don't.  Our only promotion within,

16 would be from intern to county caseworker 2.

17      Q      And then another way would be from a civil

18 service merit list; is that correct?

19      A      Correct.

20      Q      Are there any other ways for you to bring

21 in legal hires, than the four that we just talked

22 about?

23      A      Yeah, I believe we also had reinstatement

24 from resignations, people contacting us who had held

25 permanent civil service status as a county

 1  caseworker 2, and were interested in working for our

 2  agency.

 3       Q      And that does not require another civil

 4  service test, or --

 5       A      No, because people keep their status

 6  forever.

 7              It requires for me to call county programs,

 8  they will verify that this person did hold permanent

 9  civil service status in good standing, and that they

10  would be eligible for us to reinstate.

11       Q      Are there any other ways, than what we just

12  discussed, that you can think of?

13       A      I believe those are the ones that come to

14  me.

15       Q      That you have used?

16       A      Yeah, that we have used.

17       Q      So there are more than just the civil

18  service merit list, for ways that your OCY, or any

19  OCY, could hire employees?

20       A      Correct.

21       Q      Caseworkers?

22       A      Yes.

23              We have also looked at the social worker

24  list, that's another list that we can hire from, of

25  people that already have their master's in social

1  work, which is a wonderful list, we would love to have
2  more people on, but --

3      Q    So, outside of the caseworker 2 list, there
4  is another list that you said, a social work --

5      A    There is a county social worker list, and
6  those are of people who already have their master's in
7  social work, and they are the only names that appear
8  on that list, and unfortunately, there is usually
9  only -- no names or one name on that list, but we have
10  pulled up that list.

11          What happens is, I normally would get an
12  inquiry from someone saying they have their master's
13  and, you know, are they -- they are interested in the
14  position, so I will tell them the procedure to take
15  the test, and get on that way, and when their name
16  appears on the list, we will send for that list.

17      Q    Are there any other lists that you might
18  ask for, besides the county social worker list, or a
19  caseworker 2 list, as you said, you really don't do
20  1's or 3's in Erie?

21      A    Right.

22          That's the list that we use.

23          MS. LLOYD:  I think that's all I have.  But
24      I am sure I generated some questions from
25      Mr. Taggert.

```
 1                      EXAMINATION
 2   BY MR. TAGGERT:
 3        Q     If you know, has the trainee program, the
 4   intern program for caseworkers, ever been reviewed and
 5   validated, or critiqued by any outside agency, except
 6   the Civil Service Commission?
 7        A     Not that I am aware of.
 8        Q     And specifically, I am asking that question
 9   as to the U.S. Equal Employment Opportunity
10   Commission?
11        A     I don't know.
12        Q     The same with the Pennsylvania Human
13   Relations Commission?
14        A     I am not aware.
15        Q     And the same with the U.S. Department of
16   Labor?
17        A     I don't know.
18        Q     Are you aware, including anything that has
19   to do with Mr. Dows, of any administrative, or court
20   action against the county, exploring the validity of
21   the internship program?
22        A     No, I am not aware of anything.
23        Q     And the same question, in your professional
24   duties have you heard of any litigation,
25   administrative or courts, regarding the internship
```

 1   program, anywhere in the State of Pennsylvania?

 2        A    I am not aware.

 3             MR. TAGGERT:  Well, we are done for today.

 4             THE WITNESS:  Okay.  Very good.

 5             MR. McLAUGHLIN:  Patrice, as I indicated

 6        before, you have the right to read the transcript

 7        or, if you choose not to, you can waive

 8        signature, and as I advised to the prior

 9        deponent, my advice would be to waive signature,

10        but you are free to do what you want.

11             THE WITNESS:  I will waive signature.

12             MR. McLAUGHLIN:  And we will order copies

13        of the transcripts.

14                         - - -

15             (Thereupon, at 2:26 o'clock p.m., the

16        deposition was concluded, and signature was

17        waived.)

18                         - - -

19

20

21

22

23

24

25

```
 1                    CERTIFICATE

 2  COMMONWEALTH OF PENNSYLVANIA, )
                                  )  SS:
 3  COUNTY OF ALLEGHENY.          )

 4       I, Eugene C. Forcier, do hereby certify that
     before me, a Stenographer-Commissioner in and for the
 5  Commonwealth aforesaid, personally appeared
     PATRICE BERCHTOLD, who then was by me first duly
 6  cautioned and sworn to testify the truth, the whole
     truth, and nothing but the truth in the taking of her
 7  oral deposition in the cause aforesaid; that the
     testimony then given by her as above set forth was by
 8  me reduced to stenotypy in the presence of said
     witness, and afterwards transcribed by means of
 9  computer-aided transcription.

10       I do further certify that this deposition was
     taken at the time and place in the foregoing caption
11  specified, and was completed without adjournment.

12       I do further certify that I am not a relative,
     counsel or attorney of either party, or otherwise
13  interested in the event of this action.

14       IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my seal of office at Pittsburgh,
15  Pennsylvania, on this ____6th____ day of __March_____,
     2005.

16

17

18  _____
     Eugene C. Forcier
     Stenographer-Commissioner
19

20                       - - -

21

22

23

24

25
```