IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. DOWS, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 04-341 Erie |
| | : | |
| KATHERINE E. HOLTZINGER | : | Judge McLaughlin |
| CONNER, ESQ., Chairman | : | |
| PENNSYLVANIA CIVIL SERVICE | : | |
| COMMISSION and JOHN DOE, | : | |
|     Defendants | : | JURY TRIAL DEMANDED |

Part ten A, Deposition Exhibits eight and nine

| See the "Job Requirements" section of this announcement for information on documents you must submit with your application. | TEST ANNOUNCEMENT NUMBER: 1997-804 AMENDED AND REISSUED: October 19, 2001 |

**Commonwealth of Pennsylvania**
**State Civil Service Commission**

Examinations

for



**COUNTY CASEWORKERS**

| Exam. No. | Job Title | Job Code | Starting Salary |
| --- | --- | --- | --- |
| 1. | County Caseworker 1 | L0623 | * |
| 2. | County Caseworker 2 | L0624 | * |
| 3. | County Caseworker 3 | L0625 | * |

*Local government salaries vary. Contact the Personnel Office of the local government agency where you are interested in working for specific information.

APPLICATIONS WILL BE ACCEPTED UNTIL FURTHER NOTICE.

|   |   |
| --- | --- |
| **NATURE OF WORK** | **JOB REQUIREMENTS** |
| **JOB OPPORTUNITIES** | **TESTING** |
| **TEST RESULTS** | **HOW TO APPLY** |

**NATURE OF WORK**

Employees provide services to individuals, families or groups (needy, aged, people with disabilities, institutionalized or dependent adults and children) to help them attain a more satisfactory social, economic, mental or physical adjustment to their environment. They interview clients to obtain social histories, provide comprehensive information about agency programs, determine and verify eligibility for program services, provide referral services and negotiate on behalf of clients for referral services, formulate and implement social plans of action, and counsel clients to modify behavior. An important aspect of the work is the ability to manage a caseload, prepare reports and keep well-organized records.

County Caseworkers 1 perform beginning level social services work, under close supervision.

County Caseworkers 2 have similar duties, but work more independently under more generalized supervision.

County Caseworkers 3 are distinguished from the lower levels by the increased difficulty, complexity, and number of assigned cases.

## JOB REQUIREMENTS

You may be tested <u>before</u> your qualifications are reviewed. Your test results will count only if you meet all job requirements. If after reading the requirements you are not sure you qualify, contact one of the Commission's offices listed at the end of this announcement.

For some jobs, offers of employment will be made only if you are willing to travel. Travel expenses will be paid.

You must be of good moral character and able to perform the essential functions of the job.

Some of the positions in these job titles come under the provisions of the Child Protective Services Law. If you are a final candidate for one of these positions, you will have to provide reports on your background from such sources as the Pennsylvania State Police and the Pennsylvania Department of Public Welfare. If you are a final candidate and not a Pennsylvania resident, you must also obtain a report of Federal Criminal History Record Information from the Federal Bureau of Investigation. If your background is unacceptable, you will be disqualified for employment in such positions. You will receive information about these requirements and how to obtain the required reports at the time you are being considered for employment.

Some of the positions in these job titles come under the provisions of the Older Adults Protective Services Act. If you are a final candidate for one of these positions, you will have to obtain a report of criminal record information from the Pennsylvania State Police or a statement that the State Police Central Repository contains no information relating to you. If you are a final candidate and not currently a Pennsylvania resident, or if you are currently a Pennsylvania resident and a final candidate but have not been a resident for two years prior to the date that you received notification that you are a final candidate, you are also required to furnish a report of Federal Criminal History Record Information from the Federal Bureau of Investigation. If your background is unacceptable, you will be disqualified for employment in such positions. You will receive information about this requirement and how to obtain the required reports at the time you are being considered for employment.

<u>Minimum Requirements:</u>
<u>County Caseworker 1</u>
A bachelor's degree which includes or is supplemented by successful completion of

12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences; OR two years of experience as a County Social Services Aide 3 and two years of college-level course work which includes 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences; OR an equivalent combination of experience and training which includes 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences, and one year of experience as a County Social Services Aide 3.

