IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. DOWS , | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 04-341 Erie |
| | : | |
| KATHERINE E. HOLTZINGER | : | Judge McLaughlin |
| CONNER, ESQ., Chairman | : | |
| PENNSYLVANIA CIVIL SERVICE | : | |
| COMMISSION and JOHN DOE , | : | |
| Defendants | : | JURY TRIAL DEMANDED |

Part eleven, Deposition Exhibits eleven through fourteen inclusive and eighteen through twenty two inclusive

| | TEST ANNOUNCEMENT<br>NUMBER: 1997-804<br>AMENDED AND REISSUED:<br>March 19, 2004 |
|---|---|

### Commonwealth of Pennsylvania
### State Civil Service Commission

Examinations

for

### COUNTY CASEWORKERS



DEPOSITION
EXHIBIT

| Exam.<br>No. | Job Title | Job<br>Code | Starting<br>Salary |
|---|---|---|---|
| 1. | County Caseworker 1 | L0623 | * |
| 2. | County Caseworker 2 | L0624 | * |
| 3. | County Caseworker 3 | L0625 | * |

*Local government salaries vary.  Contact the Human Resource Office of the local government agency where you are interested in working for specific information.

APPLICATIONS WILL BE ACCEPTED UNTIL FURTHER NOTICE.

### NATURE OF WORK

Employees provide services to individuals, families or groups (needy, aged, people with disabilities, institutionalized or dependent adults and children) to help them attain a more satisfactory social, economic, mental or physical adjustment to their environment.  They interview clients to obtain social histories, provide comprehensive information about agency programs, determine and verify eligibility for program services, provide referral services and negotiate on behalf of clients for referral services, formulate and implement social plans of action, and counsel clients to modify behavior.  An important aspect of the work is the ability to manage a caseload, prepare reports and keep well-organized records.

County Caseworkers 1 perform beginning-level social services work, under close supervision.

County Caseworkers 2 have similar duties, but work more independently under more generalized supervision.

County Caseworkers 3 are distinguished from the lower levels by the increased difficulty, complexity, and number of assigned cases.

### JOB REQUIREMENTS

You will be tested before your qualifications are reviewed.  Your test results will count only if you meet all job requirements.  If after reading the requirements you are not sure you qualify, contact one of the Commission's offices listed at the end of this announcement.

For some jobs, offers of employment will be made only if you are willing to travel.  Travel expenses will be paid.

You must be of good moral character and able to perform the essential functions of the job.

Some of the positions in these job titles come under the provisions of the Child Protective Services Law. If you are a final candidate for one of these positions, you will have to provide reports on your background from such sources as the Pennsylvania State Police and the Pennsylvania Department of Public Welfare. If you are a final candidate and not a Pennsylvania resident, you also must obtain a report of Federal Criminal History Record Information from the Federal Bureau of Investigation. If your background is unacceptable, you will be disqualified for employment in such positions. You will receive information about these requirements and how to obtain the required reports at the time you are being considered for employment.

Some of the positions in these job titles come under the provisions of the Older Adults Protective Services Act. If you are a final candidate for one of these positions, you will have to obtain a report of criminal record information from the Pennsylvania State Police or a statement that the State Police Central Repository contains no information relating to you. If you are a final candidate and not currently a Pennsylvania resident, or if you are currently a Pennsylvania resident and a final candidate but have not been a resident for two years prior to the date that you received notification that you are a final candidate, you are also required to furnish a report of Federal Criminal History Record Information from the Federal Bureau of Investigation. If your background is unacceptable, you will be disqualified for employment in such positions. You will receive information about this requirement and how to obtain the required reports at the time you are being considered for employment.

Minimum Requirements:
County Caseworker 1
A bachelor's degree which includes or is supplemented by successful completion of 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences; OR two years of experience as a County Social Services Aide 3 and two years of college-level course work which includes 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences; OR an equivalent combination of experience and training which includes 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences, and one year of experience as a County Social Services Aide 3 or in a similar position performing paraprofessional case management functions.

County Caseworker 2
Six months of experience as a County Caseworker 1; OR successful completion of the County Social Casework Intern program; OR a bachelor's degree with a social welfare or social work major; OR a bachelor's degree which includes, or is supplemented by 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences, and one year of professional social casework experience in a public or private social services agency; OR an equivalent combination of experience and training which includes 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences.

County Caseworker 3
Two years of experience as a County Caseworker 2; OR a bachelor's degree in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences, and three years of professional social casework experience in a public or private social services agency; OR an equivalent combination of experience and training which includes 12 college credits in sociology, social welfare, psychology, gerontology, criminal justice, or other related social sciences.

Clarification of Requirements:
You may substitute appropriate experience for the required education, except for the 12 college-level credits in the specified areas, or appropriate education for the experience. Unrelated experience or education will not be accepted.

You may take the test if you have completed 90 or more credit hours and expect to receive a bachelor's degree within the next 7 months. You must provide proof of your degree before you start work.

## JOB OPPORTUNITIES

### EQUAL OPPORTUNITY EMPLOYER

These positions exist in county children and youth agencies, and mental health and mental retardation offices and local government housing authorities throughout Pennsylvania.

Opportunities for employment are greatest in county children and youth agencies. Opportunities for appointment depend on normal turnover due to retirements, promotions, resignations and so forth.

There are no current positions or expected future job openings in Philadelphia.

Employment preference may be given to residents of the county where jobs are located.

Promotion preference may be given to employees who work in the county where job openings occur.

For the most recent information on job opportunities contact the office of the local government program where you are interested in working (located in the telephone directory under "Government/County").

## TESTING

The test will be administered on a computer. Information about computerized testing is available online at http://www.scsc.state.pa.us **OR** in paper form at any State Civil Service Commission Office.

The 3 ½ hour written test will cover the following subject areas.

| Subject Area | Number of Questions | | |
|---|---|---|---|
| | Caseworker 1 | Caseworker 2 | Caseworker 3 |
| Principles and Methods of Social Casework | 45 | 45 | 45 |
| Counseling | 20 | 20 | 20 |
| Interviewing | 20 | 20 | 20 |
| Written Communication | 25 | 25 | 25 |
| Counseling (Advanced) | -- | 20 | 20 |
| Interviewing (Advanced) | -- | 10 | 10 |
| Written Communication (Advanced) | -- | -- | 15 |
| TOTAL | 110 | 140 | 155 |

The test will be held in the Harrisburg, Philadelphia and Pittsburgh Civil Service Commission Offices, Monday through Friday.

The test will also be held approximately 10 days a month at additional test centers located in Allentown, Erie, Johnstown, Lock Haven, and Scranton. For further details on test dates, contact the Commission's Information Services Unit; Telephone (Voice) (717) 787-7811, Text Telephone **(Deaf/Hard of Hearing callers only)** (717) 783-8896.

If you take the test and want to take it again, you may be retested after six months from the date of your test.  You must submit a new application to be retested.

If your name is on an eligible list for these jobs and you take this test, your most recent examination result will be the only one counted.

## TEST RESULTS

State and County employment and promotion lists will be established.  You will be notified in writing of your test results.

## HOW TO APPLY

If you do not have a bachelor's degree with a major in sociology, social work, social welfare, psychology, gerontology, criminal justice or other related social science, you must submit a list of college courses or college transcripts showing the successful completion of the 12 college credit hours required in these areas.  If you apply by mail include the list or transcripts with your application.  If you apply online, you must bring the course list or transcripts when you report for the test.

Apply online at http://www.scsc.state.pa.us or submit your completed paper application to:

> State Civil Service Commission
> (ATTN:  Applications)
> P.O. Box 569
> Harrisburg, PA  17108-0569

Applications and further information can be obtained from:

1.    State Civil Service Commission:

      Harrisburg:  2nd Level, Strawberry Sq. Complex, 320 Market St.,
      P.O. Box 569, Hbg., 17108-0569; Telephone (Voice) (717) 783-3058,
      Text Telephone **(Deaf/Hard-of-Hearing callers only)** (717) 772-2685

      Philadelphia: 2nd Floor, 10 South 11th St., Phila., 19107;
      Telephone  (Voice) (215) 560-2253, Text Telephone
      **(Deaf/Hard-of-Hearing callers only)** (215) 560-4367

      Pittsburgh: State Office Building, Rm. 1503, 300 Liberty Ave.,
      Pgh.,  15222; Telephone (Voice) (412) 565-7666, Text Telephone
      **(Deaf/Hard-of-Hearing callers only)** (412) 565-2484

      Internet at http://www.scsc.state.pa.us

2.    Team Pennsylvania CareerLink Centers

3.    The office of the local government program where you are interested
      in working.

For further information on testing, assistance for persons with disabilities, veterans' preference and other items, refer to the instructions provided with the "Application for Employment/Promotion."



| NOTICE OF EXAMINATION RESULTS | Commonwealth of Pennsylvania<br>State Civil Service Commission<br>Harrisburg, PA. 17108-0569 | SCSC-5000<br>Rev. 04-97 |
|---|---|---|

| SOCIAL SECURITY NUMBER | VETERANS' PREFERENCE GRANTED | INFORMATION ACCURATE AS OF |
|---|---|---|
| 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 | YES | JUN. 25, 2003 |

