IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. DOWS, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action |
| KATHERINE E. HOLTZINGER | ) | |
| CONNER, ESQ, Chairman | ) | |
| PENNSYLVANIA CIVIL SERVICE | ) | |
| COMMISSION | ) | No. 04-341 Erie |
| AND JOHN DOE, | ) | |
|     Defendant | ) | |
| | ) | JURY TRIAL DEMANDED |

**ORDER**

After review of the Plaintiffs's Motion relative to sealing the Part 12 documents among the Plaintiff's materials relative to his opposition to the Defendant's Motion for summary Judgment, it is hereby ordered that the Part 12 documents are ordered sealed until further order of this Court.

_____
Judge Sean A. McLaughlin

A:\sealorder.wpd