IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID A. DOWS,<br>       Plaintiff | )<br>)<br>) |
| v.<br>KATHERINE E. HOLTZINGER<br>CONNER, ESQ, Chairman<br>PENNSYLVANIA CIVIL SERVICE<br>COMMISSION<br>AND JOHN DOE,<br>       Defendant | )   Civil Action<br>)<br>)<br>)<br>)   No. 04-341  Erie<br>)<br>)<br>)   JURY TRIAL DEMANDED |

ORDER

After review of the Plaintiffs's Motion relative to sealing the Part 12 documents among the Plaintiff's materials relative to his opposition to the Defendant's Motion for summary Judgment, it is hereby ordered that the Part 12 documents are ordered sealed until further order of this Court.

 

                                        SEAN J. MCLAUGHLIN
A:\sealorder.wpd                          UNITED STATES DISTRICT JUDGE