IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. DOWS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 04-341 E |
| | ) | |
| ESQ. KATHERINE E. HOLTZINGER, | ) | |
| et. al., | ) | |
|     Defendants. | ) | |

**O R D E R**

AND NOW, this 3th day of May, 2006, IT IS HEREBY ORDERED that a settlement conference will be held before the undersigned on **Thursday, June 22, 2006** at **9:30 a.m.** in Room A-250, U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA .  All parties and all counsel shall be present in person, and have full settlement authority to settle the above captioned case.

                                                             s/Sean J. McLaughlin
                                                             Sean J. McLaughlin,
                                                             United States District Judge

cc: All counsel of record. nmk