County Caseworker 2
Six months of experience as a County Caseworker 1; OR successful completion of the County Social Casework Intern program; OR a bachelor's degree with a social welfare or social work major; OR a bachelor's degree which includes, or is supplemented by 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences, and one year of professional social casework experience in a public or private social services agency; OR an equivalent combination of experience and training which includes 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences.

County Caseworker 3
Two years of experience as a County Caseworker 2; OR a bachelor's degree in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences, and three years of professional social casework experience in a public or private social services agency; OR an equivalent combination of experience and training which includes 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences.

Clarification of Requirements:
You may substitute appropriate experience for the required education, except for the 12 college-level credits in the specified areas, or appropriate education for the experience, except for the experience limitation mentioned for the County Caseworker 1 job title. Unrelated experience or education will not be accepted.

You may take the test if you have completed 90 or more credit hours and expect to receive a bachelor's degree within the next 7 months. You must provide proof of your degree before you start work.

> IF YOU DO NOT HAVE A BACHELOR'S DEGREE WITH A MAJOR IN SOCIOLOGY, SOCIAL WORK, SOCIAL WELFARE, PSYCHOLOGY, GERONTOLOGY, CRIMINAL JUSTICE, OR OTHER RELATED SOCIAL SCIENCES, YOU MUST SUBMIT A LIST OF COLLEGE COURSES OR COLLEGE TRANSCRIPTS, SHOWING THE COMPLETED 12 COLLEGE-LEVEL CREDIT HOURS REQUIRED IN THESE AREAS.

**JOB OPPORTUNITIES**

**EQUAL OPPORTUNITY EMPLOYER**

These positions exist in county children and youth agencies, and mental health and mental retardation offices and local government housing authorities throughout Pennsylvania.

Opportunities for employment are greatest in county children and youth agencies, and generally are greater in rural areas. Opportunities for appointment depend on normal turnover due to retirements, promotions, resignations and so forth.

There are no current positions or expected future job openings in Philadelphia.

Employment preference may be given to residents of the county where jobs are located.

Promotion preference may be given to employees who work in the county where job openings occur.

For the most recent information on job opportunities contact the office of the local government program where you are interested in working (located in the telephone directory under "Government/County").

## TESTING

The 3 ½ hour written test will cover the following subject areas.

| Subject Area | Number of Questions | | |
|---|---|---|---|
| | Caseworker 1 | Caseworker 2 | Caseworker 3 |
| Principles and Methods of Social Casework | 45 | 45 | 45 |
| Counseling | 20 | 20 | 20 |
| Interviewing | 20 | 20 | 20 |
| Written Communication | 25 | 25 | 25 |
| Counseling (Advanced) | -- | 20 | 20 |
| Interviewing (Advanced) | -- | 10 | 10 |
| Written Communication (Advanced) | -- | -- | 15 |
| TOTAL | 110 | 140 | 155 |

The test will be given as soon as possible after applications are received. The test will be held in the Harrisburg, Philadelphia and Pittsburgh Civil Service offices, Monday through Friday. To make an appointment for one of these locations, submit your completed paper application to the office where you wish to be tested. The test also will be held on selected Saturdays at a variety of Statewide locations. See the "Test Information" section of your application for details.

If you take the test and want to take it again, you may be retested after six months from the date of your test. You must submit a new application to be retested.

If your name is on an eligible list for these jobs and you take this test, your most recent examination result will be the only one counted.

## TEST RESULTS

State and County employment and promotion lists will be established. You will be notified in writing of your test results.