NAME - ADDRESS

Dows            D
RR 3
EDINBORO            PA  16412

| JOB TITLE(S) | TEST RESULTS | ON LIST UNTIL | COUNTY | NUMBER ON LIST | | |
|---|---|---|---|---|---|---|
| | | | | HIGHER THAN YOU | SAME AS YOU | LOWER THAN YOU |
| COUNTY CASEWORKER 2 (LOCAL GOVERNMENT). . . . . . . . . . . | 101 E | JUN05 | ERIE | 1 | 0 | 25 |
| | | | CRAWFORD | 1 | 0 | 11 |

PENGAD 800-631-6989
DEPOSITION
EXHIBIT
2

**SUMMARY DATA FOR CLASS CODE: L0618**

CLASS TITLE: COUNTY SOCIAL CASEWORK INTERN LOCAL GOVERMENT
LIST LIFE 1 YEARS 00 MONTHS                    INFO. AS OF  11/02/2004
EARLIEST DATE ON LIST 12/10/2003      LATEST DATE ON LIST 10/15/2004
EMPLOYES ON LIST    22  26.19%

|  | TOTAL | MALE | FEMALE | BLACK | HISP | WHITE | A-IN | ASIA | VET | N-VET |
|---|---|---|---|---|---|---|---|---|---|---|
| CIVIL SERVICE EMPLOYES | 56 | 11 | 45 | 7 | 1 | 48 | 0 | 0 | 1 | 55 |
| INFO. AS OF  11012004 | | | | | | | | | | |
| ELIGIBLES ON LIST | 87 | 6 | 70 | 10 | 3 | 62 | 0 | 1 | 1 | 86 |
| INFO. AS OF  11/01/2004 | | | | | | | | | | |

|  | TOTAL | MALE | FEMALE | BLACK | HISP | WHITE | A-IN | ASIA | VET |
|---|---|---|---|---|---|---|---|---|---|
| APPOINTMENT FROM LIST | 176 | 20 | 156 | 15 | 4 | 156 | 0 | 1 | 2 |
| PROMOTIONS FROM LIST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALL APPOINTMENTS | 176 | 20 | 156 | 15 | 4 | 156 | 0 | 1 | 2 |
| ALL PROMOTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

FROM  10-01-02   TO  09-30-04    INFO. AS OF  04 11 02


F03=Exit   F12=Previous Screen   F14=Print report on the third floor



DEPOSITION EXHIBIT
13
12/21/05
PENGAD 800-631-6989

EXHIBIT
tabbies
D

Social Casework Intern by Birth Date

1/7/2005

| LAST NAME | FIRST NAME | JOB TITLE | AGENCY | SEX | | BIRTH DATE |
|---|---|---|---|---|---|---|
| MITCHELL | GARY | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | M | 1 | 7/31/1954 |
| HUGHES | MARY | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 11/3/1956 |
| BARNEY | LEE | COUNTY SOCIAL CASEWORK INTERN LOCAL | ERIE COUNTY CHILD WELFARE SERVICE | M | 1 | 7/31/1962 |
| GARBINI | GWENDOLYN | COUNTY SOCIAL CASEWORK INTERN LOCAL | BERKS COUNTY CHILD WELFARE SERVICE | F | 3 | 5/26/1970 |
| LOW | JOAN | COUNTY SOCIAL CASEWORK INTERN LOCAL | MONTGOMERY COUNTY CHILD WELFARE SERVICE | F | 3 | 10/8/1970 |
| STEWART | MELANIE | COUNTY SOCIAL CASEWORK INTERN LOCAL | ERIE COUNTY CHILD WELFARE SERVICE | F | 1 | 11/9/1971 |
| ALMAGUER | ADRIANA | COUNTY SOCIAL CASEWORK INTERN LOCAL | ERIE COUNTY CHILD WELFARE SERVICE | F | 2 | 12/19/1971 |
| PETERSON | DONOVAN | COUNTY SOCIAL CASEWORK INTERN LOCAL | LANCASTER COUNTY CHILD WELFARE SERVICE | M | 3 | 11/3/1975 |
| RIMEL | JAMES | COUNTY SOCIAL CASEWORK INTERN LOCAL | DAUPHIN COUNTY CHILD WELFARE SERVICE | M | 3 | 2/26/1977 |
| LOCKHART | WILLIAM | COUNTY SOCIAL CASEWORK INTERN LOCAL | BERKS COUNTY CHILD WELFARE SERVICE | M | 1 | 2/4/1978 |
| HOLLERAN | SHANNON | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 9/7/1978 |
| HURST | SARAH | COUNTY SOCIAL CASEWORK INTERN LOCAL | LUZERNE COUNTY CHILD WELFARE SERVICE | F | 3 | 1/5/1979 |
| CRONEBERGER | SCOTT | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | M | 3 | 12/15/1979 |
| WILT | RASHELL | COUNTY SOCIAL CASEWORK INTERN LOCAL | ERIE COUNTY CHILD WELFARE SERVICE | F | 3 | 7/31/1980 |
| GATES | HEATHER | COUNTY SOCIAL CASEWORK INTERN LOCAL | CENTRE COUNTY CHILD WELFARE SERVICE | F | 3 | 11/15/1980 |
| ANTES | JENNIFER | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 11/28/1980 |
| POSLOSKY | STEFANIE | COUNTY SOCIAL CASEWORK INTERN LOCAL | SCHUYLKILL COUNTY AAA | F | 3 | 1/4/1981 |

PENGAD 800-631-6989

DEPOSITION
EXHIBIT
14

tabbies
EXHIBIT
I

Social Casework Intern by Birth Date

| Last Name | First Name | Class Title | County/Agency | Sex | Code | Birth Date |
|---|---|---|---|---|---|---|
| DONGILLI | DANIEL | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | M | 3 | 2/16/1981 |
| GAMBER | THERESA | COUNTY SOCIAL CASEWORK INTERN LOCAL | LANCASTER COUNTY CHILD WELFARE SERVICE | F | 3 | 3/14/1981 |
| CROYLE | MEGAN | COUNTY SOCIAL CASEWORK INTERN LOCAL | ERIE COUNTY CHILD WELFARE SERVICE | F | 3 | 3/23/1981 |
| CALLAHAN | CELESTE | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 6/27/1981 |
| MULLEN | HEATHER | COUNTY SOCIAL CASEWORK INTERN LOCAL | MONTGOMERY COUNTY CHILD WELFARE SERVICE | F | 3 | 7/24/1981 |
| KOSER | CORRINE | COUNTY SOCIAL CASEWORK INTERN LOCAL | DAUPHIN COUNTY CHILD WELFARE SERVICE | F | 3 | 9/25/1981 |
| MAYANCSIK | RENE | COUNTY SOCIAL CASEWORK INTERN LOCAL | CAMBRIA COUNTY CHILD WELFARE SERVICE | F | 3 | 10/13/1981 |
| EWING | CAROLYN | COUNTY SOCIAL CASEWORK INTERN LOCAL | CUMBERLAND COUNTY CHILD WELFARE SERVICE | F | 3 | 11/15/1981 |
| BUTERA | ALAN | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | M | 3 | 11/16/1981 |
| MURPHY | KRISTIN | COUNTY SOCIAL CASEWORK INTERN LOCAL | LANCASTER COUNTY CHILD WELFARE SERVICE | F | 3 | 11/20/1981 |
| MCNANY | ANDREA | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 12/14/1981 |
| CONNY | KATE | COUNTY SOCIAL CASEWORK INTERN LOCAL | LUZERNE COUNTY CHILD WELFARE SERVICE | F | 3 | 1/5/1982 |
| STOICSITZ | JESSICA | COUNTY SOCIAL CASEWORK INTERN LOCAL | LYCOMING COUNTY CHILD WELFARE SERVICE | F | 3 | 1/6/1982 |
| FARRELL | ERIN | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 2/5/1982 |
| RICKER | AMANDA | COUNTY SOCIAL CASEWORK INTERN LOCAL | YORK COUNTY CHILD WELFARE SERVICE | F | 3 | 2/16/1982 |
| BROSCHART | KAREN | COUNTY SOCIAL CASEWORK INTERN LOCAL | SULLIVAN COUNTY CHILD WELFARE SERVICE | F | 3 | 4/30/1982 |
| BUCHER | ALAINA | COUNTY SOCIAL CASEWORK INTERN LOCAL | DAUPHIN COUNTY CHILD WELFARE SERVICE | F | 3 | 5/17/1982 |