## HOW TO APPLY

Applications and further information can be obtained from:

1.  State Civil Service Commission:

    Harrisburg: 2nd Level, Strawberry Sq. Complex, 320 Market St., P.O. Box 569, Hbg., 17108-0569; Telephone (Voice) (717) 783-3058, Text Telephone **(Deaf/Hard-of-Hearing callers only)** (717) 772-2685

    Philadelphia: 2nd Floor, 10 South 11th St., Phila., 19107; Telephone (Voice) (215) 560-2253, Text Telephone **(Deaf/Hard-of-Hearing callers only)** (215) 560-4367

    Pittsburgh: State Office Building, Rm. 1503, 300 Liberty Ave., Pgh., 15222; Telephone (Voice) (412) 565-7666, Text Telephone **(Deaf/Hard-of-Hearing callers only)** (412) 565-2484

    Internet at http://www.scsc.state.pa.us

2.  Team Pennsylvania CareerLink Centers

3.  The office of the local government program where you are interested in working.

For further information on testing, assistance for persons with disabilities, veterans' preference and other items, refer to the instructions provided with the "Application for Employment/Promotion."

Return to Summary of Civil Service Examination Programs

| SCSC-98 Rev. 02-98 | AVAILABILITY SURVEY/INTERVIEW NOTICE | CERTIFICATION NO(S): 05596 | DATE: 5/4/2004 |
|---|---|---|---|

**JOB INFORMATION** - Your name has been referred to this agency by the State Civil Service Commission for the job title listed below.

JOB TITLE: COUNTY CASEWORKER 2 (LOCAL GOVERNMENT)
WORK LOCATION: ERIE
TYPE JOB: FULL-TIME    PAY RANGE: 204    STARTING SALARY: $12.79
BRIEF JOB DESCRIPTION/SPECIAL WORKING CONDITIONS:
Any reasonable disability-related accommodations will be made if requested by you.

To: DOWS D
RR 3
EDINBORO PA 16412

From: PATRICE BERCHTOLD
OFFICE OF CHILDREN AND YOUTH
154 W NINTH ST
ERIE PA 16501-1303

Please make necessary changes.
Social Security Number: 180366495
Telephone: 814-451-6602
Final Earned Rating: 101

**SECTION 1: AVAILABILITY SURVEY**

☒ DO NOT REPORT FOR INTERVIEW. COMPLETE THIS SECTION. THIS IS A MAIL SURVEY OF YOUR AVAILABILITY/INTEREST.

A. ☒ I am available for this job.
B. ☐ I am NOT available for this job title. Remove my name from the list.
C. ☐ I am NO longer available for employment. Remove my name from all lists.
D. ☐ I am NOT available for employment until (Date) _____
E. ☐ I am NOT available for this specific job, but will consider future opportunities in this job title.

RETURN TWO COPIES OF THIS FORM IMMEDIATELY. FAILURE TO DO SO BY 5/11/2004 WILL REMOVE YOUR NAME FROM ALL LISTS FOR JOB TITLES WITH THE SAME OR LOWER SALARY.

**SECTION 2: INTERVIEW NOTICE**

☐ REPORT FOR INTERVIEW
   PLACE:                                         DATE:
                                                  TIME:

☐ TELEPHONE FOR INTERVIEW
   NAME:                                          TELEPHONE:

BRING THIS FORM WITH YOU TO THE INTERVIEW. IF YOU ARE NOT AVAILABLE FOR THIS JOB, COMPLETE SECTION 1. IF YOU NEED ACCOMMODATIONS FOR THE INTERVIEW DUE TO A DISABILITY, PLEASE CALL THE NUMBER LISTED ABOVE.

*[signature]* MS
YOUR SIGNATURE
5-5-04    (814) 490-3737
DATE      TELEPHONE NO. 8:00 A.M. - 5:00 P.M.

FOR OFFICIAL USE ONLY
DATE/TIME INFORMATION WAS RECEIVED    SIGNATURE OF AGENCY EMPLOYE RECEIVING INFORMATION
HOW AND FROM WHOM INFORMATION WAS RECEIVED

AN EQUAL OPPORTUNITY EMPLOYER    SCSC's Copy
(USE THIS FORM IN CONNECTION WITH MANAGEMENT DIRECTIVE 580.2)

*[signature]* 5/6/04


DEPOSITION EXHIBIT