1/7/2005

Social Casework Intern by Birth Date

| Last Name | First Name | Title | Agency | Sex | | Birth Date |
|---|---|---|---|---|---|---|
| GRAHAM | DANIELLE | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 1 | 5/19/1982 |
| BURR | JENNIFER | COUNTY SOCIAL CASEWORK INTERN LOCAL | LYCOMING COUNTY CHILD WELFARE SERVICE | F | 3 | 8/12/1982 |
| POLKABLA | HEIDI | COUNTY SOCIAL CASEWORK INTERN LOCAL | ERIE COUNTY CHILD WELFARE SERVICE | F | 3 | 8/15/1982 |
| KOLIVOSKI | KAREN | COUNTY SOCIAL CASEWORK INTERN LOCAL | ERIE COUNTY CHILD WELFARE SERVICE | F | 3 | 8/18/1982 |
| ALLEN | LORRIE | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 10/7/1982 |
| GEIB | MELISSA | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 10/22/1982 |
| HEETER | KATHRYN | COUNTY SOCIAL CASEWORK INTERN LOCAL | LANCASTER COUNTY CHILD WELFARE SERVICE | F | 3 | 10/24/1982 |
| MILLER | LINDSEY | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 10/25/1982 |
| COLLINS | JESSICA | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 11/6/1982 |
| BROZ | JULIE | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 11/13/1982 |
| REEDY | MARY | COUNTY SOCIAL CASEWORK INTERN LOCAL | LEBANON COUNTY CHILD WELFARE SERVICE | F | 3 | 12/12/1982 |
| BINGEMAN | EMILY | COUNTY SOCIAL CASEWORK INTERN LOCAL | LANCASTER COUNTY CHILD WELFARE SERVICE | F | 3 | 1/7/1983 |
| EBY | LORI | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 1/23/1983 |
| BERGSTRESSER | JULIE | COUNTY SOCIAL CASEWORK INTERN LOCAL | LANCASTER COUNTY CHILD WELFARE SERVICE | F | 3 | 2/1/1983 |
| GOULDEN | DORI | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 3/15/1983 |
| GIRLARDO | CARAH | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 3 | 6/20/1983 |
| LUDOLFF | ROCHELLE | COUNTY SOCIAL CASEWORK INTERN LOCAL | BUTLER COUNTY CHILD WELFARE SERVICE | F | 3 | 6/23/1983 |

1/7/2005

Social Casework Intern by Birth Date

| LAST NAME | FIRST NAME | CLASS CODE/TITLE | AGENCY | SEX | RACE | BIRTH DATE |
|---|---|---|---|---|---|---|
| SANFORD | TANIKA | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | F | 1 | 6/28/1983 |
| MOYER | ALICIA | COUNTY SOCIAL CASEWORK INTERN LOCAL | LANCASTER COUNTY CHILD WELFARE SERVICE | F | 3 | 8/27/1983 |
| LONG | DANIEL | COUNTY SOCIAL CASEWORK INTERN LOCAL | ALLEGHENY CO CHILDREN & YOUTH AGENCY | M | 3 | 9/5/1983 |
| MILLER | LINDSEY | COUNTY SOCIAL CASEWORK INTERN LOCAL | DAUPHIN COUNTY CHILD WELFARE SERVICE | F | 3 | 9/11/1983 |
| HAY | SHANNON | COUNTY SOCIAL CASEWORK INTERN LOCAL | LANCASTER COUNTY CHILD WELFARE SERVICE | F | 3 | 9/21/1983 |

1/7/2005

Y725 Erie County CY Social Caseworke Intern

| CLASS CODE | CLASS CODE TITLE (DESCRIPTION) | LAST NAME | FIRST NAME | | BIRTH DATE | SEX |
|---|---|---|---|---|---|---|
| L0618 | COUNTY SOCIAL CASEWORK INTER | BARNEY | LEE | C | 7/31/1962 | M |
| L0618 | COUNTY SOCIAL CASEWORK INTER | STEWART | MELANIE | C | 11/9/1971 | F |
| L0618 | COUNTY SOCIAL CASEWORK INTER | ALMAGUER | ADRIANA | C | 12/19/1971 | F |
| L0618 | COUNTY SOCIAL CASEWORK INTER | WILT | RASHELL | C | 7/31/1980 | F |
| L0618 | COUNTY SOCIAL CASEWORK INTER | CROYLE | MEGAN | C | 3/23/1981 | F |
| L0618 | COUNTY SOCIAL CASEWORK INTER | POLKABLA | HEIDI | C | 8/15/1982 | F |
| L0618 | COUNTY SOCIAL CASEWORK INTER | KOLIVOSKI | KAREN | C | 8/18/1982 | F |

Page 1

1/27/2005



PENGAD 800-631-6989

DEPOSITION
EXHIBIT

tabbles

EXHIBIT
M

Y725 Erie County CY Caseworker 2 by gender

| CLASS CODE | CLASS TITLE | LAST NAME | FIRST NAME | | BIRTH DATE | SEX |
|---|---|---|---|---|---|---|
| L0624 | COUNTY CASEWORKER 2 | MOREY | JEFFERY | C | 2/1/1968 | M |
| L0624 | COUNTY CASEWORKER 2 | RINDERLE | RENE | C | 12/10/1974 | M |
| L0624 | COUNTY CASEWORKER 2 | BUCHANAN | GLENN | C | 10/1/1949 | M |
| L0624 | COUNTY CASEWORKER 2 | HUGHES | MICHAEL | C | 4/12/1963 | M |
| L0624 | COUNTY CASEWORKER 2 | ANGERER | EUGENE | C | 1/4/1951 | M |
| L0624 | COUNTY CASEWORKER 2 | PETTIS | ROBERT | C | 8/18/1952 | M |
| L0624 | COUNTY CASEWORKER 2 | MCCORMACK | LEON | C | 4/11/1960 | M |
| L0624 | COUNTY CASEWORKER 2 | FREY | LANCE | C | 7/30/1960 | M |
| L0624 | COUNTY CASEWORKER 2 | SIVERD | THOMAS | C | 6/30/1956 | M |
| L0624 | COUNTY CASEWORKER 2 | ANGERER | BETTY-JO | C | 9/21/1969 | F |
| L0624 | COUNTY CASEWORKER 2 | WALCZAK | KATHLEEN | C | 9/30/1960 | F |
| L0624 | COUNTY CASEWORKER 2 | BONGIORNO | LISA | C | 2/16/1972 | F |
| L0624 | COUNTY CASEWORKER 2 | NICHOLSON | JULIE | C | 9/3/1975 | F |
| L0624 | COUNTY CASEWORKER 2 | NIEDZIELSKI | TIFFANY | C | 11/20/1976 | F |
| L0624 | COUNTY CASEWORKER 2 | KALISZEWSKI | LINDSAY | C | 7/18/1982 | F |
| L0624 | COUNTY CASEWORKER 2 | LOFTON | STEPHANIE | C | 8/15/1963 | F |
| L0624 | COUNTY CASEWORKER 2 | GYURATZ | PATRICIA | C | 12/1/1962 | F |
| L0624 | COUNTY CASEWORKER 2 | JULIUS | REGINA | C | 2/15/1961 | F |
| L0624 | COUNTY CASEWORKER 2 | MOFFETT | ERICA | C | 7/13/1975 | F |
| L0624 | COUNTY CASEWORKER 2 | KIRKPATRICK | KRISTINE | C | 3/20/1978 | F |
| L0624 | COUNTY CASEWORKER 2 | RODGERS | TAMMY JO | C | 11/9/1965 | F |
| L0624 | COUNTY CASEWORKER 2 | WEIDNER | TRACEY | C | 4/8/1966 | F |
| L0624 | COUNTY CASEWORKER 2 | TROHOSKE | TINA | C | 10/22/1971 | F |
| L0624 | COUNTY CASEWORKER 2 | LEWIS | CYNTHIA | C | 7/8/1955 | F |
| L0624 | COUNTY CASEWORKER 2 | CLARK | JESSICA | C | 4/9/1980 | F |
| L0624 | COUNTY CASEWORKER 2 | HOFFMAN | AMY | C | 12/16/1967 | F |

1/27/2005



DEPOSITION EXHIBIT

PENGAD 800-631-6989

EXHIBIT

Y725 Erie County CY Caseworker 2 by gender

| CLASS | CLASS TITLE | LAST NAME | FIRST NAME | | BIRTHDATE |
|---|---|---|---|---|---|
| L0624 | COUNTY CASEWORKER 2 | LAMP | NATALIE | C | 1/11/1971 F |
| L0624 | COUNTY CASEWORKER 2 | VISZNEKI | REBEKAH | C | 8/19/1978 F |
| L0624 | COUNTY CASEWORKER 2 | SULLIVAN | BRIGITTE | C | 1/17/1956 F |
| L0624 | COUNTY CASEWORKER 2 | FRATTOLILLO | LAURA | C | 4/7/1957 F |
| L0624 | COUNTY CASEWORKER 2 | STEELBACH | NICOLE | C | 9/5/1982 F |
| L0624 | COUNTY CASEWORKER 2 | BARLOW | LILA | C | 4/5/1975 F |
| L0624 | COUNTY CASEWORKER 2 | MORAN | CYNTHIA | C | 10/12/1962 F |
| L0624 | COUNTY CASEWORKER 2 | HOWSER | JULIA | C | 9/16/1982 F |
| L0624 | COUNTY CASEWORKER 2 | BABCOCK | VICKIE | C | 1/6/1962 F |
| L0624 | COUNTY CASEWORKER 2 | KEPHART | EMILY | C | 4/3/1982 F |
| L0624 | COUNTY CASEWORKER 2 | HARDNER | KIMBERLY | C | 2/8/1981 F |
| L0624 | COUNTY CASEWORKER 2 | REA | BONITA | C | 8/11/1948 F |
| L0624 | COUNTY CASEWORKER 2 | MONTEITH | BARBARA | C | 10/26/1955 F |
| L0624 | COUNTY CASEWORKER 2 | SARDINI | DEBRA | C | 11/12/1954 F |
| L0624 | COUNTY CASEWORKER 2 | SHULTZ | ROBIN | C | 3/21/1966 F |
| L0624 | COUNTY CASEWORKER 2 | GWIN | JANENE | C | 12/6/1976 F |
| L0624 | COUNTY CASEWORKER 2 | GILLESPIE | EBONY | C | 9/13/1976 F |
| L0624 | COUNTY CASEWORKER 2 | JONES | TRACY | C | 7/15/1976 F |
| L0624 | COUNTY CASEWORKER 2 | ROGERSON | KIMBERLY | C | 4/22/1981 F |
| L0624 | COUNTY CASEWORKER 2 | ARKELIAN | LINDA | C | 7/22/1954 F |
| L0624 | COUNTY CASEWORKER 2 | WHITAKER | SUSAN | C | 6/2/1950 F |
| L0624 | COUNTY CASEWORKER 2 | GABER | DEBORAH | C | 3/29/1951 F |
| L0624 | COUNTY CASEWORKER 2 | SCHETTER | MICHELE | C | 11/20/1956 F |
| L0624 | COUNTY CASEWORKER 2 | JOHNSON | NICOLE | C | 7/31/1979 F |
| L0624 | COUNTY CASEWORKER 2 | FOOR | MAUREEN | C | 7/5/1966 F |
| L0624 | COUNTY CASEWORKER 2 | SNOW | MONICA | C | 9/28/1979 F |

1/27/2005

Y725 Erie County CY Caseworker 2 by birthdate

| CLASS CODE | CLASS CODE TITLE | LAST NAME | FIRST NAME | | BIRTH DATE | SEX |
|---|---|---|---|---|---|---|
| L0624 | COUNTY CASEWORKER 2 | REA | BONITA | C | 8/11/1948 | F |
| L0624 | COUNTY CASEWORKER 2 | BUCHANAN | GLENN | C | 10/1/1949 | M |
| L0624 | COUNTY CASEWORKER 2 | WHITAKER | SUSAN | C | 6/2/1950 | F |
| L0624 | COUNTY CASEWORKER 2 | WALCZAK | EUGENE | C | 1/4/1951 | M |
| L0624 | COUNTY CASEWORKER 2 | GABER | DEBORAH | C | 3/29/1951 | F |
| L0624 | COUNTY CASEWORKER 2 | BRUNO | PAMELA | C | 1/23/1952 | F |
| L0624 | COUNTY CASEWORKER 2 | BELL | JANIS | C | 3/9/1952 | F |
| L0624 | COUNTY CASEWORKER 2 | PETTIS | ROBERT | C | 8/18/1952 | M |
| L0624 | COUNTY CASEWORKER 2 | ARKELIAN | LINDA | C | 7/22/1954 | F |
| L0624 | COUNTY CASEWORKER 2 | SARDINI | DEBRA | C | 11/12/1954 | F |
| L0624 | COUNTY CASEWORKER 2 | LEWIS | CYNTHIA | C | 7/8/1955 | F |
| L0624 | COUNTY CASEWORKER 2 | MONTEITH | BARBARA | C | 10/26/1955 | F |
| L0624 | COUNTY CASEWORKER 2 | SULLIVAN | BRIGITTE | C | 1/17/1956 | F |
| L0624 | COUNTY CASEWORKER 2 | SIVERD | THOMAS | C | 6/30/1956 | M |
| L0624 | COUNTY CASEWORKER 2 | SCHETTER | MICHELE | C | 11/20/1956 | F |
| L0624 | COUNTY CASEWORKER 2 | PIERSON | CYNTHIA | C | 11/29/1956 | F |
| L0624 | COUNTY CASEWORKER 2 | RATTOLILLO | LAURA | C | 4/7/1957 | F |
| L0624 | COUNTY CASEWORKER 2 | MCCORMACK | LEON | C | 4/11/1960 | M |
| L0624 | COUNTY CASEWORKER 2 | FREY | LANCE | C | 7/30/1960 | M |
| L0624 | COUNTY CASEWORKER 2 | WALCZAK | KATHLEEN | C | 9/30/1960 | F |
| L0624 | COUNTY CASEWORKER 2 | JULIUS | REGINA | C | 2/15/1961 | F |
| L0624 | COUNTY CASEWORKER 2 | KOHLER | MARY | C | 7/3/1961 | F |
| L0624 | COUNTY CASEWORKER 2 | LAWTON | ANGELA | C | 10/18/1961 | F |
| L0624 | COUNTY CASEWORKER 2 | BABCOCK | VICKIE | C | 1/6/1962 | F |
| L0624 | COUNTY CASEWORKER 2 | TOBIN | RETA | C | 4/12/1962 | F |
| L0624, | COUNTY CASEWORKER 2 | MORAN | CYNTHIA | C | 10/12/1962 | F |

Page 1



PENGAD 800-631-6989

DEPOSITION EXHIBIT

2.0

tabbies

EXHIBIT

1/27/2005

| Class Code | Class Title | Last Name | First Name | | Birthdate | |
|---|---|---|---|---|---|---|
| L0624 | COUNTY CASEWORKER 2 | GYURATZ | PATRICIA | C | 12/1/1962 | F |
| L0624 | COUNTY CASEWORKER 2 | HUGHES | MICHAEL | C | 4/12/1963 | M |
| L0624 | COUNTY CASEWORKER 2 | TATE-BURNS | SANDRA | C | 7/1/1963 | F |
| L0624 | COUNTY CASEWORKER 2 | LOFTON | STEPHANIE | C | 8/15/1963 | F |
| L0624 | COUNTY CASEWORKER 2 | BELL | LINDA | C | 2/24/1965 | F |
| L0624 | COUNTY CASEWORKER 2 | RODGERS | TAMMY JO | C | 11/9/1965 | F |
| L0624 | COUNTY CASEWORKER 2 | SHULTZ | ROBIN | C | 3/21/1966 | F |
| L0624 | COUNTY CASEWORKER 2 | WEIDNER | TRACEY | C | 4/8/1966 | F |
| L0624 | COUNTY CASEWORKER 2 | FOOR | MAUREEN | C | 7/5/1966 | F |
| L0624 | COUNTY CASEWORKER 2 | HOFFMAN | AMY | C | 12/16/1967 | F |
| L0624 | COUNTY CASEWORKER 2 | MOREY | JEFFERY | C | 2/1/1968 | M |
| L0624 | COUNTY CASEWORKER 2 | VALIMONT | CYNTHIA | C | 3/17/1968 | F |
| L0624 | COUNTY CASEWORKER 2 | WICKSTROM | DARLENE | C | 11/18/1968 | F |
| L0624 | COUNTY CASEWORKER 2 | WOLF | ISABELLE | C | 6/11/1969 | F |
| L0624 | COUNTY CASEWORKER 2 | ANGERER | BETTY-JO | C | 9/21/1969 | F |
| L0624 | COUNTY CASEWORKER 2 | LAMP | NATALIE | C | 1/11/1971 | F |
| L0624 | COUNTY CASEWORKER 2 | HAMMILL | YVONNE | C | 10/7/1971 | F |
| L0624 | COUNTY CASEWORKER 2 | ROHOSKE | TINA | C | 10/22/1971 | F |
| L0624 | COUNTY CASEWORKER 2 | BONGIORNO | LISA | C | 2/16/1972 | F |
| L0624 | COUNTY CASEWORKER 2 | RINDERLE | RENE | C | 12/10/1974 | M |
| L0624 | COUNTY CASEWORKER 2 | BARLOW | LILA | C | 4/5/1975 | F |
| L0624 | COUNTY CASEWORKER 2 | MOFFETT | ERICA | C | 7/13/1975 | F |
| L0624 | COUNTY CASEWORKER 2 | HAMPSEY | AMY | C | 7/20/1975 | F |
| L0624 | COUNTY CASEWORKER 2 | NICHOLSON | JULIE | C | 9/3/1975 | F |
| L0624 | COUNTY CASEWORKER 2 | MESSENGER | LORI | C | 3/20/1976 | F |
| L0624 | COUNTY CASEWORKER 2 | JONES | TRACY | C | 7/15/1976 | F |

Y725 Erie County CY Caseworker 2 by birthdate

| CLASS CODE | CLASS TITLE | LAST NAME | FIRST NAME | M.I. | BIRTHDATE | SEX |
|---|---|---|---|---|---|---|
| L0624 | COUNTY CASEWORKER 2 | GILLESPIE | EBONY | C | 9/13/1976 | F |
| L0624 | COUNTY CASEWORKER 2 | NIEDZIELSKI | TIFFANY | C | 11/20/1976 | F |
| L0624 | COUNTY CASEWORKER 2 | GWIN | JANENE | C | 12/6/1976 | F |
| L0624 | COUNTY CASEWORKER 2 | PAVOLKO | STEPHANIE | C | 1/22/1977 | F |
| L0624 | COUNTY CASEWORKER 2 | KIRKPATRICK | KRISTINE | C | 3/20/1978 | F |
| L0624 | COUNTY CASEWORKER 2 | ADAMS | SONYA | C | 3/22/1978 | F |
| L0624 | COUNTY CASEWORKER 2 | VISZNEKI | REBEKAH | C | 8/19/1978 | F |
| L0624 | COUNTY CASEWORKER 2 | JOHNSON | NICOLE | C | 7/31/1979 | F |
| L0624 | COUNTY CASEWORKER 2 | SNOW | MONICA | C | 9/28/1979 | F |
| L0624 | COUNTY CASEWORKER 2 | CLARK | JESSICA | C | 4/9/1980 | F |
| L0624 | COUNTY CASEWORKER 2 | HARDNER | KIMBERLY | C | 2/8/1981 | F |
| L0624 | COUNTY CASEWORKER 2 | ROGERSON | KIMBERLY | C | 4/22/1981 | F |
| L0624 | COUNTY CASEWORKER 2 | KEPHART | EMILY | C | 4/3/1982 | F |
| L0624 | COUNTY CASEWORKER 2 | KALISZEWSKI | LINDSAY | C | 7/18/1982 | F |
| L0624 | COUNTY CASEWORKER 2 | SEELBACH | NICOLE | C | 9/5/1982 | F |
| L0624 | COUNTY CASEWORKER 2 | HOWSER | JULIA | C | 9/16/1982 | F |

Page 3

1/27/2005

# MANAGEMENT DIRECTIVE

**580.38**
Number

*COMMONWEALTH OF PENNSYLVANIA*

*GOVERNOR'S OFFICE*

**Subject:**

### Use of Intern Job Titles in the Classified Service

| By Direction Of: | Date: |
|---|---|
| *Ronald K. Rowe* | October 8, 2004 |
| Ronald K. Rowe, Executive Director, State Civil Service Commission | |

> This directive contains policy and procedures for the selection and professional development of interns for entrance into state government career positions. Also, *Management Directives 515.17, Computer Systems Intern Program* dated August 29, 1989; *515.19, Accounting Intern Program* dated October 7, 1985; and *580.36, Engineering Intern Program* dated January 14, 1994, are rescinded by this directive.

1. **PURPOSE.** To establish policy and procedures for selecting interns in state government career positions.

2. **SCOPE.** Applies to all state agencies with classified service positions identified in *§ 3(d), Civil Service Act of August 5, 1941, P. L. 752,* as amended.

3. **OBJECTIVES.**

   a. To provide an intensive training and work experience period for selected college students who are interested in a career in state government.

   b. To promote interns who successfully complete the training and work experience period to a trainee or working level job title.

   c. To advise interns that they will be eligible to return to state government employment upon successful completion of their collegiate studies.

   d. To attract students with high potential for government work in the appropriate field and to supplement, not replace, existing efforts to recruit college graduates.





4.  POLICY.

   a.  For all benefit purposes, interns shall be considered temporary and processed accordingly.   Due to program intent and need for uniformity, the Engineering Intern and Engineering Technician Intern job titles will be excluded from the Leave and Holiday Program System (see *Manual M530.7, Leave and Holiday Programs*). No accumulation or use of annual, sick, or personal leave will be granted during the internship.   Leave of absence without pay (LWOP) status shall be applied to intern leaves of absence.   When successful interns return to permanent state government employment, their credited service time will be adjusted to reflect time worked as an intern for purposes of future leave accrual.

   b.  Interns must meet the minimum experience and training requirement, be appointed from an eligible list, and serve a minimum of a six-month probationary period.

   c.  Interns who satisfactorily perform their training and work experience and demonstrate dependability shall be placed on LWOP in probationary status when returning to college.  Extension of the limited-term wage position will be considered to accommodate an intern's LWOP status.  The length of the extension should coincide with the intern's anticipated graduation and return date.

   d.  Employing agencies will make every effort to return interns from LWOP.   Appropriate contacts will be maintained with them following return to college and confirmation of job offers will be made in a timely manner.  Agencies unable to confirm job offers must immediately notify the Human Resource Development Division (HRDD), OA.   Other agencies will then be contacted by the HRDD so that job offers can be extended to interns.

   e.  To be eligible to be returned to state government employment after completing the six-month internship, the intern must have graduated from college, on a timely basis, with the minimum credits required for the job title.

   f.  Interns returned from LWOP shall be promoted to the appropriate job titles as identified in Enclosure 1.

   g.  Interns promoted to an entry level job title will be assigned regular civil service status.   Interns promoted to a trainee job title will be assigned probationary civil service status.   The combined intern/trainee probationary period may not exceed 24 months.   Promotions from a trainee job title to the entry level job title will be with regular status.   Employees will not attain regular status as an intern or a trainee.

   h.  **References.**  *Sections 506, 602, 603, and 701 of the Civil Service Act; 4 Pennsylvania Code 97.3, 97.37, and 101.31; Management Directives 505.2, Salaried Complement Management System, 535.5, Use of Trainee Classes in the Classified Service, 580.2, Civil Service Availability Survey/Interview Notice, 580.8, Classified Service Probationary Periods, and 580.10, Rights of Certified Eligibles in the Classified Service; and Manuals M530.7, Leave and Holiday Programs, and M580.1, Certification of Eligibles for the Classified Service.*

5.  RESPONSIBILITIES.

   a.  **Agencies** shall use the intern job title to train and develop college students for career employment in the appropriate field.  **EXAMPLE:**  Engineering Intern shall be trained and developed for an engineering career.

   b.  **Intern Applicants** shall meet the minimum experience and training requirements and:

      **(1)**  obtain written approval from their college to participate in the internship program and provide written proof that credit requirements have been met.

**(2)** be willing to temporarily relocate, if necessary, and adjust their curriculum to accommodate the internship period.

**c.** **The State Civil Service Commission (SCSC)** shall recruit and examine candidates and establish employment lists for interns pursuant to *Section 506 of the Civil Service Act*.

**d.** **The Office of Administration (OA)** shall:

**(1)** approve all limited-term wage positions for each internship.

**(2)** assist agency training officers by serving as a consultant on developing the Work-Training Plan (WTP) (see Enclosure 2).

6. **PROCEDURES.**

**a.** **SCSC.** Recruits, examines, and establishes eligible lists for intern job titles.

**b.** **Employing Agency.**

**(1)** Requests the creation of limited-term wage positions (see *Management Directive 505.2*).

**(a)** If approved, proceeds to paragraph (2).

**(b)** If disapproved, stops action.

**(2)** Prepares WTP (completed by the supervisor of the position assisted by agency training officer) for each intern to be hired.  See Enclosure 2.

**c.** **Agency Training Officer.** Notifies the requesting supervisor of acceptance or rejection within 10 workdays of receipt of the completed plan.  In case of rejection, submits the reason in writing.

**d.** **Employing Agency.** Requests Certification of Eligibles pursuant to *Part D, Manual M580.1*.

**e.** **SCSC.** Issues Form SCSC-91, Certification of Eligibles, and sends to employing agency.

**f.** **Employing Agency.**

**(1)** Processes appointments after selections are made.

**(2)** Meets with intern(s) to discuss conditions of employment and to verify understanding of WTP. Then, periodically meets to review progress as outlined in the WTP.

**(3)** Maintains file for each intern to include progress, development, evaluation, problems, etc.

**g.** **HRDD.** Consults with training officer who monitors quality of training and work experiences provided by employing agency.

**h.** **Employing Agency.**

**(1)** Determines which interns are performing:

**(a)** satisfactorily and proceeds to paragraph (2).

**(b)**   unsatisfactorily and proceeds to paragraph (4).

**(2)**   Requests extension of limited-term wage position from OA.   The length of the extension should coincide with the anticipated graduation date and return date of the intern.

**(3)**   Places interns who satisfactorily perform the training and work experience on LWOP while in probationary status to return to college.

**(4)**   Removes interns who are not satisfactorily performing their training and work experience.

**(5)**   Maintains contact with each intern on LWOP.

**(6)**   Contacts each intern prior to LWOP return date to determine if the intern will return.

**(a)**   If yes, determines date intern is to be promoted   **NOTE:**   The intern must have satisfactorily completed at least 6 months of training and work experience.

**(b)**   If no, processes intern's resignation during or at completion of LWOP.

**(7)**   Verifies that the intern has graduated from college with the minimum credits needed to qualify for the trainee or entry level job title to which return is contemplated.

**(8)**   Returns intern from LWOP.

**(9)**   Promotes intern timely, using Action Code ZD, Reason Code 41 and Certification Number 99415.

**(10)**   Adjusts credited service time for each intern.

2 Enclosures:

1 — Classified Service Intern Job Titles
2 — Guidelines for Developing Individual Work-Training Plans for Interns

## CLASSIFIED SERVICE INTERN JOB TITLES

| Intern Job Code | Working-Level/Trainee Job Code | Intern Job Title |
|---|---|---|
| 01600 | | Information Technology Intern |
| | 01541* | Information Technology Generalist 1 |
| | 01511* | Distributed Systems Specialist 1 |
| | 01521* | Applications Developer 1 |
| 08900 | | Accounting Intern |
| | 03020* | Accountant 1 |
| | 08850* | Accounting Systems Analyst 1 |
| | 03700* | Audit Specialist 1 |
| | 03900* | Revenue Field Auditor 1 |
| 1110A-F | | Engineering Intern (All parentheticals) |
| | 11119 | Civil Engineer Trainee |
| 12015 | | Engineering Technician Intern |
| | 12010 | Engineering Technician |
| 44825 | | Vocational Rehabilitation Counselor Intern |
| | 44828* | Vocational Rehabilitation Counselor 1 |
| | 44830* | Vocational Rehabilitation Deaf & Hard of Hearing |

*Working-level job title(s) to be identified by user agency subject to OA and SCSC review and approval.

Requests for the use of job titles not listed should be sent to the Human Resource Development Division, Bureau of Workforce Planning and Development, OA, for state agencies and the SCSC for non-state agencies

**Current as of Executive Board Amendment No. 641**

### GUIDELINES FOR DEVELOPING INDIVIDUAL
### WORK-TRAINING PLANS FOR INTERNS

The following applies to the development of individual work-training plans.  Each will:

1.  Begin with a brief general statement of purpose to include the following elements:

    a.  Space for intern's name,  social security number, employee number for state agencies,  work location, and telephone number.
    b.  Name of the department/commission/bureau/division/etc. providing the internship.
    c.  Beginning and ending dates of the internship
    d.  Specific internship experiences to be provided
    e.  Intern job title and trainee/working level job title.

2.  Identify specific performance-based objectives to be accomplished by the conclusion of the internship.

    a.  Each objective should describe what the intern should be able to do.
    b.  Specific learning objectives should be stated for internship experiences provided by each assigning division/unit/etc

3.  Identify the person responsible for training.

4.  Include a schedule of internship experiences to identify the step-by-step training process.  For each learning event,  the schedule should contain:

    a.  Identification of learning need and what outcomes are expected.
    b.  Method for meeting each need
    c.  Sources and/or resources needed to provide each learning event.
    d.  Time frames for accomplishment.
    e.  Name and job title of each supervisor.

5.  Identify all essential in-service and out-service training experiences to include:

    a.  Purpose.
    b.  Objectives.
    c.  Time frame.
    d.  Source

6.  Identify the evaluator of the intern's performance for each phase of the internship experience.

7.  Provide name,  position,  date,  and signature of intern's supervisor

8.  Provide name,  position,  date,  and signature of intern.

9.  Give a statement of approval or disapproval, including name, position, date, and signature of agency human resource/training officer.   If disapproval is recommended,  the reasons must be stated

Dear Internship Candidate:

The State Civil Service Commission is recruiting for **County Social Casework Intern**. Students hired as interns work for local government agencies, such as, Children and Youth and Mental Health/Mental Retardation Units. <u>**Preference in hiring is given to county residents where the vacancy may exist!**</u>

Interested candidates, before applying, may want to contact the hiring agencies (telephone numbers can be found in the local directory) to determine if they will be hiring any County Social Casework Interns.

The internship provides valuable work experience, possible college credits and eligibility for full-time employment after graduation.

To qualify, interested students must be enrolled in a bachelor's degree program in the behavioral sciences or a related field with junior standing.

Good luck!  If you need further information, please let me know.

Sincerely,

Benito Martinez
Human Resource Analyst

CC: File



PENGAD 800-631-6989

DEPOSITION
EXHIBIT

Z Z

| | |
|---|---|
| You must submit <u>Application Supplement No. 1988-984-2</u> with your Application for Employment/Promotion. | TEST ANNOUNCEMENT NUMBER: 1988-984 AMENDED AND REISSUED: August 24, 2001 |

**Commonwealth of Pennsylvania**
**State Civil Service Commission**

Examination

for

**COUNTY SOCIAL CASEWORK INTERN**
**(Local Government)**

NO WRITTEN TEST REQUIRED

| Exam. No. 1. | Job Title County Social Casework Intern | Job Code L0618 | Pay Schedule and Range * |
|---|---|---|---|

*Local government salaries vary. Contact the Personnel Office of the local government agency where you are interested in working for specific information.

APPLICATIONS WILL BE ACCEPTED UNTIL FURTHER NOTICE.

| | |
|---|---|
| **NATURE OF WORK** | **JOB REQUIREMENTS** |
| **JOB OPPORTUNITIES** | **TESTING** |
| **TEST RESULTS** | **HOW TO APPLY** |

## NATURE OF WORK

This is work of a training nature involving the performance of social casework duties. Employees participate in a structured six-month internship program in a local government agency, such as Children, Youth and Families, Mental Health/Mental Retardation, Drug and Alcohol, Area Agencies on Aging or other human services agencies. Interns may elect to serve one continuous six-month internship or two three-month internships. The six-month internship occurs sometime between the end of the first semester of the junior year and graduation. The two three-month internships occur sometime between the end of the first semester of the junior year and approximately three months after graduation. (Variations of these time periods may be possible.)

Assignments are structured to provide practical work experience which applies general social work principles in order that knowledge acquired through course curriculum are transformed into working skills. Upon completion of the internship period, the employee can function competently in the field of social services. The intent of this program is to prepare employees and provide career opportunities for full-time employment in the field of social services.

## JOB REQUIREMENTS

Please make sure you meet all requirements. If after reading the requirements you are not sure you qualify, contact one of the Commission's offices listed at the end of this announcement.

You must be of good moral character and able to perform the essential functions of the job.

Some of the positions in these job titles come under the provisions of the Child Protective Services Law. If you are a final candidate for one of these positions, you will have to provide reports on your background from such sources as the Pennsylvania State Police and the Pennsylvania Department of Public Welfare. If you are a final candidate and not a Pennsylvania resident, you must also obtain a report of Federal Criminal History Record Information from the Federal Bureau of Investigation. If your background is unacceptable, you will be disqualified for employment in such positions. You will receive information about these requirements and how to obtain the required reports at the time you are being considered for employment.

Some of the positions in these job titles come under the provisions of the Older Adults Protective Services Act. If you are a final candidate for one of these positions, you will have to obtain a report of criminal record information from the Pennsylvania State Police or a statement that the State Police Central Repository contains no information relating to you. If you are a final candidate and not currently a Pennsylvania resident, or if you are currently a Pennsylvania resident and a final candidate but have not been a resident for two years prior to the date that you received notification that you are a final candidate, you are also required to furnish a report of Federal Criminal History Record Information from the Federal Bureau of Investigation. If your background is unacceptable, you will be disqualified for employment in such positions. You will receive information about this requirement and how to obtain the required reports at the time you are being considered for employment.

Minimum Requirements:
Enrollment as a full-time student with junior standing in an accredited undergraduate bachelor's degree program in sociology, social welfare, psychology, gerontology, or other related social sciences; completion of the first semester of the junior year (or 75 credits); and satisfactory completion of fifteen (15) credits in one of the major fields of study.

NOTE:   Students who anticipate meeting the Minimum Requirements at the end of their current semester may apply. Selection for participation in the Intern program is conditional upon successful completion of the required education.

## JOB OPPORTUNITIES

## EQUAL OPPORTUNITY EMPLOYER

These positions are located throughout the State in local government Children, Youth and Families, Mental Health/Mental Retardation, and Drug and Alcohol programs, Area Agency on Aging (AAA) offices, and other human services agencies.

<u>There are no current positions or expected future job openings in Philadelphia.</u>

Employment preference may be given to residents in counties in which these job are located.

Employment preference may be granted to individuals aged 60 and over for jobs with the Area Agency on Aging Offices.

For the most recent information on job opportunities, contact the office(s) of the county program(s) where you are interested in working. See your local telephone directory for addresses and telephone numbers.

## TESTING

You will be rated on your experience and training. Your score will be based on what you report on your Application for Employment/Promotion and Application Supplement.

If you take the test and want to take it again, you may be retested after six months from the date of your "Notice of Examination Results." A new application and application supplement are required for a retest.

If your name is on an eligible list for these jobs and you take this test, your most recent examination result will be the only one counted.

## TEST RESULTS

County and State employment lists will be established. You will be notified in writing of your test results.

## HOW TO APPLY

<u>Applications</u>, <u>Application Supplement No. 1988-984-2</u> and further information can be obtained from:

1.    State Civil Service Commission:

   <u>Harrisburg</u>: 2nd Level, Strawberry Sq. Complex,
   320 Market St., P.O. Box 569, Hbg., 17108-0569;
   Telephone (Voice) (717) 783-3058, Text Telephone
   **(Deaf/Hard-of-Hearing callers only)** (717) 772-2685

   <u>Philadelphia</u>: 2nd Floor, 10 South 11th St., Phila., 19107;
   Telephone (Voice) (215) 560-2253, Text Telephone
   **(Deaf/Hard-of-Hearing callers only)** (215) 560-4367

   <u>Pittsburgh</u>: State Office Building, Rm. 1503, 300 Liberty Ave.,
   Pgh., 15222; Telephone (Voice) (412) 565-7666, Text Telephone
   **(Deaf/Hard-of-Hearing callers only)** (412) 565-2484

   <u>Internet</u> at http://www.scsc.state.pa.us

2.    Team Pennsylvania CareerLink Centers

3.    The county government programs listed under the "JOB OPPORTUNITIES" section of this

announcement

You must submit your application directly to the State Civil Service Commission, Bureau of Information Technology Systems, P.O. Box 569, Harrisburg, PA 17108-0569.

For further information on testing, assistance for persons with disabilities, veterans' preference and other items, refer to the instructions provided with the "Application for Employment/Promotion."

Return to Summary of Civil Service Examination Programs

# bemartinez

\\server\name

PSCRIPT Page Separator

Rev. 7/01

| SCSC USE | | Social Security Number | | | | | | | | |

<table>
<tr><td colspan="2">SCSC USE</td></tr>
<tr><td></td><td></td></tr>
<tr><td>Total Score</td><td>Evaluator</td></tr>
</table>

**COMMONWEALTH OF PENNSYLVANIA**
**State Civil Service Commission**

**APPLICATION SUPPLEMENT NO. 1988-984-2**

**FOR**

**COUNTY SOCIAL CASEWORK INTERN**
**(L0618)**

BE SURE TO READ ANNOUNCEMENT NO. 1988-984 THOROUGHLY BEFORE YOU COMPLETE THIS SUPPLEMENT. THE ANNOUNCEMENT PROVIDES INFORMATION ON MINIMUM REQUIREMENTS, JOB DUTIES, EXAMINATION AND OTHER INFORMATION.

If you have any questions about eligibility for this job or about completing this Supplement or your Application for Employment/Promotion, contact one of the Pennsylvania Civil Service Commission's offices. The addresses and telephone numbers are listed at the end of the announcement.

**SECTION A – MINIMUM JOB REQUIREMENTS**
The following requirements must be met by all applicants.

1. Have you been or are you currently enrolled as a full-time student with junior standing in an accredited undergraduate bachelor's degree program?

Yes _____  No _____

School _____

Address _____

Graduation Date _____

2. Have you completed (by the end of the first semester of your junior year) 75 credits, which include completion of fifteen credits in your field of study? (Attach a transcript or a copy of a transcript.)

Yes _____  No _____

List field of study: _____

If you answered "No" to either of the above questions, do not complete the remainder of this Application Supplement and do not apply for this job title.

| Social Security Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

If you answered "Yes" to both of the above questions, complete the rest of this Application Supplement.

## SECTION B – REPORTING YOUR EXPERIENCE AND TRAINING

Your Application and Application Supplement will be used to determine if you meet the minimum requirements for this job. It also will be used to rate your qualifications. The data you submit must be complete and accurate.

Before you complete this Supplement, please review it completely to familiarize yourself with the information you should report. Please type or print legibly. When reporting your training, list your college coursework under the appropriate subject area. When reporting your experience, be sure to report who you were employed by, your job title, when you were employed, and the section of your application where you reported this information. Enter your Social Security Number on all pages. Do not attach a resume and make remarks such as "see attached resume" to indicate your experience and/or training. Resumes do not usually contain sufficient detail as requested in this Supplement.

After you have finished, sign and date the statement in Section C on the last page of this Supplement.

2

| Social Security Number | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| | | | | | | | | |

## 1. TRAINING

Listed below are a number of subject areas considered appropriate to the work of a County Social Casework Intern. Indicate under each Subject Area heading the specific courses (and course numbers) you have successfully completely or expect to complete shortly. If a course covers two or more subject areas, list it under the major subject area covered. Do not list any course more than once.

| Subject Area | Sem. Hrs. | Subject Area | Sem. Hrs. |
|---|---|---|---|
| A. Social Work | | F. Community Development | |
| B. Sociology | | G. Counseling | |
| C. Social Welfare | | H. Psychology | |
| D. Gerontology | | I. Technical Report Writing/Speech | |
| E. Interpersonal Relations | | | |

J. List below other courses you believe are related and should be considered in your rating.

K. List below (school related) clubs, extra-curricular activities in which you are a participating member, which are related to the subject areas listed above.

3

| Social Security Number |
|---|
|  |  |  |  |  |  |  |  |  |

2.  EXPERIENCE

| Provide the following information for each area of work experience: <br> Employer <br> Job Title <br> Dates (From/To) <br> Application Section | Describe your work experience (paid or volunteer) relating to the job of County Social Casework Intern.  This should include internships, practicums, and/or field placements.  Experience can be in any of the areas listed below. |
|---|---|
|  | Counseling <br><br><br><br> |
|  | Social Welfare Institutions <br><br><br><br> |
|  | Gerontology <br><br><br><br> |
|  | Community Development <br><br><br><br> |
|  | Any Other Related Field <br><br><br><br> |

4

| Social Security Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

## SECTION C - AUTHENTICATION

I understand this Supplement and all additional sheets attached to it constitute part of my Civil Service Application for Employment/Promotion. I further understand that the oath attesting to the accuracy of the Application applies as well to all information presented in this Supplement and attachments. If requested, I will provide documentation and the names, addresses and phone numbers of persons who can verify the validity of the claims I make in this Supplement and the information reported elsewhere as part of this Application.

_____          _____
Signature of Applicant                                    Name (Please Print)

_____          _____
Daytime Telephone Number                              Date

_____          _____
Address                                      City          State      Zip Code

PLEASE NOTE THAT THE RATING AND SCORING OF YOUR QUALIFICATIONS ARE A TEST. FOR THIS REASON, IT IS IMPORTANT THAT YOU SUBMIT COMPLETE AND ACCURATE DATA ABOUT YOUR BACKGROUND. ALL INFORMATION YOU SUPPLY IN CONNECTION WITH YOUR APPLICATION, AND THE CLAIMS YOU MAKE IN THIS SUPPLEMENT ARE SUBJECT TO VERIFICATION. ANY MISREPRESENTATION, FALSIFICATION OR OMISSION OF MATERIAL FACTS IS SUBJECT TO PENALTY.

| SCSC-1 Rev. 4/03 | Commonwealth of Pennsylvania State Civil Service Commission P.O. Box 569 Harrisburg, PA 17108-0569 | **Application for Employment/Promotion** |
|---|---|---|

**Official Use Only** | **1. YOUR SOCIAL SECURITY NUMBER**

**2. PRINT YOUR NAME, ADDRESS, TELEPHONE NUMBERS, AND E-MAIL ADDRESS.**

| Prefix: (e.g., Mr., Mrs., Ms.) | | First Name: | | MI: |
|---|---|---|---|---|
| Last Name: | | | Suffix: (e.g., Esq., Jr., III) | |
| Street Address: | | | | |
| City: | | State: | Zip Code: | |
| Daytime Phone: | | Evening Phone: | | |
| E-mail Address: | | | | |

**3. HAVE YOU READ THE TEST ANNOUNCEMENT TO ENSURE THAT YOU MEET THE MINIMUM REQUIREMENTS FOR THE JOB TITLE(S)?** ☐ YES ☐ NO

*Current test announcements are available on our website ([www.scsc.state.pa.us](www.scsc.state.pa.us)), from our offices in Harrisburg, Philadelphia and Pittsburgh and at Team Pa CareerLink offices.*

**4. JOB TITLES APPLIED FOR?**

Test Announcement Number: _____ *(You must submit a separate application for each test announcement.)*

| Job Title | Job Code |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**5. IF THERE IS A WRITTEN TEST, WHERE DO YOU WANT TO BE TESTED?** *Check only one location.*

| Harrisburg | Philadelphia | Pittsburgh | Allentown | Erie | Johnstown | Lock Haven | Scranton |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**6. DO YOU MEET THE PENNSYLVANIA RESIDENCY REQUIREMENT?** *The test announcement will state if residency is required. Pennsylvania residency requirements are explained in #6 of the "Instructions for the Application for Employment/Promotion"* ☐ Yes ☐ No

**7. ARE YOU CLAIMING VETERANS' PREFERENCE?** *If "Yes," proof of eligibility, DD Form 214 or other document, must be furnished for initial claim. Send a copy, not the original, as the document CANNOT be returned.* ☐ Yes ☐ No

**8. DO YOU HAVE A CURRENT DRIVER'S LICENSE WHICH IS NOT UNDER SUSPENSION?** ☐ Yes ☐ No

If "YES," enter state and number. **State** | **Number**

**9. LIST LICENSES OR CERTIFICATES WHICH DIRECTLY RELATE TO THE QUALIFICATIONS OF THE JOB TITLE(S) FOR WHICH YOU ARE APPLYING:** *Give license numbers and expiration dates. Examples: engineer, beautician, nurse, lifeguard, commercial driver's license with endorsements*

**EQUAL OPPORTUNITY EMPLOYER**

1

**Your Social Security Number** | | | | | | | | | |

---

**10. TRANSING** *Educational credits may be verified if offered a job. An Official Transcript (the only acceptable proof of claimed education) may be requested at that time.*

| TRAINING | Name and Address | Dates attended | | No. of credits completed | | Did you graduate? | Type Degree Rec'd (ex. AA, BA, BS , MA) | Major course of study |
|---|---|---|---|---|---|---|---|---|
| | | From | To | Semester hrs. | Clock hrs. | | | |
| High School | | | | | | | | |
| Technical, Business or Other Training | | | | | | | | |
| | | | | | | | | |
| College, University or Professional School | | | | | | | | |
| | | | | | | | | |

---

**11. EXPERIENCE** *Include paid employment, volunteer work, and military service that helps to qualify you for the job. If your title and duties changed in the course of your work with one employer, **describe** the changed duties in a new block. For each job, supply all details of your duties needed to correctly describe your work. State size and kind of work force, if any, supervised by you and extent of such supervision. Attach additional sheets if needed. List the question number and your social security number on each attached sheet.*

| A. <u>Present or most recent</u> From: Mo. Yr. To: Mo. Yr. | Name of Employer: | Address: | OFFICIAL USE ONLY | |
|---|---|---|---|---|
| | | | Evaluation | Verification |
| Total time spent Yrs. Mos. | Type of Business: | Your Title: | Name and Title of Your Supervisor: | |
| Total hours worked weekly | Duties: | | | |
| Yearly Salary Starting $_____ Present/Ending $ | | | | |

**Your Social Security Number** | | | | | | | | |

## EXPERIENCE

**B.**

| From: | Mo. | Yr. |
| To: | Mo. | Yr. |

**Total time spent**
Yrs.                          Mos.

**Total hours worked weekly**

**Yearly Salary**
Starting  $_____
Ending    $

**Name of Employer:**

**Address:**

| OFFICIAL USE ONLY | |
|---|---|
| Evaluation | Verification |

**Type of Business:**

**Your Title:**

**Name and Title of Your Supervisor:**

**Duties:**

---

**C.**

| From: | Mo. | Yr. |
| To: | Mo. | Yr. |

**Total time spent**
Yrs.                          Mos.

**Total hours worked weekly**

**Yearly Salary**
Starting  $_____
Ending    $

**Name of Employer:**

**Address:**

| OFFICIAL USE ONLY | |
|---|---|
| Evaluation | Verification |

**Type of Business:**

**Your Title:**

**Name and Title of Your Supervisor:**

**Duties:**

**EQUAL OPPORTUNITY EMPLOYER**

3

**Your Social Security Number** | | | | | | | | |

---

**12. EMPLOYMENT QUESTIONNAIRE** *This information is used in sending the names of successful applicants to hiring agencies. PLEASE COMPLETE ALL QUESTIONS. If you do not, you may limit your chances for employment.*

**A. WHAT KIND(S) OF EMPLOYMENT WILL YOU ACCEPT?** *(Check all that apply.)*

Career Appointment (Standard workweek, year round) ☐

Part-Time (Less than standard workweek, usually year round) ☐

Temporary up to 12 months (Standard workweek) ☐

Seasonal (Standard workweek, less than year round) ☐

---

**B. WHEN CAN YOU START WORK?** *If not immediately provide date.*

| | Month | Day | Year |
|---|---|---|---|
| | | | 2 0 |

---

**C. COUNTY WHERE YOU LIVE?** *Codes are on Page 6. If you do not live in Pennsylvania, enter "99."*

---

**D. LOCATIONS WHERE YOU WILL ACCEPT EMPLOYMENT?** *Use the codes on Page 6. Be sure to include the county code where you live, unless you do not want to work there. Refer to the test announcement or contact the hiring agency for job locations. Choose locations where the jobs exist. If you don't accept a job offer, your name may be removed from the list.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|

---

**E. CAN YOU COMMUNICATE IN A LANGUAGE OTHER THAN ENGLISH?** *For some jobs it is important to be able to speak with persons of different cultures and backgrounds. If you check any box or list additional languages in response to this question, you may be required to submit additional proof or participate in an oral interview.*

☐ Spanish   ☐ Russian   ☐ Vietnamese   ☐ Cambodian   ☐ Other (Specify) _____

---

**13. CRIMINAL HISTORY** *A "Yes" answer will not prevent you from being tested and is not necessarily a bar to employment. Your application will be provided to hiring agencies. A prospective hiring agency may ask for additional information and will review the job-relatedness of your criminal history record. Please bring any information explaining your criminal history to the interview.*

*CRIMINAL OFFENSE includes felonies, misdemeanors and summary offenses.*

*CONVICTION is an adjudication of guilt and includes determinations before a court, a district justice or magistrate and pleas of nolo contendere (no contest) that result in a fine, sentence or probation.*

*For this question disregard: minor traffic violations(no points), offenses committed before your 18th birthday which were adjudicated in juvenile court under a Youth Offender Law, and any charges which have been expunged by a court or for which you successfully completed an Accelerated Rehabilitative Disposition Program.*

**Were you ever convicted of a criminal offense? OR Are you now under charges for a criminal offense? OR Have you ever forfeited bond or collateral in connection with a criminal offense?**   ☐ Yes ☐ No

---

**14. VERIFICATION OF EXPERIENCE AND TRAINING/EDUCATION INFORMATION.** *This application may result in your appointment or promotion to a civil service position. The Commission may need to verify your experience and training/education.*

**Do we have your written permission for the verification?**   ☐ Yes   ☐ No

*If you do not grant permission to verify your experience and training/education and you subsequently are appointed or promoted, you may then be required to provide proof that you possess the training/education that you claim. We also may require verification of qualifying work experience from former employers.*

*If your school/employment records are listed under another name or names, print them below.*

_____   _____   _____

---

**15. Unsworn Declaration** - I understand that by submitting this Application for Employment/Promotion to the Pennsylvania State Civil Service Commission I am agreeing to be bound by the following declaration: "I declare that all of my answers on this application are complete, true and correct. I make this declaration subject to the penalties of 18 PA.C.S. 4904 relating to unsworn falsification to authorities."

_____   _____
(Signature)                (Date)

4

**Your Social Security Number** | | | | | | | | |

| SC-1A<br>Rev 4/03 | **RESEARCH QUESTIONNAIRE** |
|---|---|

**Instructions** *Your answers to the following questions will be kept confidential. Your answers will be used for research purposes and to help assure equal employment opportunities. Your cooperation in providing accurate information is important. This information is* **voluntary.**

---

### A. HOW DO YOU DESCRIBE YOURSELF?

☐ **BLACK:** (not of Hispanic Origin): Persons having origins in any of the Black racial groups of Africa.

☐ **HISPANIC:** Persons of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish Culture or origin, regardless of race.

☐ **WHITE:** (not of Hispanic Origin): Persons having origins in any of the original peoples of Europe, North Africa, or the Middle East.

☐ **AMERICAN INDIAN OR ALASKAN NATIVE:** Persons having origins in any of the original people of North America, and who maintain cultural identification through tribal affiliation or community recognition.

☐ **ASIAN OR PACIFIC ISLANDER:** Persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands. This area includes for example, China, Japan, Korea, the Philippine Islands, and Samoa.

**B. DATE OF BIRTH?**

| Month | Day | Year |
|---|---|---|
| | | |

**C. WHAT IS YOUR SEX?** ☐ Female ☐ Male

---

### D. WHAT IS THE HIGHEST SCHOOL GRADE YOU HAVE COMPLETED?

| High School → | 7 or less | 8 | 9 | 10 | 11 | 12 | GED |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| College → | 1 | 2 | 3 | 4 | 5 or more |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ |

---

**E. DID YOU LEARN ABOUT THIS JOB AT A LOCAL TEAM PA CAREERLINK OFFICE?** ☐ Yes ☐ No

**EQUAL OPPORTUNITY EMPLOYER**

- INSTRUCTIONS for completing Questions 12C and 12D.

Question 12C - If you live in Pennsylvania, use the table below to find the code for the county where you live. Then enter this code in the boxes on page 4. If you live out-of-state, use code "99."

## Pennsylvania Counties and Codes

| County | Code | County | Code | County | Code |
|---|---|---|---|---|---|
| Adams | 01 | Elk | 24 | Montour | 47 |
| Allegheny | 02 | Erie | 25 | Northampton | 48 |
| Armstrong | 03 | Fayette | 26 | Northumberland | 49 |
| Beaver | 04 | Forest | 27 | Perry | 50 |
| Bedford | 05 | Franklin | 28 | Philadelphia | 51 |
| Berks | 06 | Fulton | 29 | Pike | 52 |
| Blair | 07 | Greene | 30 | Potter | 53 |
| Bradford | 08 | Huntingdon | 31 | Schuylkill | 54 |
| Bucks | 09 | Indiana | 32 | Snyder | 55 |
| Butler | 10 | Jefferson | 33 | Somerset | 56 |
| Cambria | 11 | Juniata | 34 | Sullivan | 57 |
| Cameron | 12 | Lackawanna | 35 | Susquehanna | 58 |
| Carbon | 13 | Lancaster | 36 | Tioga | 59 |
| Centre | 14 | Lawrence | 37 | Union | 60 |
| Chester | 15 | Lebanon | 38 | Venango | 61 |
| Clarion | 16 | Lehigh | 39 | Warren | 62 |
| Clearfield | 17 | Luzerne | 40 | Washington | 63 |
| Clinton | 18 | Lycoming | 41 | Wayne | 64 |
| Columbia | 19 | McKean | 42 | Westmoreland | 65 |
| Crawford | 20 | Mercer | 43 | Wyoming | 66 |
| Cumberland | 21 | Mifflin | 44 | York | 67 |
| Dauphin | 22 | Monroe | 45 | | |
| Delaware | 23 | Montgomery | 46 | | |

Question 12D – Using the table above, find the code(s) for the county or counties where you will accept employment. Enter the code for each county in the boxes on page 4. The Pennsylvania map below will show you where each county is located. Do not indicate locations where the jobs do not exist.

Example: If you would accept employment in Philadelphia County (which is code 51) and you have checked to make sure that jobs exist in Philadelphia, you would enter "51" in the box.

51



**Test Centers**

△ Harrisburg   ▲ Philadelphia   ■ Pittsburgh   ▼ Allentown   ◆ Erie   ⊗ Lock Haven   ● Johnstown   ✦ Scranton

6